IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| AFG MEDIA LTD,<br><br>      Plaintiff,<br><br>v.<br><br>POPTREND-OFFICIAL, *et al.*,<br><br>      Defendants. | Civil Action No. 2:23-cv-1840<br><br>**UNDER SEAL** |

**ORDER ON PLAINTIFFS' MOTION TO EXCEED PAGE LIMIT**

  AND NOW, this __ day of October, 2023, upon consideration of Plaintiff's Motion to Exceed Page Limit,

  IT IS HEREBY ORDERED that said Motion is GRANTED;

  IT IS FURTHER ORDERED that the Clerk of Court shall accept Plaintiff's Memorandum of Law in Support of its Ex Parte Application for (1) a Temporary Restraining Order; (2) an Order Restraining Assets and Merchant Storefronts; (3) an Order to Show Cause Why a Preliminary Injunction Should Not Issue; and (4) an Order Authorizing Expedited Discovery, as filed, irrespective of page limitations established by the Court.

                     _____
                     United States District Judge

cc Stanley D. Ference, III, Esq.
courts@ferencelaw.com
Brian Samuel Malkin, Esq.
bmalkin@ferencelaw.com