# EXHIBIT 1

# Intellectual Property Rights Seizure Statistics



**U.S. Customs and Border Protection**

Fiscal Year 2021

# Contents

Executive Summary ...................................................................................................................5

IPR Seizure Totals .....................................................................................................................5

Counterfeit Commodity Spotlight – Cell Phones and Accessories ................................................6-7

COVID-19 Spotlight ..................................................................................................................9

Operational and Enforcement Highlights ....................................................................................11

CBP Partnerships ...............................................................................................................12-15

Help CBP Protect American Ingenuity ........................................................................................17

Exclusion Orders and Outreach .................................................................................................19

Outreach: CBP/U.S. Chamber of Commerce Memorandum of Understanding ..............................20

Outreach: The Year of the Small and Medium Sized Enterprises Webinar Series...........................21

IPR and E-Commerce .........................................................................................................23-24

Centers of Excellence and Expertise Spotlight............................................................................25

Mode of Transportation and Top Product Commodities ..............................................................27

Seizure World Map ..........................................................................................................28-29

Number of Seizures ..........................................................................................................30-31

Products Seized by MSRP .................................................................................................32-33

Total Seizure Lines and MSRP Seized by Economy ................................................................34-35

Seizures by Mode of Transportation ..................................................................................36-37

Health, Safety, and Security by Product .............................................................................38-39

MSRP by Centers of Excellence and Expertise ....................................................................40-41

CBP IPR Points of Contact .................................................................................................42-43

Disclaimer: The information contained in this report does not constitute the official trade statistics of the United States. The statistics, and the projections based upon those statistics, are not intended to be used for economic analysis, and are provided for the purpose of establishing U.S. Department of Homeland Security workload.

# Mode of Transportation and Top Product Commodities



# Seizure World Map



**FY 2021 TOTALS**
**NUMBER OF SEIZURE LINES: 102,490**
**MSRP: $3.3 Billion**

# Seizure World Map



**ALL OTHER COUNTRIES 27%**

# Total Seizure Lines and MSRP Seized by Economy



**Seizure Lines By Economy FY 2021**

- China: 33%
- Hong Kong: 18%
- Turkey: 11%
- Philippines: 6%
- Colombia: 6%
- All Other Countries: 27%

Number of Seizure Lines: 102,490



**Seizure Lines By Economy FY 2020**

- China: 37%
- Hong Kong: 32%
- Turkey: 9%
- Vietnam: 3%
- Thailand: 2%
- All Other Countries: 16%

Number of Seizure Lines: 72,357

# Total Seizure Lines and MSRP Seized by Economy

| Seizures Lines and Related MSRP by Economy – FY 2021 | | | |
|---|---|---|---|
| **Trading Partner** | **Seizure Lines** | **% of Total** | **MSRP** |
| China | 33,323 | 33% | $1,888,298,761 |
| Hong Kong | 18,466 | 18% | $613,462,655 |
| Turkey | 10,781 | 11% | $60,347,048 |
| Philippines | 6,416 | 6% | $45,692,010 |
| Colombia | 5,912 | 6% | $23,980,798 |
| All Other Countries | 27,592 | 27% | $698,256,079 |
| **Total** | **102,490** | **100%** | **$3,330,037,350** |

| Seizures Lines and Related MSRP by Economy – FY 2020 | | | |
|---|---|---|---|
| **Trading Partner** | **Seizure Lines** | **% of Total** | **MSRP** |
| China | 26,985 | 37% | $660,767,476 |
| Hong Kong | 23,493 | 32% | $428,961,694 |
| Turkey | 6,831 | 9% | $31,237,035 |
| Vietnam | 2,123 | 3% | $25,803,755 |
| Thailand | 1,445 | 2% | $12,601,807 |
| All Other Countries | 11,480 | 16% | $149,784,743 |
| **Grand Total** | **72,357** | **100%** | **$1,309,156,510** |

\* The aggregate seizure data reflect the reported country of origin, not necessarily where the seized goods were produced. Because the individual percentage figures are rounded, in some cases, the sum of the rounded percentages for a given fiscal year is slightly higher or lower than 100 percent.