# Seller Display Name

# Poptrend-Official

# Seller ID

# A33BMWTKYKIOJL







# Poptrend-Official

Visit the Poptrend-Official storefront

★★★★★ | 99% positive in the last 12 months (193 ratings)

**Poptrend Inflatable Alien Costum...**

USD 39.99

Add to Cart

## About Seller

DouDou is funded in year 2017, our brand is "poptrend". We are mainly selling seasonal products on Amazon.

Poptrend is a brand which is working on seasonal products. We are professional, and we are just on the way to grow.

Our concept is to keep the tradition spirit, to make it spread, but break the tradition to creat a new style life.

We are making effort to provide products to make your life more creative,funny,simple,meaningful,changeable.

**Have a question for Poptrend-Official?**

Ask a question

## Feedback

★★★★★ 4.9 out of 5 | 12 months

193 ratings

| | | |
|---|---|---|
| 5 star | | 89% |
| 4 star | | 10% |
| 3 star | | 1% |
| 2 star | | 0% |
| 1 star | | 1% |

Learn more about how seller feedback works on Amazon

**Share your thoughts with other customers**

Leave seller feedback

**FILTER BY**

All stars

193 total feedbacks in 12 months

★★★★★ "Product is exactly as described however I might need to return it at no fault of the seller. My son is on the spectrum and even though he really wanted this cos..."
Read more
By D. Lora on October 16, 2023.

★☆☆☆☆ "~~We ordered the green mask & the wrong color was sent. Went to reorder the correct one & the price had already gone up $2 in 2 days. So now due to the seller's e...~~"
Read more
By Simon Liang on October 16, 2023.
**Message from Amazon:** This item was fulfilled by Amazon, and we take responsibility for this fulfillment experience.

★★★☆☆ "Put on twice and zipper is already broken!"
By Amazon Customer on October 14, 2023.

★★★★★ "I love it it was everything I wanted I will definitely buy it again"
By Zach M. on October 12, 2023.

★★★★★ "Fast and convenient"
By Tay Jordan on October 12, 2023.

Previous Next

## Return & Refund Policies

Please refer to the Amazon.com Return Policy .

## Detailed Seller Information

**Business Name:** shenzhenshidoudouhuanqiukejiyouxiangongsi
**Business Address:**
中星大厦10楼1002室
深圳市
宝安区新桥街道上星社区
广东省
518105
CN

## Shipping Policies

This item is Fulfilled by Amazon.com and ships based on Amazon.com Shipping Rates and Policies .

## Other Policies

**Privacy and Security**

Amazon knows that you care how information about you is used and shared, and we appreciate your trust that we will do so carefully and sensibly. By visiting Amazon.com, you are accepting the practices described in Amazon.com's Privacy Policy . In addition, we want you to be aware that Amazon.com will provide Poptrend-Official with information related to your transactions involving their products (including, for example, your name, address, products you purchase, and transaction amount), and that such information will be subject to Poptrend-Official's Privacy Policy.

**Privacy Policy**

Poptrend-Official values the privacy of your personal data.
For more information see Amazon.com's Privacy Policy .

**Gift Wrap and Gift Messaging**

You can add a gift message when ordering items fulfilled by Amazon.com or selected Amazon Merchants. Gift message are limited to a maximum of 240 characters--about 10 lines of text. In your message, be sure to include who the gift is from and the name of the gift recipient. For items fulfilled by Amazon.com, you can also choose to use Amazon.com gift-wrapping designed exclusively for our customers, in which case we will print your message on a gift card. Otherwise, we'll include your message on the packing slip.
Learn more

## Help

For questions about a charge that has been made to your credit card, please contact Amazon. Questions about how to place an order? Search Amazon Help.

## Products

See all products currently offered by the seller.

Leave seller feedback | Tell us what you think about this page

**Brand**
Poptrend

## Results
Price and other details may vary based on product size and color.



**Poptrend Inflatable Alien Costume Inflatable Halloween Costumes Blow Up Alien Costume for Halloween,...**
★★★★☆ ⌄ 2,774
4K+ bought in past month
$45.99
prime Two-Day
FREE delivery **Wed, Oct 18**



Best Seller

**Poptrend Halloween Mask LED Light up Mask for Festival Cosplay Halloween Costume Masquerade...**
★★★★☆ ⌄ 7,531
3K+ bought in past month
$12.99
prime Two-Day
FREE delivery **Wed, Oct 18**



**Poptrend 2 Pairs Alien Headband and Glasses,Alien Rainbow Lens Sunglasses,Headband Boppers Antenna fo...**
★★★★☆ ⌄ 357
2K+ bought in past month
$12.99
prime Two-Day
FREE delivery **Wed, Oct 18**

Sponsored ⓘ



**Adults Inflatable Halloween Costumes Blow Up Shark Costume for Halloween, Birthday Gift Cos Play Party**
★★★★☆ ⌄ 922
1K+ bought in past month
Limited time deal
$29.59 Typical: ~~$36.99~~
prime Two-Day
FREE delivery **Wed, Oct 18**



**Poptrend 5PK Halloween Toys Halloween Games Inflatable Witch Hat Ring Toss Game, Halloween Inflatab...**
★★★★☆ ⌄ 266
900+ bought in past month
$19.99
prime Two-Day
FREE delivery **Wed, Oct 18**



**Poptrend Bug Headband and Glasses,Fly Antenna Headband and Glasses Set Costume Accessories...**
★★★★☆ ⌄ 43
400+ bought in past month





amazon

# Checkout (1 item)

Place your order

By placing your order, you agree to Amazon's privacy notice and conditions of use.

