

amazon prime | Deliver to [redacted] Sewickley 15143 | All | Search Amazon | EN | Hello, [redacted] Account & Lists | Returns & Orders | 0

All | Medical Care | Buy Again | Customer Support | Amazon Basics | Whole Foods | Coupons | Household, Health & Baby Care | Handmade | Pet Supplies | Home Improvement | Beauty & Personal Care | Subscribe & Save | Amazon Business | Reinventing wholesale, join Amazon Business

# Decalare

Visit the Decalare storefront

★★★★★ | 96% positive in the last 12 months (28 ratings)

**Decalare Inflatable Alien Costum...**

USD 39.99

Add to Cart

## About Seller

**Welcome to Decalare,Thank you for your trust and purchase.**
Decalare is the sole authorized seller of authentic Decalare products (other than Amazon) on the Amazon platform. Offers from other sellers are scamming attempts, counterfeit products or unauthorized reselling. To ensure your complete safety and the excellent service we strive to give our customers, please avoid purchasing from other sellers.

**Customer Service**
**30-day money-back guarantee for any reason**
For 30 days after the date of purchase,...

See more

**Have a question for Decalare?**

Ask a question

## Feedback

★★★★★ 4.9 out of 5 | 12 months
28 ratings

| | | |
|---|---|---|
| 5 star | | 93% |
| 4 star | | 4% |
| 3 star | | 0% |
| 2 star | | 4% |
| 1 star | | 0% |

Learn more about how seller feedback works on Amazon

**Share your thoughts with other customers**

Leave seller feedback

**FILTER BY**

All stars

28 total feedbacks in 12 months

★★★★★ "Love this costume and we've had so many laughs just wearing it around the house!"
By ,Tiffany Reuille on October 16, 2023.

★☆☆☆☆ "~~Package was never delivered. If so.. I have specific instructions to place in back door. This is very upsetting. Please replace.~~"
By Jeseina Madrid on October 16, 2023.
**Message from Amazon:** This item was fulfilled by Amazon, and we take responsibility for this fulfillment experience.

★★★★★ "Super happy with this purchase! Adorable costume and my son lit up with excitement when he tried it on!"
By Lovelifexo on October 16, 2023.

★★★★★ "Great product"
By braxton on October 12, 2023.

★★★★★ "Great items. Package well."
By Bee Santos on October 12, 2023.

Previous Next

## Return & Refund Policies

Please refer to the Amazon.com Return Policy .

## Detailed Seller Information

**Business Name:** Shenzhen Jiamai Technology Co., Ltd.
**Business Address:**
观澜街道广培社区高尔夫大道5号
1025(E)
深圳市
龙华区
广东
518000
CN

## Shipping Policies

This item is Fulfilled by Amazon.com and ships based on Amazon.com Shipping Rates and Policies .

## Other Policies

**Privacy and Security**

Amazon knows that you care how information about you is used and shared, and we appreciate your trust that we will do so carefully and sensibly. By visiting Amazon.com, you are accepting the practices described in Amazon.com's Privacy Policy . In addition, we want you to be aware that Amazon.com will provide Decalare with information related to your transactions involving their products (including, for example, your name, address, products you purchase, and transaction amount), and that such information will be subject to Decalare's Privacy Policy.

**Privacy Policy**

Decalare values the privacy of your personal data.
For more information see Amazon.com's Privacy Policy .

**Gift Wrap and Gift Messaging**

You can add a gift message when ordering items fulfilled by Amazon.com or selected Amazon Merchants. Gift message are limited to a maximum of 240 characters--about 10 lines of text. In your message, be sure to include who the gift is from and the name of the gift recipient. For items fulfilled by Amazon.com, you can also choose to use Amazon.com gift-wrapping designed exclusively for our customers, in which case we will print your message on a gift card. Otherwise, we'll include your message on the packing slip.
Learn more

## Help

For questions about a charge that has been made to your credit card, please contact Amazon. Questions about how to place an order? Search Amazon Help.

## Products

See all products currently offered by the seller.

Leave seller feedback | Tell us what you think about this page

Back to top

**Get to Know Us**
Careers
Amazon Newsletter
About Amazon
Accessibility
Sustainability
Press Center

**Make Money with Us**
Sell on Amazon
Sell apps on Amazon
Supply to Amazon
Protect & Build Your Brand
Become an Affiliate
Become a Delivery Driver

**Amazon Payment Products**
Amazon Visa
Amazon Store Card
Amazon Secured Card
Amazon Business Card
Shop with Points
Credit Card Marketplace

**Let Us Help You**
Your Account
Your Orders
Shipping Rates & Policies
Amazon Prime
Returns & Replacements

**Brand**
Decalare

## Results

Price and other details may vary based on product size and color.



Decalare Inflatable Alien Costume For Adults and Kids,Alien Funny Blow Up Costumes,Halloween Costume...

★★★★☆ ⌄ 1,751

3K+ bought in past month

$44⁰⁹

**prime** Two-Day
FREE delivery **Wed, Oct 18**



Decalare Inflatable Costume For Adults,Ride On Chicken Costume, Halloween Costumes For Men/Women,Funny...

★★★★☆ ⌄ 99

1K+ bought in past month

$31⁹⁹ - $45⁹⁹

**prime**



Decalare Inflatable Costume For Adults, Inflatable Dinosaur Costume, Halloween Costumes For...

★★★★☆ ⌄ 1,700

1K+ bought in past month

Limited time deal

$29⁹⁹ List: $39.99

**prime** Two-Day
FREE delivery **Wed, Oct 18**



Decalare Inflatable T-REX Dinosaur Costume Adult, Full Body Halloween Costumes For Men/Women, Blow up...

★★★★☆ ⌄ 935

700+ bought in past month

$29⁹⁹

**prime**



Decalare 9FT Wide Halloween Outdoor Decorations with Built-in LED's Ghost Tombstone Pumpkin Inflatable...

★★★★☆ ⌄ 43

1K+ bought in past month

$59⁹⁹ Typical: $69.99

FREE delivery for Prime members



Decalare Inflatable Dinosaur costumes for kids T-Rex Costume Fancy Costumes Halloween Party Cosplay...

