



amazon prime | Deliver to [redacted] Sewickley 15143 | All | Search Amazon | EN | Hello, [redacted] Account & Lists | Returns & Orders | 0

All | Medical Care | Buy Again | Customer Support | Amazon Basics | Whole Foods | Coupons | Household, Health & Baby Care | Handmade | Pet Supplies | Home Improvement | Beauty & Personal Care | Subscribe & Save | Amazon Business | Reinventing wholesale, join Amazon Business

# Hacosoon Shop

Visit the Hacosoon Shop storefront

★★★★☆ | 90% positive in the last 12 months (20 ratings)

Inflatable Alien Costume for Adul...

USD 39.99

Add to Cart

## About Seller

Hacosoon Shop is committed to providing each customer with the highest standard of customer service.

Have a question for Hacosoon Shop?

Ask a question

## Feedback

4.5 out of 5

20 ratings

12 months

| | |
|---|---|
| 5 star | 85% |
| 4 star | 5% |
| 3 star | 0% |
| 2 star | 0% |
| 1 star | 10% |

Learn more about how seller feedback works on Amazon

Share your thoughts with other customers

Leave seller feedback

FILTER BY

All stars

20 total feedbacks in 12 months

"I am missing the orange screw on piece that holds the blower in place. Please send ASAP:"

By Teran on October 14, 2023.

"This costume is freaking adorable!!! My granddaughter looks so cute and she loves it!!!"

By Kim M. Evangelista on October 11, 2023.

"Costume is really fun. Easy to use, airs up quickly"

By Ann on October 7, 2023.

"Item did not include the battery pack that connects to the fab."

By Kaylyn on October 2, 2023.

"Muy rápida la entrega"

By Freddy C. on September 27, 2023.

Previous Next

## Return & Refund Policies

Please refer to the Amazon.com Return Policy .

## Detailed Seller Information

**Business Name:** Shenzhen Bao'an weinis clothing factory

**Business Address:**

新桥街道上寮社区南浦路293号 东环工业区2栋204
深圳
宝安区
广东
518100
CN

## Shipping Policies

This item is Fulfilled by Amazon.com and ships based on Amazon.com Shipping Rates and Policies .

## Other Policies

**Privacy and Security**

Amazon knows that you care how information about you is used and shared, and we appreciate your trust that we will do so carefully and sensibly. By visiting Amazon.com, you are accepting the practices described in Amazon.com's Privacy Policy . In addition, we want you to be aware that Amazon.com will provide Hacosoon Shop with information related to your transactions involving their products (including, for example, your name, address, products you purchase, and transaction amount), and that such information will be subject to Hacosoon Shop's Privacy Policy.

**Privacy Policy**

Hacosoon Shop values the privacy of your personal data.
For more information see Amazon.com's Privacy Policy .

**Gift Wrap and Gift Messaging**

You can add a gift message when ordering items fulfilled by Amazon.com or selected Amazon Merchants. Gift message are limited to a maximum of 240 characters--about 10 lines of text. In your message, be sure to include who the gift is from and the name of the gift recipient. For items fulfilled by Amazon.com, you can also choose to use Amazon.com gift-wrapping designed exclusively for our customers, in which case we will print your message on a gift card. Otherwise, we'll include your message on the packing slip.
Learn more

## Help

For questions about a charge that has been made to your credit card, please contact Amazon. Questions about how to place an order? Search Amazon Help.

## Products

See all products currently offered by the seller.

Leave seller feedback | Tell us what you think about this page

Back to top

**Get to Know Us**
Careers
Amazon Newsletter
About Amazon
Accessibility
Sustainability
Press Center
Investor Relations
Amazon Devices
Amazon Science

**Make Money with Us**
Sell on Amazon
Sell apps on Amazon
Supply to Amazon
Protect & Build Your Brand
Become an Affiliate
Become a Delivery Driver
Start a Package Delivery Business
Advertise Your Products
Self-Publish with Us
Host an Amazon Hub
› See More Ways to Make Money

**Amazon Payment Products**
Amazon Visa
Amazon Store Card
Amazon Secured Card
Amazon Business Card
Shop with Points
Credit Card Marketplace
Reload Your Balance
Gift Cards
Amazon Currency Converter

**Let Us Help You**
Your Account
Your Orders
Shipping Rates & Policies
Amazon Prime
Returns & Replacements
Manage Your Content and Devices
Your Recalls and Product Safety Alerts
Help