## Order Summary

| | |
|---|---|
| Items: | $39.99 |
| Shipping & handling: | $0.00 |
| Your Coupon Savings: | -$2.00 |
| Total before tax: | $37.99 |
| Estimated tax to be collected: | $2.28 |
| **Order total:** | **$40.27** |

Qualifying offers:
- Your Coupon Savings

How are shipping costs calculated?

Prime shipping benefits have been applied to your order.

**1 Shipping address**

[redacted]
409 BROAD ST STE 260
SEWICKLEY, PA 15143-1558
Add delivery instructions

Change

**2 Payment method**

[redacted]
Billing address: [redacted]

Change

**Add a gift card or promotion code or voucher**

Enter code | Apply

**3 Review items and shipping**

**Want to save time on your next order and go directly to this step when checking out?**

☐ Default to this delivery address and payment method.

**Select FREE Amazon Day Delivery to receive orders in fewer boxes on a single day.**

**Arriving Oct. 19, 2023** If you order in the next 5 hours and 21 minutes (Details)
Items shipped from Amazon.com

**Inflatable Alien hold me Costume Inflatable Costumes Adults OR Kids Halloween Costume Blow Up Costume (Adult)**
~~$39.99~~ $37.99 prime
& FREE Returns
Qty: 1
Sold by: Poptrend-Official
$2.00 discount applied
Add gift options

**Choose your Prime delivery option:**
- (●) **Thursday, Oct. 19**
  FREE Prime Delivery
- ( ) **Thursday, Oct. 19**
  FREE Amazon Day Delivery
  **Fewer boxes, fewer trips.**
  Change delivery day

Place your order

**Order total: $40.27**
By placing your order, you agree to Amazon's privacy notice and conditions of use.

---

*Why has sales tax been applied? See tax and seller information.

Need help? Check our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Important information about sales tax you may owe in your state

You may return new, unopened merchandise in original condition within 30 days of delivery. Exceptions and restrictions apply. See Amazon.com's Returns Policy.

Need to add more items to your order? Continue shopping on the Amazon.com homepage.

Your Account › Your Orders › Order Details

# Order Details

Ordered on October 16, 2023 | Order# 111-1331474-1382638

View or Print invoice

**Shipping Address**

409 BROAD ST STE 260
SEWICKLEY, PA 15143-1558
United States

Change

**Payment Method**

Change

**Apply gift card balance**

Enter code

Apply

**Order Summary**

| | |
|---|---|
| Item(s) Subtotal: | $39.99 |
| Shipping & Handling: | $0.00 |
| Your Coupon Savings: | -$2.00 |
| Total before tax: | $37.99 |
| Estimated tax to be collected: | $2.28 |
| **Grand Total:** | **$40.27** |

**Arriving Thursday**

Track package



Inflatable Alien hold me Costume Inflatable Costumes Adults OR Kids Halloween Costume Blow Up Costume (Adult)
Sold by: Poptrend-Official
$39.99
Condition: New

Add gift option

 Buy it again

Change Payment Method

Cancel items

Archive order

## Customers also bought these digital items



**Dude Perfect**
Kidoodle, Inc.
★★★★★ 106
$0.00



**Barbie**
Margot Robbie
★★★★½ 1,774
$24.99



**Blue Beetle**
Xolo Maridue
★★★★½ 321
$19.99



**Spider-Man: Across The Spider-Verse - Bonus X-Ray Edition**
Shameik Moore
★★★★★ 6,164
$5.99

**Elemental**
Leah Lewis
★★★★★ 3,041
$5.99

Back to top

**Get to Know Us**

Careers
Amazon Newsletter
About Amazon
Accessibility

**Make Money with Us**

Sell on Amazon
Sell apps on Amazon
Supply to Amazon
Protect & Build Your Brand

**Amazon Payment Products**

Amazon Visa
Amazon Store Card
Amazon Secured Card
Amazon Business Card
Shop with Points

**Let Us Help You**

Your Account
Your Orders
Shipping Rates & Policies
Amazon Prime

# Seller Display Name

# Camlinbo

# Seller ID

# ATXD7XI4Q3HVL





Roll over image to zoom in

‹ Back to results

Sponsored ⓘ

# Camlinbo Inflatable Alien Halloween Costume for Men Adults, Alien Holding Person Halloween Blow Up Costume Cosplay Party

Visit the Camlinbo Store

4.2 ★★★★☆     79 ratings

$39.99

prime Two-Day
FREE Returns ▾

**Get a $150 Amazon Gift Card instantly** with Prime Visa for a limited-time only.

- Polyester
- [ Halloween Inflatable Costume ] The Halloween Inflatable Alien Holding Person Costume are made of polyester fiber. Suitable for adult men and women 4.9-6.5 ft (150-200 cm) tall.
- [ Durable & Waterproof ] The inflatable costume is reinforced and sewn, waterproof and durable. No worry about any tears or holes. Easy to wear and move, breathable and comfortable. Eye-catching for Halloween party, dress up party costumes
- [ Dual Power Choice ] Powered by 4 AA batteries or USB connection. Built-in fan fully inflates the costumes in 1 minute. New 4 AA batteries can make the fan run for about 4 hours.
- [ Convenient & Safe ] Please clip the battery pack on the pocket of inflatable costume, don't ever put it in your pocket, to avoid overheating and burning your leg.
- [ Warm Tip ] Before putting on the costume, please tighten the outer ring to hold the fan in place preventing from loosing during movement.There are elastic band on the neck, wrist and ankles to keep the costume inflated for a long time.

 📧 Report incorrect product information.