★★★★☆ ⌄ 399

600+ bought in past month

Limited time deal

Sponsored ⓘ

xfinity



**amazon**      Checkout (1 item)  🔒

**1 Shipping address**    Change
409 BROAD ST STE 260
SEWICKLEY, PA 15143-1558
Add delivery instructions

**FREE pickup available nearby**
Keep • 3.7 mi (See details)
Change to pickup

**2 Payment method**    Change
Billing address:
⌃ Add a gift card or promotion code or voucher
[ Enter code ] [ Apply ]

**3 Review items and shipping**

> ℹ **Want to save time on your next order and go directly to this step when checking out?**
> ☐ Default to this delivery address and payment method.

---

**Place your order**
By placing your order, you agree to Amazon's privacy notice and conditions of use.

**Order Summary**
| | |
|---|---|
| Items: | $39.99 |
| Shipping & handling: | $0.00 |
| Your Coupon Savings: | -$2.00 |
| Total before tax: | $37.99 |
| Estimated tax to be collected: | $2.28 |
| **Order total:** | **$40.27** |

Qualifying offers:
• Your Coupon Savings

How are shipping costs calculated?

Prime shipping benefits have been applied to your order.

---



**Select FREE Amazon Day Delivery to receive orders in fewer boxes on a single day.**

**Arriving Oct. 19, 2023** If you order in the next 5 hours and 40 minutes (Details)
Items shipped from Amazon.com

**Decalare Inflatable Alien Costume For Adults and Kids,Alien Funny Blow Up Costumes,Halloween Costumes For Men/Women (Adult-Et Alien)**
~~$39.99~~ $37.99 ✓prime
& FREE Returns ⌄
Qty: 1 ⌄
Sold by: Decalare
$2.00 discount applied ⌄
🎁 Add gift options

**Choose your Prime delivery option:**
🔘 **Thursday, Oct. 19**
FREE Prime Delivery
⚪ **Thursday, Oct. 19**
FREE Amazon Day Delivery
🍃 Fewer boxes, fewer trips. ⌄
Change delivery day

---

**Place your order**
**Order total: $40.27**
By placing your order, you agree to Amazon's privacy notice and conditions of use.

---

*Why has sales tax been applied? See tax and seller information.

Need help? Check our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Important information about sales tax you may owe in your state

You may return new, unopened merchandise in original condition within 30 days of delivery. Exceptions and restrictions apply. See Amazon.com's Returns Policy.

Need to add more items to your order? Continue shopping on the Amazon.com homepage.



## Order Details

Ordered on October 16, 2023 | Order# 111-2350492-7041800

View or Print invoice

**Shipping Address**
█████████████
409 BROAD ST STE 260
SEWICKLEY, PA 15143-1558
United States
Change

**Payment Method**
███████████████
Change

**Apply gift card balance**
Enter code
Apply

**Order Summary**
Item(s) Subtotal: $39.99
Shipping & Handling: $0.00
Your Coupon Savings: -$2.00
Total before tax: $37.99
Estimated tax to be collected: $2.28
**Grand Total:** **$40.27**

**Arriving Thursday**

Track package

Decalare Inflatable Alien Costume For Adults and Kids,Alien Funny Blow Up Costumes,Halloween Costumes For Men/Women (Adult-Et Alien)
Sold by: Decalare
$39.99
Condition: New
Add gift option
Buy it again

Change Payment Method
Cancel items
Archive order

### Customers also bought these digital items


Elemental
Leah Lewis
★★★★★ 3,041
$5.99


Spider-Man: Across The Spider-Verse - Bonus X-Ray Edition
Shameik Moore
★★★★★ 6,164
$5.99


Barbie
Margot Robbie
★★★★★ 1,774
$24.99


Paws of Fury: The Legend of Hank
Michael Cera
★★★★★ 2,305
$0.00


DC League of Supe
Dwayne Johnson
★★★★★ 8,164
$0.00

Back to top

**Get to Know Us**
Careers
Amazon Newsletter
About Amazon
Accessibility

**Make Money with Us**
Sell on Amazon
Sell apps on Amazon
Supply to Amazon
Protect & Build Your Brand

**Amazon Payment Products**
Amazon Visa
Amazon Store Card
Amazon Secured Card
Amazon Business Card
Shop with Points

**Let Us Help You**
Your Account
Your Orders
Shipping Rates & Policies
Amazon Prime

# Seller Display Name

# easy-fit

# Seller ID

# A3FYKOHW6MEN36









Sponsored

‹ Back to results

Brand: TOLOCO

# TOLOCO Inflatable Costume Adult, Inflatable Alien Costume, Inflatable Halloween Costumes for Teenager Adult

4.6 3,416 ratings
| 71 answered questions

Amazon's Choice for "alien costume adult"

$39.99

prime Two-Day
FREE Returns

Coupon: Apply 5% coupon Shop items › | Terms

Color: Green, Black, White, Blue

$29.99 prime | $39.99 prime

- 100% Polyester
- Zipper closure
- Fits teens and adults 4.7 to 6.3 feet tall
- Requires 4 AA batteries, batteries are not included, it must be 4 AA batteries or it will not be powerful enough to fully inflate the costume
- Please turn on the fan after wearing. The wind will fill the costume very quickly. Please clip the battery pack on belt, don't ever put it in your pocket, or the device will overheat and burn your leg
- Please tighten the outer ring in place to hold the fan before putting on the costume, otherwise, loose outer ring can cause the fan to fall off during moving
- There are elastic band on the neck, ankles and wrist to keep the costume inflated for a long time

Report incorrect product information.