1 result

Sort by: Featured

**Brand**

Hacosoon

## Results

Inflatable Alien Costume for Adult and Kids Fun Halloween Blow up Costume, Alien Costume for Party

1,271

2K+ bought in past month

$39.99 - $47.99

prime

## Need help?

Visit the help section or contact us

Sponsored

Sponsored

## Recommended based on your browsing history

Page 1 of 2

Sponsored

Stegosaurus Inflatable Alien Costume Inflatable Halloween Costumes Blow Up Alien Costume for Halloween,

1,051

$45.99 prime

MH ZONE Inflatable Alien Costume for Adult Funny Halloween Costumes Cosplay Fantasy Costume

$26.99 prime

Deceny CB Halloween Inflatable Costumes Alien Inflatable Costumes Cosplay Blow Up Costumes

$29.99 prime

TOLOCO Inflatable Costume, Blow up Costume, Inflatable Unicorn Costume for Adult Kids

3,933

$24.99 prime

GOOSH Inflatable Dinosaur Costume Kid Size Ride On T-Rex Air Blow up Dinosaur Costume for Hallowee

9

$26.99 prime

## More digital items to explore



**amazon**

# Checkout (1 item)

**1  Shipping address**      **Change**

409 BROAD ST STE 260
SEWICKLEY, PA 15143-1558
Add delivery instructions

**FREE pickup available nearby**
Keep • 3.7 mi  (See details)
Change to pickup

**2  Payment method**      **Change**

Billing address:

˄ Add a gift card or promotion code or voucher

[ Enter code ]  [ Apply ]

**Place your order**

By placing your order, you agree to Amazon's privacy notice and conditions of use.

## Order Summary

| | |
|---|---|
| Items: | $39.99 |
| Shipping & handling: | $0.00 |
| Your Coupon Savings: | -$2.00 |
| Total before tax: | $37.99 |
| Estimated tax to be collected: | $2.28 |
| **Order total:** | **$40.27** |

Qualifying offers:
• Your Coupon Savings

How are shipping costs calculated?

Prime shipping benefits have been applied to your order.

**3  Review items and shipping**

ⓘ **Want to save time on your next order and go directly to this step when checking out?**

☐ Default to this delivery address and payment method.



**Select FREE Amazon Day Delivery to receive orders in fewer boxes on a single day.**

**Arriving Oct. 19, 2023** If you order in the next 5 hours and 24 minutes (Details)
Items shipped from Amazon.com

Hacosoon Adult Inflatable Alien Unicorn Costume/Halloween Costume/Inflatable Party Costumes (Adult Alien)
$39.99 **$37.99** ✓prime
& FREE Returns ˅
Qty: 1 ˅
Sold by: Hacosoon Shop
**$2.00 discount applied** ˅
🎁 Add gift options

**Choose your Prime delivery option:**

◉ **Thursday, Oct. 19**
FREE Prime Delivery

○ **Thursday, Oct. 19**
FREE Amazon Day Delivery
🌿 Fewer boxes, fewer trips. ˅
Change delivery day

**Place your order**    **Order total: $40.27**
By placing your order, you agree to Amazon's privacy notice and conditions of use.

*Why has sales tax been applied? See tax and seller information.

Need help? Check our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Important information about sales tax you may owe in your state

You may return new, unopened merchandise in original condition within 30 days of delivery. Exceptions and restrictions apply. See Amazon.com's Returns Policy.

Need to add more items to your order? Continue shopping on the Amazon.com homepage.



## Order Details

Ordered on October 16, 2023  |  Order# 111-1409935-5932242

View or Print invoice

**Shipping Address**

409 BROAD ST STE 260
SEWICKLEY, PA 15143-1558
United States

Change

**Payment Method**

Change

**Apply gift card balance**

Enter code

Apply

**Order Summary**

| | |
|---|---|
| Item(s) Subtotal: | $39.99 |
| Shipping & Handling: | $0.00 |
| Your Coupon Savings: | -$2.00 |
| Total before tax: | $37.99 |
| Estimated tax to be collected: | $2.28 |
| **Grand Total:** | **$40.27** |

**Arriving Thursday**

Track package

Hacosoon Adult Inflatable Alien Unicorn Costume/Halloween Costume/Inflatable Party Costumes (Adult Alien)
Sold by: Hacosoon Shop
$39.99
Condition: New