Delivery | Pickup

$39.99

✔prime Two-Day
FREE Returns ▾

FREE delivery **Wednesday, October 18.** Order within **8 hrs 7 mins**

📍 Deliver to ███ Sewickley 15143

**In Stock**

Qty: 1 ▾

**Add to Cart**

**Buy Now**

Ships from   Amazon
Sold by      Camlinbo
Returns      Eligible for Return, Refund or Replacement within 30 days of receipt
Payment      Secure transaction
❯ See more

☐ Add a gift receipt for easy returns

Add to List

Add to Registry & Gifting ▾

Sponsored ⓘ

Sponsored ⓘ







# Camlinbo

Visit the Camlinbo storefront

★★★★★ | **97% positive** in the last 12 months (290 ratings)

**Camlinbo Inflatable Alien Hallow...**

USD 39.99

Add to Cart

## About Seller

Camlinbo is committed to providing each customer with the highest standard of customer service.

**Have a question for Camlinbo?**

Ask a question

## Feedback

★★★★★ 4.8 out of 5 | 12 months
290 ratings

| | |
|---|---|
| 5 star | 87% |
| 4 star | 10% |
| 3 star | 0% |
| 2 star | 0% |
| 1 star | 3% |

Learn more about how seller feedback works on Amazon

**Share your thoughts with other customers**

Leave seller feedback

**FILTER BY**

All stars

290 total feedbacks in 12 months

★★★★★ "My kid love it and it work great"
By Amazon Customer on October 16, 2023.

★☆☆☆☆ "I bought this as a Halloween costume for my grandson. When we opened it, one of the shoe laces that lights up was damaged and does not work. Can you send a repl..."
Read more
By Beth on October 16, 2023.

★☆☆☆☆ "The fan to inflate the costume stopped working after 10 minutes."
By KWP on October 15, 2023.

★☆☆☆☆ "I did not receive the shoe laces!!"
By Kelle on October 15, 2023.

★★★★★ "Awesome!"
By D.O. on October 12, 2023.

Previous Next

## Return & Refund Policies

Please refer to the Amazon.com Return Policy .

## Detailed Seller Information

**Business Name:** LIN HUI LV
**Business Address:**
环城北二路58号澳洲假日33栋一单元303
桂林市
七星区
广西
541004
CN

## Shipping Policies

This item is Fulfilled by Amazon.com and ships based on Amazon.com Shipping Rates and Policies .

## Other Policies

**Privacy and Security**

Amazon knows that you care how information about you is used and shared, and we appreciate your trust that we will do so carefully and sensibly. By visiting Amazon.com, you are accepting the practices described in Amazon.com's Privacy Policy . In addition, we want you to be aware that Amazon.com will provide Camlinbo with information related to your transactions involving their products (including, for example, your name, address, products you purchase, and transaction amount), and that such information will be subject to Camlinbo's Privacy Policy.

**Privacy Policy**

Camlinbo values the privacy of your personal data.
For more information see Amazon.com's Privacy Policy .

**Gift Wrap and Gift Messaging**

You can add a gift message when ordering items fulfilled by Amazon.com or selected Amazon Merchants. Gift message are limited to a maximum of 240 characters--about 10 lines of text. In your message, be sure to include who the gift is from and the name of the gift recipient. For items fulfilled by Amazon.com, you can also choose to use Amazon.com gift-wrapping designed exclusively for our customers, in which case we will print your message on a gift card. Otherwise, we'll include your message on the packing slip.
Learn more

## Help

For questions about a charge that has been made to your credit card, please contact Amazon. Questions about how to place an order? Search Amazon Help.

## Products

See all products currently offered by the seller.

Leave seller feedback | Tell us what you think about this page

**Brand**

Camlinbo
iGeeKid
GreaSmart
TURNMEON
GBD
TOPLEE
AMENON

## Results

Price and other details may vary based on product size and color.



Camlinbo 3 Set Halloween LED Mask Light Up Gloves and Glow Shoelaces Scary Mask Halloween Costume Cosplay...

★★★★☆ ∨ 116

600+ bought in past month

$37⁹⁹

✓prime Two-Day
FREE delivery **Wed, Oct 18**



Camlinbo 3 Set Halloween LED Mask Light up Gloves with Shoelaces Scary Glow in the Dark Halloween Costume...

★★★★½ ∨ 141

400+ bought in past month

$33⁹⁹

✓prime Two-Day
FREE delivery **Wed, Oct 18**



Camlinbo Halloween Inflatable Alien Costume for Kids Boys Girl Alien Hold Person Cosplay Blow up Halloween...

300+ bought in past month

$47⁹⁹

FREE delivery for Prime members

Sponsored ⓘ



Camlinbo 24 LED Spider Dog Halloween Costume for Small Medium Large Dogs, Furry Giant Spider with Oran...

★★★½☆ ∨ 108

500+ bought in past month

$34⁹⁹ ($34.99/Count)

✓prime Two-Day
FREE delivery **Wed, Oct 18**

Options: 3 sizes



Halloween Costume for Pets Dogs Spiders Sweatshirt Cosplay Apparel Clothes Pets Dogs Halloween Funny Do...

★★★★½ ∨ 8

300+ bought in past month

$20⁹⁹ ($20.99/Count)

✓prime Two-Day
FREE delivery **Wed, Oct 18**

Options: 2 sizes



Kids Halloween LED Bat Wings Backpack Costume with Lights Elastic Straps Vampire Costume Accessories Decor

★★★★½ ∨ 61

200+ bought in past month

<span style="background:red;color:white;">Save 11%</span>



# amazon

## Checkout (1 item)

**1  Shipping address**    Change

409 BROAD ST STE 260
SEWICKLEY, PA 15143-1558
Add delivery instructions

**FREE pickup available nearby**
Keep • 3.7 mi (See details)
Change to pickup

**2  Payment method**    Change

Billing address:

⌃ Add a gift card or promotion code or voucher

[ Enter code ]    [ Apply ]

**3  Review items and shipping**

ⓘ **Want to save time on your next order and go directly to this step when checking out?**
☐ Default to this delivery address and payment method.