$39.99

prime Two-Day
FREE Returns

FREE delivery **Wednesday, October 18**. Order within 8 hrs 41 mins

Deliver to [redacted] - Sewickley 15143

In Stock

Qty: 1

Add to Cart

Buy Now

| | |
|---|---|
| Ships from | Amazon |
| Sold by | easy-fit |
| Returns | Eligible for Return, Refund or Replacement within 30 days of receipt |
| Payment | Secure transaction |

Add a gift receipt for easy returns

Add to List

Sponsored

Sponsored

# easy-fit

Visit the easy-fit storefront

★★★★★ **100% positive** in the last 12 months (450 ratings)

**TOLOCO Inflatable Costume Adul...**
USD 39.99
Add to Cart

## About Seller

**Have a question for easy-fit?**

Ask a question

## Feedback

★★★★★ 4.9 out of 5
450 ratings

12 months

| | |
|---|---|
| 5 star | 91% |
| 4 star | 9% |
| 3 star | 0% |
| 2 star | 0% |
| 1 star | 0% |

Learn more about how seller feedback works on Amazon

**Share your thoughts with other customers**

Leave seller feedback

**FILTER BY**

All stars

450 total feedbacks in 12 months

★★★★★ "Good product for the price. Works well and my wife likes it. Many fittings for different massage points on body."
By gordon on October 16, 2023.

★★★★★ "Great price! My favorite Halloween decoration. Everyone compliments it"
By carolyn on October 16, 2023.

★★★★★ "Good service"
By Mr P Antunes on October 16, 2023.

★★★★★ "Excellent product. No problems with delivery, packaging, etc."
By QuietType on October 16, 2023.

★★★★★ "This inflatable Halloween decoration arrived on time and in perfect condition. It was exactly as described - better actually - with really vibrant colors and br..."
Read more
By Richard P. Wilms on October 15, 2023.

Previous Next

## Return & Refund Policies

Please refer to the Amazon.com Return Policy .

## Detailed Seller Information

**Business Name:** Shenzhen Jianyuan Electronic Science and Technolog
**Business Address:**
深圳市福田区华强北街道华强北路赛格广场56楼5603A
深圳市
福田区
广东省
518000
CN

## Shipping Policies

This item is Fulfilled by Amazon.com and ships based on Amazon.com Shipping Rates and Policies .

## Other Policies

**Privacy and Security**

Amazon knows that you care how information about you is used and shared, and we appreciate your trust that we will do so carefully and sensibly. By visiting Amazon.com, you are accepting the practices described in Amazon.com's Privacy Policy . In addition, we want you to be aware that Amazon.com will provide easy-fit with information related to your transactions involving their products (including, for example, your name, address, products you purchase, and transaction amount), and that such information will be subject to easy-fit's Privacy Policy.

**Privacy Policy**

easy-fit values the privacy of your personal data.
For more information see Amazon.com's Privacy Policy .

**Gift Wrap and Gift Messaging**

You can add a gift message when ordering items fulfilled by Amazon.com or selected Amazon Merchants. Gift message are limited to a maximum of 240 characters--about 10 lines of text. In your message, be sure to include who the gift is from and the name of the gift recipient. For items fulfilled by Amazon.com, you can also choose to use Amazon.com gift-wrapping designed exclusively for our customers, in which case we will print your message on a gift card. Otherwise, we'll include your message on the packing slip.
Learn more

## Help

For questions about a charge that has been made to your credit card, please contact Amazon. Questions about how to place an order? Search Amazon Help.

## Products

See all products currently offered by the seller.

Leave seller feedback | Tell us what you think about this page

Back to top

**Get to Know Us**
Careers
Amazon Newsletter
About Amazon
Accessibility
Sustainability
Press Center
Investor Relations
Amazon Devices
Amazon Science

**Make Money with Us**
Sell on Amazon
Sell apps on Amazon
Supply to Amazon
Protect & Build Your Brand
Become an Affiliate
Become a Delivery Driver
Start a Package Delivery Business
Advertise Your Products
Self-Publish with Us
Host an Amazon Hub
› See More Ways to Make Money

**Amazon Payment Products**
Amazon Visa
Amazon Store Card
Amazon Secured Card
Amazon Business Card
Shop with Points
Credit Card Marketplace
Reload Your Balance
Gift Cards
Amazon Currency Converter

**Let Us Help You**
Your Account
Your Orders
Shipping Rates & Policies
Amazon Prime
Returns & Replacements
Manage Your Content and Devices
Your Recalls and Product Safety Alerts
Help

**Brand**
TOLOCO
LAOSSC



**Back Massager with Heat, Gifts for Christmas, New Ye...**
★★★★☆ 4,409
$33.99 ✓prime

Shop now

Sponsored ⓘ

## Results

Price and other details may vary based on product size and color.



Best Seller

**TOLOCO Massage Gun Deep Tissue, Back Massage Gun for Athletes for Pain Relief, Percussion Massager with 10...**

1 Count (Pack of 1)

★★★★☆ ⌄ 42,336
40K+ bought in past month

$119.99 ($119.99/Count)

✓prime Two-Day
FREE delivery **Wed, Oct 18**
Only 13 left in stock - order soon.

🌱 Carbon impact ⌄

---



Best Seller

**TOLOCO Inflatable Costume for Kid, Inflatable Alien Costume Kids, Alien Holding Person Costume, Halloween...**

★★★★☆ ⌄ 2,128
10K+ bought in past month

$45.99

✓prime Two-Day
FREE delivery **Wed, Oct 18**

---



**TOLOCO Inflatable Costume Adult, Inflatable Alien Costume, Inflatable Halloween Costumes for Teenager...**

★★★★☆ ⌄ 3,416
5K+ bought in past month

$39.99

Save 5% with coupon (some sizes/colors)

✓prime Two-Day
FREE delivery **Wed, Oct 18**

---



**TOLOCO Inflatable Kids Sumo Wrestler Wrestling Suits Halloween Costume, One Size Fits Most**

★★★★☆ ⌄ 2,411
2K+ bought in past month

Ages: 36 months - 7 years

Save 11%

$24.99 Typical: $27.99

Save 5% with coupon

✓prime Two-Day
FREE delivery **Wed, Oct 18**

---



**TOLOCO Inflatable Costume Adult Kid, Inflatable Halloween Costumes, Inflatable Dinosaur Costume, Blow...**

★★★★☆ ⌄ 6,334
3K+ bought in past month

$16.99 - $29.99

✓prime

TOLOCO Inflatable Costume Adult, Inflatable Costumes...