Add gift option

Buy it again

Change Payment Method

Cancel items

Archive order

## Recommended for you based on Inflatable Alien Costume for Adult and Kids Fun Ha...











Poptrend Inflatable Alien Costume Inflatable Halloween Costumes Blow Up Alien Costume for Halloween, Easter,Christmas...
★★★★½ 2,774
$39.99-$45.99

GOOSH Inflatable Unicorn Costume for Kids Halloween Costumes Boys Girls Funny Blow up Costume for Halloween Party...
★★★★½ 720
$29.99

GOOSH Inflatable Dinosaur Costume for Adult Halloween Costume Women Man Funny Blow up Costume for Halloween Party...
★★★★½ 1,045
$46.99-$47.99

KOOY Inflatable Costume Adult,Inflatable Halloween Costumes,Unicorn...
★★★★½ 698
**28% off** Deal
$23.61
Typical: $32.90
✓prime FREE Delivery

Alien Boppers Kids Favors - Glow in The Dark Headband Alie Pack of 12
★★★★ 1,305
$14.99
✓prime FREE Delivery

Back to top

**Get to Know Us**

Careers

**Make Money with Us**

Sell on Amazon

**Amazon Payment Products**

Amazon Visa

**Let Us Help You**

Your Account

# Seller Display Name

# KengQiang.Inc

# Seller ID

# A35RYGXQ3I6NFE



‹ Back to results

Sponsored ⓘ



**Brand: KINQUINN**

KINQUINN Inflatable Alien Costume for Adult,Inflatable Halloween Costumes Blow Up Alien Costume for Halloween Cosplay

$32⁹⁹

Color: Green Alien

Size:

Adult(4.9-6.2ft) ⌄

- Polyester
- 【BE THE WINNER OF EVERY COSTUME CONTEST】 Get ready for this year's Halloween with these truly unique and hilarious inflatable costumes.Win every costume contest! Dress up as a Alien, and draw everyone's attention on you!
- 【PREMIUM QUALITY MATERIALS AND CONSTRUCTION】The Halloween costume is made with 100% polyester that is strong and durable,odorless so that you will never have to worry about any tears or holes
- 【BLOWS UP WITHIN SECONDS】 The inflatable Halloween costume for teens is very easy to inflate and it has a quality battery operated fan that will make it blow up within seconds and stay that way all night long.No need to worry about wasting time.
- 【PARTY IN COMFORT】 The inflatable Halloween costume is very comfortable so you can party all night long! It leaves you a lot of space so you haven't to restrict yourself in tight and uncomfortable costumes and it's ventilated so you won't get sweaty.
- 【SIZES THAT FIT 】Two Sizes For your Choose, Adult Size suitable for Adult 150-190cm (4.9-6.2ft/59-74inch) tall, Kids Size suitable for Child 120-150CM (3.9-4.9ft/47-59inch) tall;. Apparel Includes Inflatable Costume with Built in Air Pump. Step into the costume, tighten the drawstrings, switch the fan on, wait a minute and you're ready to go

💬 Report incorrect product information.

$32⁹⁹

FREE delivery **October 23 - 30**. Details

Or fastest delivery **October 20 - 25**. Details

⊙ Deliver to ████ - Sewickley 15143

**In Stock**

Qty: 1 ⌄

Add to Cart

Buy Now

Ships from    KengQiang.Inc
Sold by       KengQiang.Inc
Returns       Eligible for Return,
              Refund or Replacement
              within 30 days of receipt
Payment       Secure transaction

Add to List

Sponsored ⓘ





amazon prime | Deliver to [redacted] Sewickley 15143 | All | Search Amazon | EN | Hello, [redacted] Account & Lists | Returns & Orders | 0

All | Medical Care | Buy Again | Customer Support | Amazon Basics | Whole Foods | Coupons | Household, Health & Baby Care | Handmade | Pet Supplies | Home Improvement | Beauty & Personal Care | Subscribe & Save | Amazon Business | Livestreams | Get a jump on holiday gifts

# KengQiang.Inc

Visit the KengQiang.Inc storefront

★★★★★ | **100% positive** lifetime (5 total ratings)

**KINQUINN Inflatable Alien Costu...**

USD32.99

Add to Cart

## About Seller

KengQiang.Inc is committed to providing each customer with the highest standard of customer service.