---

**Place your order**

By placing your order, you agree to Amazon's privacy notice and conditions of use.

### Order Summary

| | |
|---|---|
| Items: | $39.99 |
| Shipping & handling: | $0.00 |
| Total before tax: | $39.99 |
| Estimated tax to be collected: | $2.40 |
| **Order total:** | **$42.39** |

How are shipping costs calculated?

Prime shipping benefits have been applied to your order.

---

**Select FREE Amazon Day Delivery to receive orders in fewer boxes on a single day.**

**Arriving Oct. 19, 2023** If you order in the next 5 hours and 6 minutes (Details)
Items shipped from Amazon.com



**Camlinbo Inflatable Alien Halloween Costume for Men Adults, Alien Holding Person Halloween Blow Up Costume Cosplay Party**
$39.99 ✓prime
& FREE Returns ⌄
Qty: 1 ⌄
Sold by: Camlinbo
🎁 Add gift options

**Choose your Prime delivery option:**
🔘 **Thursday, Oct. 19**
    FREE Prime Delivery
⚪ **Thursday, Oct. 19**
    FREE Amazon Day Delivery
    🌱 Fewer boxes, fewer trips. ⌄
Change delivery day

**Item arrives in packaging that shows what's inside.** To hide it, choose **Ship in Amazon packaging.**

Ship in Amazon packaging

---

**Place your order**

**Order total: $42.39**
By placing your order, you agree to Amazon's privacy notice and conditions of use.

---

*Why has sales tax been applied? See tax and seller information.

Need help? Check our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Important information about sales tax you may owe in your state

You may return new, unopened merchandise in original condition within 30 days of delivery. Exceptions and restrictions apply. See Amazon.com's Returns Policy.



**Related to items you've viewed** See more






15 Pack Purse Hanger for Closet Unique Twist Design Purses Hooks,...
★★★★☆ 13
Save 9%
$9.99 ($0.67/Count)
List: $10.99
Lowest price in 30 days
✔prime FREE Delivery

Aiaurvl BESARME 15 Pack Purse Hanger for Closet, Unique Twist Design Bag Hanger...
★★★★☆ 286
Amazon's Choice in Utility Hooks
$9.99
✔prime FREE Delivery

12 Pack Purse Hanger for Closet,Unique Twist Design Bag Hanger Purse Hooks, Large Size Clos...
★★★★☆ 1,225
Amazon's Choice in Tie Racks
$9.99 ($0.83/Count)
✔prime FREE Delivery

Purse Hanger Purse Organizer for Closet,S Hooks Twist Design Bag Hanger,Closet Rod Hooks for Hanging...
★★★★☆ 429
$8.98 ($1.12/Count)
✔prime FREE Delivery

BESARME 30 Pack Hanger for Closet, Hooks Organizer U...
★★★★☆ 53
Save 9%
$19.99
List: $21.99
Lowest price in 30 ...
✔prime FREE Delivery

Back to top

**Get to Know Us**
Careers
Amazon Newsletter

**Make Money with Us**
Sell on Amazon
Sell apps on Amazon
Supply to Amazon

**Amazon Payment Products**
Amazon Visa
Amazon Store Card
Amazon Secured Card

**Let Us Help You**
Your Account
Your Orders
Shipping Rates &

# Seller Display Name
# CHOIEO

# Seller ID
# A2HA001Q1O7ACA



amazon prime | Deliver to [redacted] Sewickley 15143 | All | alien costume | EN | Hello, [redacted] Account & Lists | Returns & Orders | 0

All | Medical Care | Buy Again | Customer Support | Amazon Basics | Whole Foods | Coupons | Big Deals on Toys

**Amazon Fashion** | Women | Men | Kids | Luggage | Sales & Deals | New Arrivals | Amazon Brands | prime try before you buy

Sponsored

‹ Back to results

Brand: CHOIEO

## Inflatable Alien Costume for Kids Halloween Blow up Costume for Boys Girls

2.6 3 ratings

$39.99

prime Two-Day

FREE Returns

Style: Green Alien

- Polyester

Report incorrect product information.

Sponsored

**Delivery** | Pickup

$39.99

prime Two-Day

FREE Returns

FREE delivery **Wednesday, October 18**. Order within 7 hrs 50 mins

Deliver to [redacted] Sewickley 15143

In Stock

Qty: 1

Add to Cart

Buy Now

| | |
|---|---|
| Ships from | Amazon |
| Sold by | CHOIEO |
| Returns | Eligible for Return, Refund or Replacement within 30 days of receipt |
| Payment | Secure transaction |

☐ Add a gift receipt for easy returns

Add to List

Sponsored

## Buy it with





amazon prime | Deliver to [redacted] Sewickley 15143 | All | Search Amazon | EN | Hello, [redacted] Account & Lists | Returns & Orders | 0

All | Medical Care | Buy Again | Customer Support | Amazon Basics | Whole Foods | Coupons | Household, Health & Baby Care | Handmade | Pet Supplies | Home Improvement | Beauty & Personal Care | Subscribe & Save | Amazon Business | Livestreams | Shop By Interest | Gift ideas from Oprah

# CHOIEO

Visit the CHOIEO storefront

**85% positive** in the last 12 months (93 ratings)

**Inflatable Alien Costume for Kids...**

USD39.99

Add to Cart

## About Seller

Welcome to CHOIEO! If you are looking for gifts for your loves one's, then this is the perfect place for you.Our Passion is to create products for that extra special gifting experience of our customers. We have lots of products to choose from. You will absolutely love our unique and durable products! Finding unique gifts can be an arduous job, our store gets all the hassle out of the way. Our products are using high quality material, come wrapped and securely packaged. Please take a look at our...