# amazon

## Checkout (1 item) 🔒

**1**   **Shipping address**     █████████         Change

409 BROAD ST STE 260
SEWICKLEY, PA 15143-1558
Add delivery instructions

**FREE pickup available nearby**
Keep • 3.7 mi (See details)
Change to pickup

---

**2**   **Payment method**     ████████████████     Change

Billing address: ███████████

⌃ Add a gift card or promotion code or voucher

| Enter code | Apply |

---

**3**   **Review items and shipping**

ⓘ **Want to save time on your next order and go directly to this step when checking out?**

☐ Default to this delivery address and payment method.

---

**Select FREE Amazon Day Delivery to receive orders in fewer boxes on a single day.**

**Arriving Oct. 19, 2023** If you order in the next 5 hours and 37 minutes (Details)
Items shipped from Amazon.com



**TOLOCO Inflatable Alien Costume Adult, Inflatable Costume Adult, Inflatable Halloween Costumes for Men Adult**
~~$39.99~~ **$37.99** ✓prime
& **FREE Returns** ⌄

Qty: 1 ⌄
Sold by: easy-fit
**$2.00 discount applied** ⌄
🎁 Add gift options

**Choose your Prime delivery option:**
◉ **Thursday, Oct. 19**
  FREE Prime Delivery
○ **Thursday, Oct. 19**
  FREE Amazon Day Delivery
  ♻ Fewer boxes, fewer trips. ⌄
**Change delivery day**

---

**Place your order**

**Order total: $40.27**
By placing your order, you agree to Amazon's privacy notice and conditions of use.

---

### Order Summary

| | |
|---|---|
| Items: | $39.99 |
| Shipping & handling: | $0.00 |
| Your Coupon Savings: | -$2.00 |
| Total before tax: | $37.99 |
| Estimated tax to be collected: | $2.28 |
| **Order total:** | **$40.27** |

Qualifying offers:
• Your Coupon Savings

How are shipping costs calculated?

Prime shipping benefits have been applied to your order.

**Place your order**

By placing your order, you agree to Amazon's privacy notice and conditions of use.

---

*Why has sales tax been applied? See tax and seller information.

Need help? Check our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Important information about sales tax you may owe in your state

You may return new, unopened merchandise in original condition within 30 days of delivery. Exceptions and restrictions apply. See Amazon.com's Returns Policy.

Need to add more items to your order? Continue shopping on the Amazon.com homepage.



## Order Details

Ordered on October 16, 2023 | Order# 111-0047072-5413840

View or Print invoice

**Shipping Address**

409 BROAD ST STE 260
SEWICKLEY, PA 15143-1558
United States

Change

**Payment Method**

Change

**Apply gift card balance**

Enter code

Apply

**Order Summary**

| | |
|---|---|
| Item(s) Subtotal: | $39.99 |
| Shipping & Handling: | $0.00 |
| Your Coupon Savings: | -$2.00 |
| Total before tax: | $37.99 |
| Estimated tax to be collected: | $2.28 |
| **Grand Total:** | **$40.27** |

### Arriving Thursday

Track package

TOLOCO Inflatable Alien Costume Adult, Inflatable Costume Adult, Inflatable Halloween Costumes for Men Adult
Sold by: easy-fit
$39.99
Condition: New

Add gift option

Buy it again

Change Payment Method

Cancel items

Archive order

### Customers also bought these digital items







**Blue Beetle**
Xolo Maridue
★★★★½ 321
$19.99

**Spider-Man: Across The Spider-Verse - Bonus X-Ray Edition**
Shameik Moore
★★★★★ 6,164
$5.99

**Barbie**
Margot Robbie
★★★★½ 1,774
$24.99

**Ruby Gillman Teenage Kraken**
Lana Condor
★★★★½ 2,735
$5.99

**The Boy (2016)**
Lauren Cohan
★★★★½ 8,767
$2.99-$3.99

Back to top

**Get to Know Us**
Careers
Amazon Newsletter
About Amazon
Accessibility

**Make Money with Us**
Sell on Amazon
Sell apps on Amazon
Supply to Amazon
Protect & Build Your Brand

**Amazon Payment Products**
Amazon Visa
Amazon Store Card
Amazon Secured Card
Amazon Business Card
Shop with Points

**Let Us Help You**
Your Account
Your Orders
Shipping Rates & Policies
Amazon Prime

# Seller Display Name

# Goiden

# Seller ID

# AWD6YGY04LEVW





flatable Alien
uitable for Kids and
oween Cosplay Party
ow Up Costumes

⋆⋆⋆⋆☆   499 ratings
stions

$35⁹⁹

Two-Day
FREE Returns ⌄

Get a $150 Amazon Gift Card instantly with Prime Visa
for a limited-time only.

Color: **Green**

- Polyester
- **QUALITY MATERIALS:** Halloween costumes are made of polyester, durable, waterproof, and breathable, so there is no need to worry about tears or holes.
- **QUICK INFLATION:** The attached electric fan can fully inflate the clothes in 1 minute (4 AA batteries are required), and the fan is detachable for better cleaning of the clothes.
- **CONVENIENT DESIGN:** Wear it, you will find that it is comfortable and convenient whether it is walking, dancing, sitting, or standing. The battery cover has been upgraded and does not require screws to install, just buckle the battery cover to use.
- **PACKAGE INCLUDED:** 1 inflatable suit, 1 fan, 1 battery box (without batteries, 4 AA batteries are required), and it can also be connected to a mobile power supply or power bank, which can be fully charged in a minute or two.
- **KIND REMINDER:** If the garment cannot be fully inflated, please loosen the ring, turn the fan to the front to inflate the head better, and at the same time tighten the strap as much as possible. The product has a special pocket to store the fan, so don't worry about it burning your legs.

🏳 Report incorrect product information.













# Goiden

Visit the Goiden storefront

★★★★★ | **100% positive** in the last 12 months (22 ratings)

**DREAMY Inflatable Alien Costum...**
USD 35.99
Add to Cart

## About Seller

Goiden is committed to providing each customer with the highest standard of customer service.

**Have a question for Goiden?**

Ask a question

## Feedback

★★★★★ 5 out of 5
22 ratings

12 months

| | | |
|---|---|---|
| 5 star | | 95% |
| 4 star | | 5% |
| 3 star | | 0% |
| 2 star | | 0% |
| 1 star | | 0% |

Learn more about how seller feedback works on Amazon

**Share your thoughts with other customers**

Leave seller feedback

**FILTER BY**

All stars

22 total feedbacks in 12 months

★☆☆☆☆ "~~Battery Pack is not working and is defective. Very frustrating!~~"
By Glauce F. on October 12, 2023.
**Message from Amazon:** This item was fulfilled by Amazon, and we take responsibility for this fulfillment experience.