**Have a question for KengQiang.Inc?**

Ask a question

## Feedback

★★★★★ 5 out of 5

5 ratings

Lifetime

| | | |
|---|---|---|
| 5 star | | 100% |
| 4 star | | 0% |
| 3 star | | 0% |
| 2 star | | 0% |
| 1 star | | 0% |

Learn more about how seller feedback works on Amazon

**Share your thoughts with other customers**

Leave seller feedback

**FILTER BY**

All stars

5 total feedbacks in Lifetime

★★★★★ "my grandson LOVES his costume!"
By pammyaz on October 11, 2023.

★★★★★ "Came early and fits just right"
By patricia thomas on October 3, 2023.

★★★★★ "Although the costume didn't fit as expected, the seller was quite to respond and help resolve the situation quickly."
By AJ Clark on October 1, 2023.

★★★★★ "Really large made well with bright colors"
By tj on September 28, 2023.

★★★★★ "Excellent"
By Penny Name on August 11, 2023.

## Return & Refund Policies

To get information about the Return and Refund policies that may apply, please refer to Amazon's Return and Refund policy.

To initiate a return, visit Amazon's Online Return Center to request a return authorization from the seller.

For any issues with your return, if the product was shipped by the seller, you can get help here.

## Amazon's A-to-z Guarantee

The Amazon A-to-z Guarantee protects you when you purchase items sold and fulfilled by a third party seller. Our guarantee covers both the timely delivery and the condition of your items. If either are unsatisfactory, you can report the problem to us and our team will determine if you are eligible for a refund.

See full details

## Detailed Seller Information

**Business Name:** wenzhoukengqiangqiyeguanlizixunfuwuyouxiangongsi
**Business Address:**
双屿街道鞋都大道235号
润锦商业中心1512室-1
温州
鹿城区
浙江
325000
CN

## Shipping Policies

Unless noted otherwise in the ordering pipeline, KengQiang.Inc ships all items within two days of receiving an order. You will receive notification of any delay or cancellation of your order.

## Other Policies

**Privacy and Security**

Amazon knows that you care how information about you is used and shared, and we appreciate your trust that we will do so carefully and sensibly. By visiting Amazon.com, you are accepting the practices described in Amazon.com's Privacy Policy . In addition, we want you to be aware that Amazon.com will provide KengQiang.Inc with information related to your transactions involving their products (including, for example, your name, address, products you purchase, and transaction amount), and that such information will be subject to KengQiang.Inc's Privacy Policy.

**Privacy Policy**

KengQiang.Inc values the privacy of your personal data.
For more information see Amazon.com's Privacy Policy .

**Tax Information**

Sales tax is not separately calculated and collected in connection with items ordered from KengQiang.Inc through the Amazon.com Site unless explicitly indicated as such in the ordering process. Items ordered from KengQiang.Inc may be subject to tax in certain states, based on the state to which the order is shipped. If an item is subject to sales tax, in accordance with state tax laws, the tax is generally calculated on the total selling price of each individual item, including shipping and handling charges, gift-wrap charges and other service charges, less any applicable discounts. If tax is separately calculated and collected in connection with items ordered from KengQiang.Inc through the Amazon.com Site, the tax amounts that appear during the ordering process are estimated - the actual taxes that will be charged to your credit card will be calculated at the time your order is processed and will appear in your order confirmation notification.

## Help

For questions about a charge that has been made to your credit card, please contact Amazon. Questions about how to place an order? Search Amazon Help.

## Products

See all products currently offered by the seller.

Leave seller feedback | Tell us what you think about this page

Back to top

**Get to Know Us**
Careers
Amazon Newsletter
About Amazon
Accessibility
Sustainability

**Make Money with Us**
Sell on Amazon
Sell apps on Amazon
Supply to Amazon
Protect & Build Your Brand
Become an Affiliate

**Amazon Payment Products**
Amazon Visa
Amazon Store Card
Amazon Secured Card
Amazon Business Card
Shop with Points
Credit Card Marketplace

**Let Us Help You**
Your Account
Your Orders
Shipping Rates & Policies
Amazon Prime
Returns & Replacements

**Brand**
KINQUINN

## Results

Price and other details may vary based on product size and color.



KINQUINN Funny Inflatable Dinosaur Costume for Kids,Blow Up Dinosaur Costume for Halloween Cosplay...

★★★★★ ⌄ 8

600+ bought in past month

$35⁰⁰

FREE delivery **Oct 23 - 30**
Or fastest delivery **Oct 20 - 25**



KINQUINN Inflatable Alien Costume for Adult,Inflatable Halloween Costumes Blow Up Alien Costume for...