See more

**Have a question for CHOIEO?**

Ask a question

## Feedback

4.5 out of 5
93 ratings

12 months

| | | |
|---|---|---|
| 5 star | | 80% |
| 4 star | | 5% |
| 3 star | | 5% |
| 2 star | | 2% |
| 1 star | | 8% |

Learn more about how seller feedback works on Amazon

**Share your thoughts with other customers**

Leave seller feedback

**FILTER BY**

All stars

93 total feedbacks in 12 months

"Just like the picture"
By khadijah on October 8, 2023.

"Only received 2 bottles, order was for three. One bottle is open"
By Sarah Bonham on October 6, 2023.

"Good quality"
By Denise Bellini on October 5, 2023.

"I ordered the blue stone mom bracelet when I received it I didn't get the bracelet just an empty box."
By Wendy Vore on September 21, 2023.

"Very nice but a tad pricey"
By Mary Raphan on September 21, 2023.

Previous Next

## Return & Refund Policies

Please refer to the Amazon.com Return Policy .

## Detailed Seller Information

**Business Name:** shanghailingzikejiyouxiangongsi
**Business Address:**
中国上海自由贸易试验区临港新片区丽正路1628号4幢1-2层
上海市
浦东新区
上海市
200120
CN

## Shipping Policies

This item is Fulfilled by Amazon.com and ships based on Amazon.com Shipping Rates and Policies .

## Other Policies

**Privacy and Security**

Amazon knows that you care how information about you is used and shared, and we appreciate your trust that we will do so carefully and sensibly. By visiting Amazon.com, you are accepting the practices described in Amazon.com's Privacy Policy . In addition, we want you to be aware that Amazon.com will provide CHOIEO with information related to your transactions involving their products (including, for example, your name, address, products you purchase, and transaction amount), and that such information will be subject to CHOIEO's Privacy Policy.

**Privacy Policy**

CHOIEO values the privacy of your personal data.
For more information see Amazon.com's Privacy Policy .

**Gift Wrap and Gift Messaging**

You can add a gift message when ordering items fulfilled by Amazon.com or selected Amazon Merchants. Gift message are limited to a maximum of 240 characters--about 10 lines of text. In your message, be sure to include who the gift is from and the name of the gift recipient. For items fulfilled by Amazon.com, you can also choose to use Amazon.com gift-wrapping designed exclusively for our customers, in which case we will print your message on a gift card. Otherwise, we'll include your message on the packing slip.
Learn more

## Help

For questions about a charge that has been made to your credit card, please contact Amazon. Questions about how to place an order? Search Amazon Help.

## Products

See all products currently offered by the seller.

Leave seller feedback | Tell us what you think about this page

Back to top

**Get to Know Us**
Careers
Amazon Newsletter
About Amazon
Accessibility
Sustainability
Press Center
Investor Relations
Amazon Devices
Amazon Science

**Make Money with Us**
Sell on Amazon
Sell apps on Amazon
Supply to Amazon
Protect & Build Your Brand
Become an Affiliate
Become a Delivery Driver
Start a Package Delivery Business
Advertise Your Products
Self-Publish with Us
Host an Amazon Hub

**Amazon Payment Products**
Amazon Visa
Amazon Store Card
Amazon Secured Card
Amazon Business Card
Shop with Points
Credit Card Marketplace
Reload Your Balance
Gift Cards
Amazon Currency Converter

**Let Us Help You**
Your Account
Your Orders
Shipping Rates & Policies
Amazon Prime
Returns & Replacements
Manage Your Content and Devices
Your Recalls and Product Safety Alerts
Help

**Brand**
CHOIEO
Liphontcta
Metro Mobility

## Results

Price and other details may vary based on product size and color.

Sponsored ⓘ



**Amazon's Choice**

CHOIEO Mr and Mrs Luggage Tags, Bridal Shower Gift Honeymoon Gifts Wedding Gifts for Bride, PU Leather...

★★★★☆ ⌄ 226

700+ bought in past month

$8⁸⁹ List: $9.99

✓prime Two-Day

FREE delivery **Wed, Oct 18**



Plush Halloween Bucket Trick or Treat Bucket Halloween Basket Trick or Treat Basket for Halloween Candy Bag...

100+ bought in past month

$17⁹⁹

✓prime Two-Day

FREE delivery **Wed, Oct 18**

Only 9 left in stock - order soon.



Initial Luggage Tag, PU Leather Luggage Tag, Embroidered Luggage Tag, Letter Luggage Tag, Monogrammed...

★★★★★ ⌄ 120

100+ bought in past month

$8⁹⁹

✓prime Two-Day

FREE delivery **Wed, Oct 18**



Luggage Tag PU Leather for Suitcase Baggage Handbag Travel Bag Label Suitcase Tag Suitcase Label Tag w. Nam...

★★★★☆ ⌄ 224

100+ bought in past month

$8⁹⁹

✓prime Two-Day

FREE delivery **Wed, Oct 18**



24 Packs Halloween Trick or Treat Tote Bags Non-Woven Bags Candy Bags for Kids Goodie Bags Gift Bags with...

★★★★★ ⌄ 3

50+ bought in past month

$12⁹⁹         Ages: 3 years and up

✓prime Two-Day

FREE delivery **Wed, Oct 18**

Only 20 left in stock - order soon.



Glittery Halloween Banners, Pre-Assembled Halloween Banners, Halloween Party Decorations, Halloween Party...