★★★★★ "Works like it should"
By Big sexy on October 11, 2023.

★★★★☆ "My daughter loves it. Great fit"
By Jessica Skinner on October 11, 2023.

★☆☆☆☆ "~~The battery pack started smoking when I put in the batteries.~~"
By amanda on October 9, 2023.
**Message from Amazon:** This item was fulfilled by Amazon, and we take responsibility for this fulfillment experience.

★★★★★ "Genial"
By Jose on October 7, 2023.

Previous Next

## Return & Refund Policies

Please refer to the Amazon.com Return Policy .

## Detailed Seller Information

**Business Name:** Shanxi Golden Time Sports Culture Co., Ltd.
**Business Address:**
解放北路111号4层401号
太原市
尖草坪区
山西省
030000
CN

## Shipping Policies

This item is Fulfilled by Amazon.com and ships based on Amazon.com Shipping Rates and Policies .

## Other Policies

**Privacy and Security**

Amazon knows that you care how information about you is used and shared, and we appreciate your trust that we will do so carefully and sensibly. By visiting Amazon.com, you are accepting the practices described in Amazon.com's Privacy Policy . In addition, we want you to be aware that Amazon.com will provide Goiden with information related to your transactions involving their products (including, for example, your name, address, products you purchase, and transaction amount), and that such information will be subject to Goiden's Privacy Policy.

**Privacy Policy**

Goiden values the privacy of your personal data.
For more information see Amazon.com's Privacy Policy .

**Gift Wrap and Gift Messaging**

You can add a gift message when ordering items fulfilled by Amazon.com or selected Amazon Merchants. Gift message are limited to a maximum of 240 characters--about 10 lines of text. In your message, be sure to include who the gift is from and the name of the gift recipient. For items fulfilled by Amazon.com, you can also choose to use Amazon.com gift-wrapping designed exclusively for our customers, in which case we will print your message on a gift card. Otherwise, we'll include your message on the packing slip.
Learn more

## Help

For questions about a charge that has been made to your credit card, please contact Amazon. Questions about how to place an order? Search Amazon Help.

## Products

See all products currently offered by the seller.

Leave seller feedback | Tell us what you think about this page

amazon prime | Deliver to [redacted] Sewickley 15143 | Goiden | Search Amazon | EN | Hello, [redacted] Account & Lists | Returns & Orders | 0

All | Medical Care | Buy Again | Customer Support | Amazon Basics | Whole Foods | Coupons | Household, Health & Baby Care | Handmade

3 results

Sort by: Featured

**Brand**

DREAMY

Windows 11

*Windows 11 makes the everyday easier*

Lenovo IdeaPad Flex 5-2023…

312

$522.02 prime

Details & delivery

Add to Cart

Sponsored

## Results

Price and other details may vary based on product size and color.

DREAMY Inflatable Alien Costumes Suitable for Kids and Adults, Halloween Cosplay Party Polyester Blow Up...

499

1K+ bought in past month

$35.99

prime Two-Day

FREE delivery **Wed, Oct 18**

DREAMY Inflatable Dinosaur T-REX Costume | Inflatable Costumes for Adults| Halloween Costume | Blow Up...

235

300+ bought in past month

$35.99

prime

FREE delivery **Fri, Oct 20**

DREAMY Mini Blower Fan for Dinosaur Costume, Alien, Inflatable Game Clothing Suits

$30.99

prime Two-Day

FREE delivery **Wed, Oct 18**

## Need help?

Visit the help section or contact us

TOLOCO

**TOLOCO Inflatable Costume for Kid, Inflatable Alie...**

2,128

$45.99 prime

Sponsored

## Recommended based on your browsing history

Sponsored

**amazon**                              Checkout (1 item)                              🔒

**1  Shipping address**                                                    Change

███████████
409 BROAD ST STE 260
SEWICKLEY, PA 15143-1558
Add delivery instructions

**FREE pickup available nearby**
Keep • 3.7 mi  (See details)
Change to pickup

**2  Payment method**          ████████████████████          Change

Billing address: ████████████████

⌄ Add a gift card or promotion code or voucher

[ Enter code ]   [ Apply ]

**3  Review items and shipping**

ℹ️ **Want to save time on your next order and go directly to this step when checking out?**
☐ Default to this delivery address and payment method.

**Order Summary**

Items:                          $35.99
Shipping & handling:            $0.00
Total before tax:               $35.99
Estimated tax to be collected:  $2.16

**Order total:**                **$38.15**

How are shipping costs calculated?

Prime shipping benefits have been applied to your order.

[ **Place your order** ]

By placing your order, you agree to Amazon's privacy notice and conditions of use.



**Select FREE Amazon Day Delivery to receive orders in fewer boxes on a single day.**

**Arriving Oct. 19, 2023**  If you order in the next 5 hours and 28 minutes (Details)
Items shipped from Amazon.com

**DREAMY Inflatable Alien Costumes Suitable for Kids and Adults, Halloween Cosplay Party Polyester Blow Up Costumes (Alien) Green**
DREAMY
**$35.99** ✓prime
& FREE Returns ⌄
Qty: 1 ⌄
Sold by: Goiden
🎁 Add gift options

**Choose your Prime delivery option:**
🔘 **Thursday, Oct. 19**
FREE Prime Delivery
⚪ **Thursday, Oct. 19**
FREE Amazon Day Delivery
🍃 Fewer boxes, fewer trips. ⌄
Change delivery day

[ **Place your order** ]   **Order total: $38.15**
By placing your order, you agree to Amazon's privacy notice and conditions of use.

*Why has sales tax been applied? See tax and seller information.

Need help? Check our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Important information about sales tax you may owe in your state

You may return new, unopened merchandise in original condition within 30 days of delivery. Exceptions and restrictions apply. See Amazon's Returns Policy.

Need to add more items to your order? Continue shopping on the Amazon.com homepage.