100+ bought in past month

$30⁹⁹

FREE delivery **Oct 23 - 30**
Or fastest delivery **Oct 20 - 25**

Sponsored ⓘ



KINQUINN Funny Inflatable Dinosaur Costume for Kids,Blow Up Dinosaur Costume for Halloween Cosplay...

$37⁴⁹

FREE delivery **Oct 23 - 30**
Or fastest delivery **Oct 20 - 25**



KINQUINN Inflatable Costume Flamingo Costume Adult Ride On Flamingo Inflatable Halloween Costumes for...

$45⁹⁹

FREE delivery **Oct 23 - 30**
Or fastest delivery **Oct 20 - 25**



KINQUINN 4.6FT Halloween Inflatable Flying Ghost Broke Out from Window with Build-in LEDs, Spooky Blow Up fo...

$22⁹⁹

FREE delivery **Oct 23 - 30**
Or fastest delivery **Oct 20 - 25**



KINQUINN Cowgirl Outfit 70s 80s Hippie Disco Anime Costume Pink Flare Pant Halloween Cosplay For Women...

$23⁹⁹

FREE delivery **Oct 23 - 30**
Or fastest delivery **Oct 20 - 25**



# amazon

## Checkout (1 item)

**1**   **Shipping address**     409 BROAD ST STE 260     **Change**
SEWICKLEY, PA 15143-1558
Add delivery instructions

**2**   **Payment method**     **Change**
Billing address:
⌃ Add a gift card or promotion code or voucher

Enter code    Apply

**3**   **Review items and shipping**

ⓘ **Want to save time on your next order and go directly to this step when checking out?**
☐ Default to this delivery address and payment method.

### Place your order
By placing your order, you agree to Amazon's privacy notice and conditions of use.

### Order Summary
| | |
|---|---|
| Items: | $32.99 |
| Shipping & handling: | $0.00 |
| Total before tax: | $32.99 |
| Estimated tax to be collected:* | $1.98 |
| **Order total:** | **$34.97** |

How are shipping costs calculated?
Why didn't I qualify for Prime Shipping?



**Arriving Oct. 23, 2023 - Oct. 30, 2023**
Items shipped from KengQiang.Inc

KINQUINN Inflatable Alien Costume for Adult,Inflatable Halloween Costumes Blow Up Alien Costume for Halloween Cosplay
**$32.99**
Qty: 1 ⌄
Sold by: KengQiang.Inc
Not eligible for Amazon Prime
(Learn more)

Gift options not available

**Choose a delivery option:**
○ **Friday, Oct. 20 - Wednesday, Oct. 25**
$25.00 - Expedited Shipping
◉ **Monday, Oct. 23 - Monday, Oct. 30**
FREE Standard Shipping

### Place your order
**Order total: $34.97**
By placing your order, you agree to Amazon's privacy notice and conditions of use.

*Why has sales tax been applied? See tax and seller information.

Need help? Check our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Important information about sales tax you may owe in your state

You may return new, unopened merchandise in original condition within 30 days of delivery. Exceptions and restrictions apply. See Amazon.com's Returns Policy.

Need to add more items to your order? Continue shopping on the Amazon.com homepage.



Your Account › Your Orders › Order Details

# Order Details

Ordered on October 16, 2023  |  Order# 111-9500629-5397865

View or Print invoice

**Shipping Address**

409 BROAD ST STE 260
SEWICKLEY, PA 15143-1558
United States

Change

**Payment Method**

Change

**Apply gift card balance**

Enter code

Apply

**Order Summary**

| | |
|---|---|
| Item(s) Subtotal: | $32.99 |
| Shipping & Handling: | $0.00 |
| Total before tax: | $32.99 |
| Estimated tax to be collected: | $1.98 |
| **Grand Total:** | **$34.97** |

See tax and seller information

**Arriving Oct 23 - Oct 30**

KINQUINN Inflatable Alien Costume for Adult,Inflatable Halloween Costumes Blow Up Alien Costume for Halloween Cosplay
Sold by: KengQiang.Inc
$32.99
Condition: New

Buy it again

Track package

Problem with order

Change Payment Method

Cancel items

Archive order

## Top picks for you





Pumpkin Pup Buddy BUDDER, 100% Natural Dog Peanut Butter, Healthy Peanut Butter Dog Treats, Made in...
★★★★½ 2,056
$13.99 ($13.17/lb)
✔prime FREE Delivery