$9⁹⁹



## amazon

# Checkout (1 item)

**1  Shipping address**

▮▮▮▮▮▮▮
409 BROAD ST STE 260
SEWICKLEY, PA 15143-1558
Add delivery instructions

Change

**2  Payment method**

▮▮▮▮▮▮▮

Billing address: ▮▮▮▮▮▮▮

Change

⌃ Add a gift card or promotion code or voucher

Enter code    Apply

**3  Review items and shipping**

ⓘ **Want to save time on your next order and go directly to this step when checking out?**
☐ Default to this delivery address and payment method.

---

**Place your order**

By placing your order, you agree to Amazon's privacy notice and conditions of use.

### Order Summary

| | |
|---|---|
| Items: | $39.99 |
| Shipping & handling: | $0.00 |
| Total before tax: | $39.99 |
| Estimated tax to be collected: | $2.40 |
| **Order total:** | **$42.39** |

How are shipping costs calculated?

Prime shipping benefits have been applied to your order.

---

**Select FREE Amazon Day Delivery to receive orders in fewer boxes on a single day.**

**Arriving Oct. 19, 2023**  If you order in the next 4 hours and 29 minutes (Details)
Items shipped from Amazon.com



**CHOIEO Inflatable Alien Costume for Kids Halloween Blow up Costume for Boys Girls (Green Alien)**
$39.99 ✓prime
& FREE Returns ⌄
Qty: 1 ⌄
Sold by: CHOIEO
🎁 Add gift options

**Choose your Prime delivery option:**
◉ **Thursday, Oct. 19**
   FREE Prime Delivery
○ **Thursday, Oct. 19**
   FREE Amazon Day Delivery
   🍃 Fewer boxes, fewer trips. ⌄
   Change delivery day

---


**Place your order**

**Order total: $42.39**
By placing your order, you agree to Amazon's privacy notice and conditions of use.

---

*Why has sales tax been applied? See tax and seller information.

Need help? Check our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Important information about sales tax you may owe in your state

You may return new, unopened merchandise in original condition within 30 days of delivery. Exceptions and restrictions apply. See Amazon.com's Returns Policy.

Need to add more items to your order? Continue shopping on the Amazon.com homepage.

**amazon** prime

Deliver to Sewickley 15143

All | Search Amazon

EN | Hello,
Account & Lists

Returns & Orders

0

☰ All | Medical Care ⌄ | Buy Again | Customer Support | Amazon Basics | Whole Foods | Coupons

Gift ideas from Oprah

Your Account › Your Orders › Order Details

# Order Details

Ordered on October 16, 2023  |  Order# 111-2385649-6757851

View or Print invoice

**Shipping Address**

[REDACTED]
409 BROAD ST STE 260
SEWICKLEY, PA 15143-1558
United States

Change

**Payment Method**

[REDACTED]

Change

**Apply gift card balance**

Enter code

Apply

**Order Summary**

| | |
|---|---|
| Item(s) Subtotal: | $39.99 |
| Shipping & Handling: | $0.00 |
| Total before tax: | $39.99 |
| Estimated tax to be collected: | $2.40 |
| **Grand Total:** | **$42.39** |

**Arriving Thursday**

Track package



CHOIEO Inflatable Alien Costume for Kids Halloween Blow up Costume for Boys Girls (Green Alien)
Sold by: CHOIEO
$39.99
**Condition:** New

Add gift option

🔒 Buy it again

Change Payment Method

Cancel items

Archive order

---

**Top picks for you**

⋮



Casfuy Dog Nail Grinder with LED Light - Upgraded 2-Speed Electric Pet Nail Trimmer Powerful Painless Paw...
★★★★☆ 9,726
$23.99 ($23.99/Count)
✓prime FREE Delivery



Lapitak Healthy Heel Crack Cream and Foot Cream for Cracked Heels and Dry Feet, Lotion fo...
★★★★☆ 54
**Amazon's Choice** in Foot Creams & Lotions
$9.90 ($4.95/Fl Oz)
✓prime FREE Delivery



DaWikity Kids Toy Chest - Collapsible Toy Bin for Nursery, Bedroom, Living Room & Playroom Organization and...
★★★★☆ 632
$20.99
✓prime FREE Delivery



LEGO Classic Green Baseplate 11023 Building Toy Set for Preschool Kids, Boys, a...
★★★★★ 2,221
#1 Best Seller in Toy Interlocking Building Accessories
$4.99
✓prime FREE Delivery



Prestige Chew 6 Pa Inches Bully Sticks Natural Beef Stick f Dogs, Long Lasting Dental Treats, Chev
★★★★☆ 104
$16.99 ($2.83/Coun
✓prime FREE Delivery