## Order Details

Ordered on October 16, 2023 | Order# 111-7581765-1697018

View or Print invoice

**Shipping Address**

409 BROAD ST STE 260
SEWICKLEY, PA 15143-1558
United States

Change

**Payment Method**

Change

**Apply gift card balance**

Enter code

Apply

**Order Summary**

| | |
|---|---|
| Item(s) Subtotal: | $35.99 |
| Shipping & Handling: | $0.00 |
| Total before tax: | $35.99 |
| Estimated tax to be collected: | $2.16 |
| **Grand Total:** | **$38.15** |

**Arriving Thursday**

DREAMY Inflatable Alien Costumes Suitable for Kids and Adults, Halloween Cosplay Party Polyester Blow Up Costumes (Alien) Green
Sold by: Goiden
$35.99
**Condition:** New
Add gift option
Buy it again

Track package

Change Payment Method

Cancel items

Archive order

### Customers also bought these digital items



**Blue Beetle**
Xolo Maridue
⭐ 321
$19.99



**Diary Of A Wimpy Kid: Rodrick Rules**
Zachary Gordon
⭐ 5,924
$3.99



**Barbie**
Margot Robbie
⭐ 1,774
$24.99



**Diary of a Wimpy Kid: The Long Haul**
Jason Drucker
⭐ 3,853
$3.99



**The Ring**
Naomi Watts
⭐ 5,013
$3.79

Back to top

**Get to Know Us**
Careers
Amazon Newsletter
About Amazon
Accessibility
Sustainability
Press Center

**Make Money with Us**
Sell on Amazon
Sell apps on Amazon
Supply to Amazon
Protect & Build Your Brand
Become an Affiliate
Become a Delivery Driver

**Amazon Payment Products**
Amazon Visa
Amazon Store Card
Amazon Secured Card
Amazon Business Card
Shop with Points
Credit Card Marketplace

**Let Us Help You**
Your Account
Your Orders
Shipping Rates & Policies
Amazon Prime
Returns & Replacements

# Seller Display Name

# Hacosoon Flagship Store

# Seller ID

# A2E7OGP441SC0M









amazon prime | Deliver to [redacted] Sewickley 15143 | Toys & Games | alien+costume | EN | Hello, [redacted] Account & Lists | Returns & Orders | 0

All | Medical Care | Buy Again | Customer Support | Amazon Basics | Whole Foods | Coupons | Big Deals on Toys

Toys & Games | Kids Gift Guide | Shop Toys by Character | Shop Best Selling Toys | Shop Newly Released Toys | Shop Amazon Exclusive Toys | Shop Toy Deals

Sponsored

‹ Back to results

Visit the Hacosoon Store

# Inflatable Alien Costume for Adult and Kids Fun Halloween Blow up Costume, Alien Costume for Party

4.4 ★★★★☆ 1,271 ratings
| 11 answered questions

$45.99

prime Two-Day
FREE Returns

**Coupon:** ☐ Apply 5% coupon Shop items › | Terms

Color: Green for Kid

$39.99 prime | $45.99 prime

- polyester
- Zipper closure
- Hand Wash Only
- FIT SIZE: S for 120-140 cm / 3.9-4.6 Feet / 47-55 inches for children.
- PERFECT FOR ANY SCENE: suitable for parks, zoos, outdoor activities, company celebrations or conventions, bars, clubs, TV shows, carnivals, opening ceremonies, weddings, Halloween, Christmas, festivals, birthday parties, bachelor parties, Cos party. Put on our products and you will be the most attractive one.
- REASSURING MATERIALS AND FINE WORKMANSHIP: Inflatables are made of polyester, durable, finely sewed and rigorously inspected to ensure flawlessness， you don't have to worry about any quality issues.
- PRODUCT PACKAGING: 1 x garment, 1 x fan, you need to prepare 4 AA batteries. Special Note: A battery-powered fan can expand the garment in seconds; clip the battery pack to the belt and do not put it in your pocket, otherwise the device will overheat and burn your legs.
- CONFIDENT STRENGTH:We are sure that you will like the Hacosoon Halloween Inflatables, because we have been producing and selling these products for more than ten years and have gained the trust of many customers. If you are not satisfied with our clothing, we will refund you unconditionally. Satisfaction is our constant pursuit.

Report incorrect product information.

$45.99
prime Two-Day
FREE Returns

FREE delivery **Wednesday, October 18**. Order within 8 hrs 23 mins

Deliver to [redacted] - Sewickley 15143

In Stock

Qty: 1

Add to Cart

Buy Now

| | |
|---|---|
| Ships from | Amazon |
| Sold by | Hacosoon Flagship Store |
| Returns | Eligible for Return, Refund or Replacement within 30 days of receipt |
| Payment | Secure transaction |

☐ Add a gift receipt for easy returns

Add to List

Add to Registry & Gifting

**Buy it on Amazon Business**

**Save up to 6%** on this product with business-only pricing.

Create a free account

New (2) from $45.99 prime

**Other Sellers on Amazon**

$47.99 prime — Add to Cart
Sold by: Hacosoon Shop

amazon prime | Deliver to [redacted] Sewickley 15143 | All | Search Amazon | EN | Hello, [redacted] Account & Lists | Returns & Orders | 0

All | Medical Care | Buy Again | Customer Support | Amazon Basics | Whole Foods | Coupons | Household, Health & Baby Care | Handmade | Pet Supplies | Home Improvement | Beauty & Personal Care | Subscribe & Save | Amazon Business | Livestreams | Shop By Interest | Big Deals on Toys

# Hacosoon Flagship Store

Visit the Hacosoon Flagship Store storefront

★★★★★ | **100% positive** in the last 12 months (25 ratings)

**Inflatable Alien Costume for Adul...**
USD45.99
Add to Cart

## About Seller

Hacosoon Flagship Store is committed to providing each customer with the highest standard of customer service.