HIPPIH Dog Puzzle Toys 2 Pack, Interactive Dog Toys for Large Dogs & Small Dogs, Puppy Toys for Treat Dispensing,...
★★★★½ 755
$9.99 ($9.99/Count)
✔prime FREE Delivery



Lick Mat for Dogs 2 Pack Non-Slip Slow Feeders Licking Mat with Suction Cups for Anxiety Relief...
★★★★½ 404
Amazon's Choice in Dog Feeding Mats
$8.99 ($4.50/Count)
✔prime FREE Delivery



Bath Brush Scrubber Soft Silicone Pet Shower Grooming Shampoo Massage Dispenser For Short Long Haired Dog...
★★★★ 938
$6.33 ($3.17/Count)
✔prime FREE Delivery



RETALPQ Dog Treat Puzzle, Food Puzzle Feeder Toys for IQ Training,Interactive Toys, Mental Enrich...
★★★★½ 1,795
$9.99 ($9.99/Pound)
✔prime FREE Delivery

Back to top

**Get to Know Us**
Careers
Amazon Newsletter

**Make Money with Us**
Sell on Amazon
Sell apps on Amazon
Supply to Amazon

**Amazon Payment Products**
Amazon Visa
Amazon Store Card
Amazon Secured Card

**Let Us Help You**
Your Account
Your Orders
Shipping Rates &

# Seller Display Name

# KOOY OFFICIAL STORE

# Seller ID

# A3J594AMC3PUTG





Visit the KOOY Store

## KOOY Inflatable Alien Costume Kids Inflatable Halloween Costumes Blow Up Alien Costume for Kids

4.5 ★★★★½    1,221 ratings

| 16 answered questions

**Amazon's Choice** for "blow up costumes for kids funny"

$35.99

✓prime Two-Day
FREE Returns ∨

- 100% Polyester
- Zipper closure
- Hand Wash Only
- 【PERFECT FOR HALLOWEEN】 You will be being the center of attention in Halloween party by wearing this fascinated and unique inflatable alien costume. Dress up as a Alien, super cool and funny. Also suitable for Christmas, birthday and outdoor activities
- 【HIGH QUALITY MATERIAL】 The kids inflatable costume is made of 190T waterproof polyester, quite strong fabric which tear resistant. Suitable for height in 3.6 ft - 4.4 ft. Check and confirm will help you to make best decision before purchase
- 【PACKING & EASY TO USE】 The inflatable halloween costumes packing includes fan and battery box. The fan has been Installed on the costume, just put 4pcs AA Batteries, easily blow up in few seconds and will stay with inflated all night long
- 【COMFORT TO WEAR】 The blow up alien costume is very comfortable and soft by wearing. Inner ample space makes you easy to move, walk and run. Definitely the champion of every costume contest and the core of the party's attention

∨ Show more

▭ Report incorrect product information.

---

Delivery | Pickup

$35.99

✓prime Two-Day
FREE Returns ∨

FREE delivery **Wednesday, October 18**. Order within **8 hrs 4 mins**

⊙ Deliver to ▬ - Sewickley 15143

**In Stock**

Qty: 1 ∨

**Add to Cart**

**Buy Now**

Ships from    Amazon
Sold by       KOOY OFFICIAL STORE
Returns       Eligible for Return,
              Refund or Replacement
              within 30 days of receipt
Payment       Secure transaction
∨ See more

☐ Add a gift receipt for easy returns

**Add to List**

Sponsored ⓘ

Sponsored ⓘ

## Products related to this item

Sponsored ⓘ





# KOOY OFFICIAL STORE

Visit the KOOY OFFICIAL STORE storefront

★★★★★ | 95% positive in the last 12 months (102 ratings)

**KOOY Inflatable Alien Costume K...**

USD 35.99

Add to Cart

## About Seller

KOOY OFFICIAL STORE is committed to providing each customer with the highest standard of customer service.

**Have a question for KOOY OFFICIAL STORE?**

Ask a question

## Feedback

★★★★★ 4.8 out of 5

102 ratings

12 months

| | | |
|---|---|---|
| 5 star | | 87% |
| 4 star | | 8% |
| 3 star | | 2% |
| 2 star | | 1% |
| 1 star | | 2% |

Learn more about how seller feedback works on Amazon

**Share your thoughts with other customers**

Leave seller feedback

**FILTER BY**

All stars

102 total feedbacks in 12 months

★★★★★ "Great costume"
By Barbara Heliodora Eloi do Nascimento on October 16, 2023.