Back to top

**Get to Know Us**
Careers
Amazon Newsletter

**Make Money with Us**
Sell on Amazon
Sell apps on Amazon
Supply to Amazon

**Amazon Payment Products**
Amazon Visa
Amazon Store Card
Amazon Secured Card

**Let Us Help You**
Your Account
Your Orders
Shipping Rates &

# Seller Display Name

# Cubovie

# Seller ID

# A2543YFGR12Z6Z



‹ Back to results

Sponsored ⓘ





Visit the Cubovie Store

## Inflatable Costume for Kids Alien Inflatable Halloween Costumes Unicorn Fancy Blow Up Costume for Halloween Cosplay

4.7 ★★★★☆     6 ratings

$34⁹⁹

✓prime Two-Day
FREE Returns ⌄

- 100% Polyester
- Your Child Will Be the Winner of Every Halloween Costume Contest! Suitable for Kids 120-150cm (3.9-4.9ft/47-59inch) tall. Dress up as a Alien, and draw everyone's attention!
- The inflatable Halloween costume is made with 100% Fire Resistant Polyester, strong and durable so that you will never have to worry about any tears or holes. This Alien Inflatable costume is interesting and convenient to put on/off, everyone will wonder why the Alien has abducted you.
- Blow up quickly in seconds: Requires 4 x AA Batteries (not included), Adult inflatable clothing is very easy to inflate, It has high quality fans and can quickly blow up in seconds. Just step into the costume, do the zip up, switch the fan on, wait a minute and you're ready to go.
- PARTY IN COMFORT: The inflatable costume is not just funny and unique, it's also very comfortable so you can party all night long! The blow up costume leaves you a lot of jiggle space so you will not have to restrict yourself with tight and uncomfortable costumes and it's ventilated so you will not get sweaty on the dance floor.
- Get ready for this year's Halloween with these truly unique and hilarious inflatable alien costumes. Also suitable for Parks, Zoo, Outdoors, Company Celebration or Annual Party, Bars, Club, TV SHOW, Carnival, Opening Ceremony, Weddings, Halloween, Christmas, Easter, Thanksgiving, April Fools' Day, Festivals, Birthday Party, Bachelor Party, Cos Play party etc.
- Notes: Pls clip the battery pack on belt, don't ever put it in pocket or the device can overheat and burn your leg. Package Include: 1 x Inflatable Costume, 1 x Mini Fan Blower! 4 x AA batteries is required (NOT INCLUDE)!

💬 Report incorrect product information.

### Delivery     Pickup

$34⁹⁹

✓prime Two-Day
FREE Returns ⌄

FREE delivery **Wednesday, October 18**. Order within **7 hrs 42 mins**

⦿ Deliver to ▮▮▮▮ - Sewickley 15143

**In Stock**

Qty: 1 ⌄

**Add to Cart**

**Buy Now**

Ships from   Amazon
Sold by      Cubovie
Returns      Eligible for Return, Refund or Replacement within 30 days of receipt
Payment      Secure transaction

☐ Add a gift receipt for easy returns

**Add to List**

Sponsored ⓘ





# Cubovie

Visit the Cubovie storefront

★★★★★ | **100% positive** lifetime (66 total ratings)

**Inflatable Costume for Kids Alien...**

USD 34.99

Add to Cart

## About Seller

Cubovie is committed to providing each customer with the highest standard of customer service.

**Have a question for Cubovie?**

Ask a question

## Feedback

★★★★★ 4.8 out of 5

66 ratings

Lifetime

| | | |
|---|---|---|
| 5 star | | 80% |
| 4 star | | 20% |
| 3 star | | 0% |
| 2 star | | 0% |
| 1 star | | 0% |

Learn more about how seller feedback works on Amazon

**Share your thoughts with other customers**

Leave seller feedback

**FILTER BY**

All stars

66 total feedbacks in Lifetime

★★★★★ "Good quality."

By Amberly B on June 4, 2023.

★★★★★ "Got these for my daughters prom in plus size. Good quality and can fit large hands and arms."

By Amberly B on June 4, 2023.

★★★★★ "Works great 👍"

By Bryan Staggert on January 14, 2023.

★★★★★ "My daughter wa asked to wear her gloves as a recognition of past debutante presentation. She, of course, no longer had those. These came the day needed and were..."

Read more

By Lamplady on January 8, 2023.

★★★★★ "My order arrived on time, in excellent condition and as described."

By Michele on October 11, 2022.

Previous Next

## Return & Refund Policies

Please refer to the Amazon.com Return Policy .

## Detailed Seller Information

**Business Name:** Shenzhenshi ChangShengJiaYe Ke Ji You Xian Gong Si

**Business Address:**

华强北街道华航社区中航路8号新亚洲电子商城6层6C007
深圳市
福田区
广东
518030
CN

## Shipping Policies

This item is Fulfilled by Amazon.com and ships based on Amazon.com Shipping Rates and Policies .

## Other Policies

**Privacy and Security**

Amazon knows that you care how information about you is used and shared, and we appreciate your trust that we will do so carefully and sensibly. By visiting Amazon.com, you are accepting the practices described in Amazon.com's Privacy Policy . In addition, we want you to be aware that Amazon.com will provide Cubovie with information related to your transactions involving their products (including, for example, your name, address, products you purchase, and transaction amount), and that such information will be subject to Cubovie's Privacy Policy.

**Privacy Policy**

Cubovie values the privacy of your personal data.
For more information see Amazon.com's Privacy Policy .

**Gift Wrap and Gift Messaging**

You can add a gift message when ordering items fulfilled by Amazon.com or selected Amazon Merchants. Gift message are limited to a maximum of 240 characters--about 10 lines of text. In your message, be sure to include who the gift is from and the name of the gift recipient. For items fulfilled by Amazon.com, you can also choose to use Amazon.com gift-wrapping designed exclusively for our customers, in which case we will print your message on a gift card. Otherwise, we'll include your message on the packing slip.
Learn more

## Help

For questions about a charge that has been made to your credit card, please contact Amazon. Questions about how to place an order? Search Amazon Help.

## Products

See all products currently offered by the seller.

Leave seller feedback | Tell us what you think about this page

**Brand**
Cubovie



*Get ready to rev up your engines with Monster Jam*

Monster Jam, Official Megalodon…
★★★★½ 13,358
$29.90 ✓prime
Details & delivery

**Add to Cart**

Sponsored ⓘ

## Results

Price and other details may vary based on product size and color.