**Have a question for Hacosoon Flagship Store?**

Ask a question

## Feedback

★★★★★ 4.9 out of 5
25 ratings

12 months

| | | |
|---|---|---|
| 5 star | | 92% |
| 4 star | | 8% |
| 3 star | | 0% |
| 2 star | | 0% |
| 1 star | | 0% |

Learn more about how seller feedback works on Amazon

**Share your thoughts with other customers**

Leave seller feedback

**FILTER BY**

All stars

25 total feedbacks in 12 months

★★★★★ "Absolutely love it!!! As does the puppy!! I recommend it to anyone whose pup loves tug of war!! "
By John Satterwhite on August 3, 2023.

★★★★☆ "Well made Fun toy. Too heavy for puppy. "
By Liz Cosline on May 16, 2023.

★★★★★ "Sturdy, puppy likes it! A bit heavy for ageing hands. "
By Cjoy on April 30, 2023.

★★★★★ "Good quality product for the price. "
By Kindle Customer on April 25, 2023.

★★★★★ "Selected, ordered, delivered before date expected!! "
By SM on April 16, 2023.

Previous Next

## Return & Refund Policies

Please refer to the Amazon.com Return Policy .

## Detailed Seller Information

**Business Name:** Dongguan XinChangSheng Plastic Products Co., Ltd
**Business Address:**
振兴围草朗街13号1楼
东莞
塘厦镇
广东
523720
CN

## Shipping Policies

This item is Fulfilled by Amazon.com and ships based on Amazon.com Shipping Rates and Policies .

## Other Policies

**Privacy and Security**

Amazon knows that you care how information about you is used and shared, and we appreciate your trust that we will do so carefully and sensibly. By visiting Amazon.com, you are accepting the practices described in Amazon.com's Privacy Policy . In addition, we want you to be aware that Amazon.com will provide Hacosoon Flagship Store with information related to your transactions involving their products (including, for example, your name, address, products you purchase, and transaction amount), and that such information will be subject to Hacosoon Flagship Store's Privacy Policy.

**Privacy Policy**

Hacosoon Flagship Store values the privacy of your personal data.
For more information see Amazon.com's Privacy Policy .

**Gift Wrap and Gift Messaging**

You can add a gift message when ordering items fulfilled by Amazon.com or selected Amazon Merchants. Gift message are limited to a maximum of 240 characters--about 10 lines of text. In your message, be sure to include who the gift is from and the name of the gift recipient. For items fulfilled by Amazon.com, you can also choose to use Amazon.com gift-wrapping designed exclusively for our customers, in which case we will print your message on a gift card. Otherwise, we'll include your message on the packing slip.
Learn more

## Help

For questions about a charge that has been made to your credit card, please contact Amazon. Questions about how to place an order? Search Amazon Help.

## Products

See all products currently offered by the seller.

Leave seller feedback | Tell us what you think about this page

Back to top

**Get to Know Us**
Careers
Amazon Newsletter
About Amazon
Accessibility
Sustainability
Press Center
Investor Relations
Amazon Devices
Amazon Science

**Make Money with Us**
Sell on Amazon
Sell apps on Amazon
Supply to Amazon
Protect & Build Your Brand
Become an Affiliate
Become a Delivery Driver
Start a Package Delivery Business
Advertise Your Products
Self-Publish with Us
Host an Amazon Hub
› See More Ways to Make Money

**Amazon Payment Products**
Amazon Visa
Amazon Store Card
Amazon Secured Card
Amazon Business Card
Shop with Points
Credit Card Marketplace
Reload Your Balance
Gift Cards
Amazon Currency Converter

**Let Us Help You**
Your Account
Your Orders
Shipping Rates & Policies
Amazon Prime
Returns & Replacements
Manage Your Content and Devices
Your Recalls and Product Safety Alerts
Help

amazon prime | Deliver to [redacted] Sewickley 15143 | Hacosoon Flagship Store | Search Amazon | EN | Hello, [redacted] Account & Lists | Returns & Orders | 0

All | Medical Care | Buy Again | Customer Support | Amazon Basics | Whole Foods | Coupons | Household, Health & Baby Care | Handmade

3 results

Sort by: Featured

**Brand**

Hacosoon

Sponsored

## Results

Inflatable Alien Costume for Adult and Kids Fun Halloween Blow up Costume, Alien Costume for Party

1,271

2K+ bought in past month

$39.99 - $47.99

Save 5% with coupon (some sizes/colors)

prime

Hacosoon 6.5FT Long Thanksgiving Pumpkin Turkey Inflatable Indoor/Outdoor Decoration Build-in LED Light...

71

$50.99

prime

FREE delivery **Thu, Oct 19**

Hacosoon 5FT Christmas Inflatable Dinosaur Indoor/Outdoor Inflatable Decoration Built-in LED Lights...

161

$39.99

FREE delivery for Prime members

Temporarily out of stock.

## Need help?

Visit the help section or contact us

**Poptrend Inflatable Alien Costume Inflatable Halloween Costumes Blow Up Alie...**

2,774

$45.99 prime

Sponsored

## Recommended based on your browsing history

Sponsored

# amazon

## Checkout (1 item)

**1** **Shipping address**

▉▉▉▉▉▉
409 BROAD ST STE 260
SEWICKLEY, PA 15143-1558
Add delivery instructions

**FREE pickup available nearby**
Keep • 3.7 mi  (See details)
Change to pickup

Change

**2** **Payment method**

▉▉▉▉▉▉▉▉

Billing address: ▉▉▉▉▉▉

Change

⌃ Add a gift card or promotion code or voucher

| Enter code | Apply |

**3** Review items and shipping

> ℹ **Want to save time on your next order and go directly to this step when checking out?**
> ☐ Default to this delivery address and payment method.

> **Select FREE Amazon Day Delivery to receive orders in fewer boxes on a single day.**

**Arriving Oct. 19, 2023** If you order in the next 5 hours and 15 minutes (Details)
Items shipped from Amazon.com



**Hacosoon Inflatable Alien Costume For Kids,Inflatable Halloween Costumes For Boy/Girl, Funny Blow Up Costumes...**
~~$45.99~~ **$43.69** ✓prime
& FREE Returns ⌄
Qty: 1 ⌄
Sold by: Hacosoon Flagship Store
$2.30 discount applied ⌄
🎁 Add gift options

**Choose your Prime delivery option:**
◉ **Thursday, Oct. 19**
  FREE Prime Delivery
○ **Thursday, Oct. 19**
  FREE Amazon Day Delivery
  ♻ Fewer boxes, fewer trips. ⌄
Change delivery day

| Place your order | **Order total: $46.31** |
By placing your order, you agree to Amazon's privacy notice and conditions of use.