★★★★★ "Love the custome"
By Claudia A. on October 15, 2023.

★★★★☆ "Really fun"
By Mars on October 15, 2023.

★★★★★ "Way to much fun!"
By Blane Turpin on October 14, 2023.

★★★★☆ "Work s good"
By Mario Agustin on October 13, 2023.

Previous Next

## Return & Refund Policies

Please refer to the Amazon.com Return Policy .

## Detailed Seller Information

**Business Name:** Guangzhou Jurassic Costume Co., Ltd
**Business Address:**
新塘镇夏埔西区一街52号
广州
增城区
广东
510000
CN

## Shipping Policies

This item is Fulfilled by Amazon.com and ships based on Amazon.com Shipping Rates and Policies .

## Other Policies

**Privacy and Security**

Amazon knows that you care how information about you is used and shared, and we appreciate your trust that we will do so carefully and sensibly. By visiting Amazon.com, you are accepting the practices described in Amazon.com's Privacy Policy . In addition, we want you to be aware that Amazon.com will provide KOOY OFFICIAL STORE with information related to your transactions involving their products (including, for example, your name, address, products you purchase, and transaction amount), and that such information will be subject to KOOY OFFICIAL STORE's Privacy Policy.

**Privacy Policy**

KOOY OFFICIAL STORE values the privacy of your personal data.
For more information see Amazon.com's Privacy Policy .

**Gift Wrap and Gift Messaging**

You can add a gift message when ordering items fulfilled by Amazon.com or selected Amazon Merchants. Gift message are limited to a maximum of 240 characters--about 10 lines of text. In your message, be sure to include who the gift is from and the name of the gift recipient. For items fulfilled by Amazon.com, you can also choose to use Amazon.com gift-wrapping designed exclusively for our customers, in which case we will print your message on a gift card. Otherwise, we'll include your message on the packing slip.
Learn more

## Help

For questions about a charge that has been made to your credit card, please contact Amazon. Questions about how to place an order? Search Amazon Help.

## Products

See all products currently offered by the seller.

Leave seller feedback | Tell us what you think about this page

**Brand**
KOOY

## Results

Price and other details may vary based on product size and color.



TOLOCO

TOLOCO Inflatabl...
★★★★☆ 1,477
24% off   Deal
$24.99   $32.99
✓prime
[ Shop now ]

Sponsored ⓘ

**Amazon's Choice**

KOOY Inflatable Costume Adult Rooster Ride On Chicken Costume,Halloween Costumes Blow up Costumes
★★★★½ ∨ 565
4K+ bought in past month
$39.86
Save 20% with coupon
✓prime Two-Day
FREE delivery **Wed, Oct 18**



KOOY Inflatable Chicken Costume Kids
★★★★½ ∨ 83
1K+ bought in past month
$55.50
✓prime Two-Day
FREE delivery **Wed, Oct 18**



KOOY Inflatable Costume Adult Ride On Dinosaur Costume Halloween Costumes for Men Women Blow up...
★★★★½ ∨ 803
500+ bought in past month
Save 20%
$23.90 Typical: ($29.90)
Lowest price in 30 days
✓prime Two-Day
FREE delivery **Wed, Oct 18**



KOOY Inflatable Flamingo Costume,Inflatable Costume For Adult Funny,Halloween Blow Up Costume,Christmas...
★★★★½ ∨ 37
500+ bought in past month
Limited time deal
$31.92 Typical: ($39.90)
✓prime Two-Day
FREE delivery **Wed, Oct 18**



KOOY Shark Costume Kids,Kids Inflatable Costume,Shark Inflatable Halloween Costume Kids,Blow up Costumes fo...
★★★★☆ ∨ 34
200+ bought in past month
Limited time deal
$19.90 Typical: ($29.90)
✓prime Two-Day
FREE delivery **Wed, Oct 18**





KOOY Inflatable Flamingo Costume,Inflatable Costume For Adult Funny,Halloween Blow Up Costume,Christmas...
★★★★½ ∨ 627

Amazon.com Checkout                                    https://www.amazon.com/gp/buy/spc/handlers/display.html?hasWorkin...

Case 2:23-cv-01840-WSS    Document 13-3    Filed 10/24/23    Page 18 of 21





*Why has sales tax been applied? See tax and seller information.