Inflatable Costume for Kids Alien Inflatable Halloween Costumes Unicorn Fancy Blow Up Costume for Hallowee…
★★★★½ ⌄ 6
50+ bought in past month
$34⁹⁹
✓prime Two-Day
FREE delivery **Wed, Oct 18**



Cuboive Long Opera Party Gloves 20s Satin Gloves Adult Size Evening Gloves Elbow Length 21.5"
★★★★½ ⌄ 23
$9⁹⁹
✓prime Two-Day
FREE delivery **Wed, Oct 18**



Long Satin Gloves Elbow Length 1920s Evening Opera Party Gloves Bridal Dance Gloves
★★★★ ⌄ 10
$13⁹⁹
✓prime Two-Day
FREE delivery **Wed, Oct 18**



Snow Tire Chains, Universal Car Emergency Anti Slip Snow Chains, 6 Pack Winter Security Tire Chains Tire Width…
★★★★ ⌄ 12
$59⁹⁹
FREE delivery for Prime members



Cubovie Adhesive Bra Strapless Sticky Push up Bra Invisible Bras for Women Backless Silicone Nipple Covers…
★★ ⌄ 4
$9⁹⁹
✓prime Two-Day
FREE delivery **Wed, Oct 18**

## Need help?

Visit the help section or contact us



# amazon

## Checkout (1 item)

**1 Shipping address**    409 BROAD ST STE 260    **Change**
SEWICKLEY, PA 15143-1558
Add delivery instructions

**2 Payment method**    **Change**
Billing address:

⌄ Add a gift card or promotion code or voucher

Enter code    Apply

**3 Review items and shipping**

ⓘ **Want to save time on your next order and go directly to this step when checking out?**
☐ Default to this delivery address and payment method.

**Select FREE Amazon Day Delivery to receive orders in fewer boxes on a single day.**

**Arriving Oct. 19, 2023** If you order in the next 4 hours and 47 minutes (Details)
Items shipped from Amazon.com



**Inflatable Costume for Kids Alien Inflatable Halloween Costumes Unicorn Fancy Blow Up Costume for Halloween Cosplay**
$34.99 ✓prime
& FREE Returns ⌄
Qty: 1 ⌄
Sold by: Cubovie
🎁 Add gift options

**Choose your Prime delivery option:**
● **Thursday, Oct. 19**
FREE Prime Delivery
○ **Friday, Oct. 20**
FREE Amazon Day Delivery
🍃 Fewer boxes, fewer trips. ⌄
Change delivery day


**Order total: $37.09**
By placing your order, you agree to Amazon's privacy notice and conditions of use.

---

### Place your order

By placing your order, you agree to Amazon's privacy notice and conditions of use.

### Order Summary

Items:    $34.99
Shipping & handling:    $0.00

Total before tax:    $34.99
Estimated tax to be collected:    $2.10

**Order total:**    **$37.09**

How are shipping costs calculated?

Prime shipping benefits have been applied to your order.

---

*Why has sales tax been applied? See tax and seller information.

Need help? Check our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Important information about sales tax you may owe in your state

You may return new, unopened merchandise in original condition within 30 days of delivery. Exceptions and restrictions apply. See Amazon.com's Returns Policy.

Need to add more items to your order? Continue shopping on the Amazon.com homepage.



amazon prime | Deliver to Sewickley 15143 | All | Search Amazon | EN | Hello, [redacted] Account & Lists | Returns & Orders | 0

All | Medical Care | Buy Again | Customer Support | Amazon Basics | Whole Foods | Coupons | Big Deals on Toys

Your Account › Your Orders › Order Details

# Order Details

Ordered on October 16, 2023 | Order# 111-0883009-3833051

View or Print invoice

**Shipping Address**
[redacted]
409 BROAD ST STE 260
SEWICKLEY, PA 15143-1558
United States
Change

**Payment Method**
[redacted]
Change

**Apply gift card balance**
Enter code
Apply

**Order Summary**

| | |
|---|---|
| Item(s) Subtotal: | $34.99 |
| Shipping & Handling: | $0.00 |
| Total before tax: | $34.99 |
| Estimated tax to be collected: | $2.10 |
| **Grand Total:** | **$37.09** |

## Arriving Thursday

Inflatable Costume for Kids Alien Inflatable Halloween Costumes Unicorn Fancy Blow Up Costume for Halloween Cosplay
Sold by: Cubovie
$34.99
**Condition:** New
Add gift option
Buy it again

Track package
Change Payment Method
Cancel items
Archive order

## Top picks for you

Pumpkin Pup Buddy BUDDER, 100% Natural Dog Peanut Butter, Healthy Peanut Butter Dog Treats, Made in…
2,056
$13.99 ($13.17/lb)
prime FREE Delivery

NaturVet All-in-One Dog Supplement - for Joint Support, Digestion, Skin, Coat Care – Dog Multivitamins with…
11,336
$23.99 ($1.85/Ounce)
prime FREE Delivery

Mighty Paw Dog Lick Bowl | Interactive Slow Feeder Puzzle for Anxiety, Calming and…
654
Amazon's Choice in Basic Dog Bowls
$18.99
prime FREE Delivery

Pumpkin Pup + Ruff Ruff Raw + Barkin Banana Buddy BUDDER, 100% Natural Dog Peanut Butter, Healthy Dog…
753
$34.97 ($10.97/lb)
prime FREE Delivery

JASGOOD Dog Fee Slow Eating Pet Bo Eco-Friendly Durab Non-Toxic Preventi
11,280
Amazon's Choice i Slow Feeders
$9.99
prime FREE Delivery

Back to top

**Get to Know Us**
Careers
Amazon Newsletter
About Amazon

**Make Money with Us**
Sell on Amazon
Sell apps on Amazon
Supply to Amazon

**Amazon Payment Products**
Amazon Visa
Amazon Store Card
Amazon Secured Card

**Let Us Help You**
Your Account
Your Orders
Shipping Rates & Policies







# Seller Display Name

# Decalare

# Seller ID

# A14XN8BPYZV8OO