*Why has sales tax been applied? See tax and seller information.

Need help? Check our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Important information about sales tax you may owe in your state

You may return new, unopened merchandise in original condition within 30 days of delivery. Exceptions and restrictions apply. See Amazon.com's Returns Policy.

Need to add more items to your order? Continue shopping on the Amazon.com homepage.

---

| Place your order |

By placing your order, you agree to Amazon's privacy notice and conditions of use.

### Order Summary

| Items: | $45.99 |
| Shipping & handling: | $0.00 |
| Your Coupon Savings: | -$2.30 |
| Total before tax: | $43.69 |
| Estimated tax to be collected: | $2.62 |
| **Order total:** | **$46.31** |

Qualifying offers:
• Your Coupon Savings

How are shipping costs calculated?

Prime shipping benefits have been applied to your order.



amazon prime

Deliver to Sewickley 15143

All | Search Amazon

EN | Hello, | Account & Lists | Returns & Orders | 🛒 0

≡ All | Medical Care ⌄ | Buy Again | Customer Support | Amazon Basics | Whole Foods | Coupons | Get a jump on holiday gifts

Your Account › Your Orders › Order Details

# Order Details

Ordered on October 16, 2023 | Order# 111-4022029-5881849

View or Print invoice

**Shipping Address**
409 BROAD ST STE 260
SEWICKLEY, PA 15143-1558
United States
Change

**Payment Method**
Change

**Apply gift card balance**
Enter code
Apply

**Order Summary**
Item(s) Subtotal: $45.99
Shipping & Handling: $0.00
Your Coupon Savings: -$2.30
Total before tax: $43.69
Estimated tax to be collected: $2.62
**Grand Total:** **$46.31**

**Arriving Thursday**

Hacosoon Inflatable Alien Costume For Kids,Inflatable Halloween Costumes For Boy/Girl, Funny Blow Up Costumes...
Sold by: Hacosoon Flagship Store
$45.99
Condition: New
Add gift option
🔒 Buy it again

Track package

Change Payment Method

Cancel items

Archive order

## Recommended for you based on Inflatable Alien Costume for Adult and Kids Fun Ha...


KOOY Inflatable Costume For Kids,Unicorn Costume Funny Fancy Dress Blow Up Costumes Hallowe...
⭐⭐⭐⭐½ 285
$39.90
✓prime FREE Delivery


Spooktacular Creations Kids Halloween Inflatable Costumes, Riding a Unicorn, Ride-on Air Blow-up Deluxe...
⭐⭐⭐⭐½ 1,469
$45.99
✓prime FREE Delivery


RQUXMT Blow Up Party Costume,Inflatable Costumes for Kids,Dog Inflatable Costume,Halloween...
⭐⭐⭐⭐½ 9
$46.99
✓prime FREE Delivery


AOTHSO 4 Pcs Girls Alien Metallic Long Sleeve Unitard Halloween Costume Shiny Silver Laser Jumpsuit Sequins...
⭐⭐⭐⭐ 7
$24.99-$25.99

California Costume Creepy Clown Wig Standard
⭐⭐⭐⭐½ 219
$13.18
✓prime FREE Delivery

Back to top

**Get to Know Us**
Careers
Amazon Newsletter

**Make Money with Us**
Sell on Amazon
Sell apps on Amazon

**Amazon Payment Products**
Amazon Visa
Amazon Store Card

**Let Us Help You**
Your Account
Your Orders

# Seller Display Name

# Hacosoon Shop

# Seller ID

# AJ9YBVOH0S05A



‹ Back to results

Sponsored ⓘ



Visit the Hacosoon Store

## Inflatable Alien Costume for Adult and Kids Fun Halloween Blow up Costume, Alien Costume for Party

4.4 ★★★★☆  1,271 ratings

| 11 answered questions

$39.99

✓prime Two-Day
FREE Returns ⌄

**Coupon:** ☐ Apply 5% coupon   Shop items ›   Terms

Color: **Green for Adult**

 

- polyester
- Hand Wash Only
- FIT SIZE: L for adults 150-190 cm / 5 - 6.2 ft / 59-74 inches.
- REASSURING MATERIALS AND FINE WORKMANSHIP: Inflatables are made of polyester, durable, finely sewed and rigorously inspected to ensure flawlessness, you don't have to worry about any quality issues.
- PRODUCT PACKAGING: 1 x garment, 1 x fan, you need to prepare 4 AA batteries. Special Note: A battery-powered fan can expand the garment in seconds; clip the battery pack to the belt and do not put it in your pocket, otherwise the device will overheat and burn your legs.
- PERFECT FOR ANY SCENE: suitable for parks, zoos, outdoor activities, company celebrations or conventions, bars, clubs, TV shows, carnivals, opening ceremonies, weddings, Halloween, Christmas, festivals, birthday parties, bachelor parties, Cos party. Put on our products and you will be the most attractive one.
- CONFIDENT STRENGTH:We are sure that you will like the Hacosoon Halloween Inflatables, because we have been producing and selling these products for more than ten years and have gained the trust of many customers. If you are not satisfied with our clothing, we will refund you unconditionally. Satisfaction is our constant pursuit.

Report incorrect product information.

$39.99

✓prime Two-Day
FREE Returns ⌄

FREE delivery **Wednesday, October 18**. Order within **8 hrs 22 mins**

Deliver to ▮▮▮ - Sewickley 15143

**In Stock**

Qty: 1 ⌄



Ships from   Amazon
Sold by      Hacosoon Shop
Returns      Eligible for Return,
             Refund or Replacement
             within 30 days of receipt
Payment      Secure transaction

☐ Add a gift receipt for easy returns





**Buy it on Amazon Business**
**Save up to 10%** on this product with business-only pricing.

Create a free account

**New (2) from**
$39.99 ✓prime ›

**Other Sellers on Amazon**

$40.99        Add to Cart
✓prime
Sold by: Hacosoon Flagship Store