Need help? Check our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Important information about sales tax you may owe in your state

You may return new, unopened merchandise in original condition within 30 days of delivery. Exceptions and restrictions apply. See Amazon.com's Returns Policy.

Need to add more items to your order? Continue shopping on the Amazon.com homepage.



# Order Details

Ordered on October 16, 2023 | Order# 111-5373606-7921010

View or Print invoice

**Shipping Address**

409 BROAD ST STE 260
SEWICKLEY, PA 15143-1558
United States

Change

**Payment Method**

Change

**Apply gift card balance**

Enter code

Apply

**Order Summary**

| | |
|---|---|
| Item(s) Subtotal: | $39.99 |
| Shipping & Handling: | $0.00 |
| Total before tax: | $39.99 |
| Estimated tax to be collected: | $2.40 |
| **Grand Total:** | **$42.39** |

**Arriving Thursday**

KOOY Inflatable Alien Costume Kids Inflatable Halloween Costumes Blow Up Alien Costume for Kids
Sold by: KOOY OFFICIAL STORE
$39.99
**Condition:** New

Add gift option

Buy it again

Track package

Change Payment Method

Cancel items

Archive order

---

**Recommended for you based on KOOY Inflatable Alien Costume Kids Inflatable Hall...**











Forum Novelties Child Headless Boy Costume
★★★½ 539
$42.29
Get it Oct 23 - 25
FREE Shipping

Rysly Boys Cotton Sweatpants Kids Casual Jogger Pants Tapered Ankle Pants
★★★★½ 619
$19.99

LEGO Parts and Pieces: Technic Gear and Axle Pack
★★★★½ 216
$22.95
✓prime FREE Delivery

Geckatte Kids Boys Girls Button Down Shirts Long Sleeve Lightweight Plaid Hooded Flannel Shirt Cute Tops
★★★★½ 100
$25.99

Big Box of Big Nate: Nate Box Set Volun
› Lincoln Peirce
★★★★★ 553
Paperback
$24.99
✓prime FREE Delivery

---

Back to top

**Get to Know Us**

Careers

Amazon Newsletter

**Make Money with Us**

Sell on Amazon

Sell apps on Amazon

Supply to Amazon

**Amazon Payment Products**

Amazon Visa

Amazon Store Card

Amazon Secured Card

**Let Us Help You**

Your Account

Your Orders

Shipping Rates &

# Seller Display Name

# Linkingus

# Seller ID

# A2E16M129IMQHG

amazon prime | Deliver to [redacted] Sewickley 15143 | All | alien costume | EN | Hello, [redacted] Account & Lists | Returns & Orders | 0

All | Medical Care | Buy Again | Customer Support | Amazon Basics | Whole Foods | Coupons | Get a jump on holiday gifts

**Amazon Fashion** | Women | Men | Kids | Luggage | Sales & Deals | New Arrivals | Amazon Brands | prime try before you buy

Sponsored

‹ Back to results

Visit the Deceny CB Store

# Deceny CB Inflatable Costume Alien Costume Inflatable Halloween Costumes Unicorn Fancy Blow Up Costume for Halloween Cosplay

5.0 ★★★★★ 8 ratings

$31.99

prime

Size: Adult

## Product details

| | |
|---|---|
| **Fabric Type** | 100% Polyester |
| **Country of Origin** | China |

## About this item

- 【BE THE WINNER OF EVERY COSTUME CONTEST】 Get ready for this year's Easter Day and Halloween with these truly unique and hilarious inflatable costumes.Win every costume contest! Dress up as a Alien, and draw everyone's attention on you!
- 【PREMIUM QUALITY MATERIALS AND CONSTRUCTION】 The Halloween costume is made with 100% polyester that is strong and durable so that you will never have to worry about any tears or holes.This adults costume: suitable for height in 5.3'-6.3' Check and confirm before buy to make sure it

See more

Report incorrect product information.

**Delivery** | Pickup

$31.99

prime

FREE delivery **Monday, October 23**. Order within 12 hrs 45 mins

Deliver to [redacted] - Sewickley 15143

In Stock

Qty: 1

Add to Cart

Buy Now

Ships from Amazon
Sold by Linkingus
Returns Eligible for Return, Refund or Replacement within 30 days of receipt
Payment Secure transaction

Add a gift receipt for easy returns

Add to List

Sponsored

Sponsored

## Based on your recent views

Sponsored

