



# Linkingus

Visit the Linkingus storefront

★★★★★ | **100% positive** in the last 12 months (27 ratings)

**Deceny CB Inflatable Costume Ali...**

USD 31.99

Add to Cart

## About Seller

Linkingus is committed to providing each customer with the highest standard of customer service.

**Have a question for Linkingus?**

Ask a question

## Feedback

★★★★★ 5 out of 5

27 ratings

12 months

| | | |
|---|---|---|
| 5 star | | 96% |
| 4 star | | 4% |
| 3 star | | 0% |
| 2 star | | 0% |
| 1 star | | 0% |

Learn more about how seller feedback works on Amazon

**Share your thoughts with other customers**

Leave seller feedback

**FILTER BY**

All stars

27 total feedbacks in 12 months

★★★★★ "Nice and full but if you stretch it out in looks kinda thin"

By Cheri F on October 14, 2023.

★★★★★ "GREAT"

By Amazon Customer on October 10, 2023.

★★★★★ "I have been using it for many years, I highly recommend it to anyone with sensitive skin!"

By Elena on October 5, 2023.

★★★★★ "These are a perfect fit"

By Katy Aitken on October 1, 2023.

★☆☆☆☆ "~~Nice offering 10 bucks off, but it is the wrong cutting block. Damaged while shipped in a plastic bag so wore on the product. The product is cheap, wood scared,...~~"

Read more

By Theresa on September 30, 2023.

**Message from Amazon:** This item was fulfilled by Amazon, and we take responsibility for this fulfillment experience.

Previous Next

## Return & Refund Policies

Please refer to the Amazon.com Return Policy .

## Detailed Seller Information

**Business Name:** Puningshilingjingdianzishangwuyouxiangongsi
**Business Address:**
石桥头村糖厂路第11街7号
普宁市
军埠镇
广东省
515322
CN

## Shipping Policies

## Other Policies

## Help

## Products

See all products currently offered by the seller.

Leave seller feedback | Tell us what you think about this page

Back to top

**Get to Know Us**
Careers
Amazon Newsletter
About Amazon
Accessibility
Sustainability
Press Center
Investor Relations
Amazon Devices
Amazon Science

**Make Money with Us**
Sell on Amazon
Sell apps on Amazon
Supply to Amazon
Protect & Build Your Brand
Become an Affiliate
Become a Delivery Driver
Start a Package Delivery Business
Advertise Your Products
Self-Publish with Us
Host an Amazon Hub
› See More Ways to Make Money

**Amazon Payment Products**
Amazon Visa
Amazon Store Card
Amazon Secured Card
Amazon Business Card
Shop with Points
Credit Card Marketplace
Reload Your Balance
Gift Cards
Amazon Currency Converter

**Let Us Help You**
Your Account
Your Orders
Shipping Rates & Policies
Amazon Prime
Returns & Replacements
Manage Your Content and Devices
Your Recalls and Product Safety Alerts
Help

amazon | English | United States

Amazon Music Stream millions of songs
Amazon Advertising Find, attract, and engage customers
6pm Score deals on fashion brands
AbeBooks Books, art & collectibles
ACX Audiobook Publishing Made Easy
Sell on Amazon Start a Selling Account
Amazon Business Everything For Your Business
Amp Host your own live radio show with music you love
Amazon Fresh Groceries & More Right To Your Door
AmazonGlobal Ship Orders Internationally
Home Services Experienced Pros Happiness Guarantee
Amazon Web Services Scalable Cloud Computing Services
Audible Listen to Books & Original Audio Performances
Box Office Mojo Find Movie Box Office Data
Goodreads Book reviews & recommendations
IMDb Movies, TV & Celebrities
IMDbPro Get Info Entertainment Professionals Need
Kindle Direct Publishing
Amazon Photos
Prime Video Direct
Shopbop Designer Fashion Brands

**Brand**

Deceny CB

## Results

Price and other details may vary based on product size and color.



Nerf N-Strike Elite Series Tactical...

**32% off**   With Prime

$22.99   ~~$33.99~~   prime

Sponsored ⓘ



Deceny CB Party Gloves for Women Long Satin Opera Gloves Shirred Elbow Gloves

★★★★☆ ˅ 611

100+ bought in past month

$10⁹⁹

prime

FREE delivery **Mon, Oct 23**



Deceny CB Long Satin Gloves for Women Evening Party Gloves Formal Bridal Gloves

★★★★½ ˅ 339

50+ bought in past month

$9⁹⁹

prime

FREE delivery **Mon, Oct 23**



Deceny CB Floral Lace Gloves for Women Long Wedding Gloves Elbow Length Gloves

★★★★☆ ˅ 161

50+ bought in past month

$13⁹⁹

prime One-Day

FREE delivery **Tomorrow, Oct 20**



Deceny CB Inflatable Costume Alien Costume Inflatable Halloween Costumes Unicorn Fancy Blow Up Costume fo...

★★★★★ ˅ 8

$31⁹⁹

prime

FREE delivery **Mon, Oct 23**



Deceny CB Long Gloves for Flower Girls Princess Gloves for Wedding Formal Gloves

★★★★½ ˅ 245

50+ bought in past month

$10⁹⁹

prime

FREE delivery **Mon, Oct 23**



Deceny CB 84 feet Fake Foliage Garland Leaves Decoration Artificial Greenery Ivy Vine Plants for Home Decor Indoor...

★★★★½ ˅ 300

50+ bought in past month

$13⁹⁹





# Checkout (1 item)

## 1 Shipping address

[redacted]
409 BROAD ST STE 260
SEWICKLEY, PA 15143-1558
Add delivery instructions

Change

**FREE pickup available nearby**
Keep • 3.7 mi (See details)
Change to pickup

## 2 Payment method

[redacted]
Billing address: [redacted]

Change

**Add a gift card or promotion code or voucher**

Enter code | Apply

## 3 Review items and shipping

**Want to save time on your next order and go directly to this step when checking out?**

☐ Default to this delivery address and payment method.

**Select FREE Amazon Day Delivery to receive orders in fewer boxes on a single day.**

**Arriving Oct. 23, 2023** If you order in the next 12 hours and 41 minutes (Details)
Items shipped from Amazon.com

**Deceny CB Halloween Inflatable Alien Costumes Blow Up Costumes Alien Costumes Cosplay Party Costume**
$31.99 prime
Qty: 1
Sold by: Linkingus
Add gift options

**Choose your Prime delivery option:**
- (selected) **Monday, Oct. 23**
  FREE Prime Delivery
- **Monday, Oct. 23**
  FREE Amazon Day Delivery
  **Fewer boxes, fewer trips.**

Change delivery day

Place your order

**Order total: $33.91**
By placing your order, you agree to Amazon's privacy notice and conditions of use.

Place your order

By placing your order, you agree to Amazon's privacy notice and conditions of use.

## Order Summary

| | |
|---|---|
| Items: | $31.99 |
| Shipping & handling: | $0.00 |
| Total before tax: | $31.99 |
| Estimated tax to be collected: | $1.92 |
| **Order total:** | **$33.91** |

How are shipping costs calculated?

Prime shipping benefits have been applied to your order.

*Why has sales tax been applied? See tax and seller information.

Need help? Check our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Important information about sales tax you may owe in your state

You may return new, unopened merchandise in original condition within 30 days of delivery. Exceptions and restrictions apply. See Amazon.com's Returns Policy.

Need to add more items to your order? Continue shopping on the Amazon.com homepage.

amazon prime | Deliver to Sewickley 15143 | All | Search Amazon | EN | Hello, [redacted] Account & Lists | Returns & Orders | 0

All | Medical Care | Buy Again | Customer Support | Amazon Basics | Whole Foods | Coupons | Get a jump on holiday gifts

Your Account › Your Orders › Order Details

# Order Details

Ordered on October 19, 2023 | Order# 111-8736683-6293042

View or Print invoice

**Shipping Address**
[redacted]
409 BROAD ST STE 260
SEWICKLEY, PA 15143-1558
United States
Change

**Payment method**
[redacted]

**Apply gift card balance**
Enter code
Apply

**Order Summary**

| | |
|---|---|
| Item(s) Subtotal: | $31.99 |
| Shipping & Handling: | $0.00 |
| Total before tax: | $31.99 |
| Estimated tax to be collected: | $1.92 |
| **Grand Total:** | **$33.91** |

## Arriving Monday

Deceny CB Halloween Inflatable Alien Costumes Blow Up Costumes Alien Costumes Cosplay Party Costume
Sold by: Linkingus
$31.99
**Condition:** New
Add gift option
Buy it again

Track package
Change Payment Method
Cancel items
Archive order

## Related to items you've viewed See more

Page 1 of 5

15 Pack Purse Hanger for Closet Unique Twist Design Purses Hooks, Large S Purse Organiz…
13
100+ viewed in past month
$9.99 ($0.67/Count)
prime FREE Delivery

Aiaurvl 15 Pack Purse Hanger for Closet, Unique Twist Design B…
290
2K+ viewed in past month
Amazon's Choice in Utility Hooks
$9.99
prime FREE Delivery

12 Pack Purse Hanger for Closet,Unique Twist Design Bag Hanger Purse Hooks, Large Size Clos…
1,228
#1 Best Seller in Tie Racks
$9.99 ($0.83/Count)
prime FREE Delivery

Purse Hanger Purse Organizer for Closet,S Hooks Twist Design Bag Hanger,Closet Rod Hooks for Hanging…
430
$8.98 ($1.12/Count)
prime FREE Delivery

## Recommended based on your shopping trends

Sponsored

# Seller Display Name

# MH ZONE

# Seller ID

# A2O0PYP56E1FN7







amazon prime | Deliver to [redacted] Sewickley 15143 | All | alien costume | EN | Hello, [redacted] Account & Lists | Returns & Orders | 0

All | Medical Care | Buy Again | Customer Support | Amazon Basics | Whole Foods | Coupons | Get a jump on holiday gifts

**Amazon Fashion** | Women | Men | Kids | Luggage | Sales & Deals | New Arrivals | Amazon Brands | prime try before you buy

MH ZONE Make your life more exciting $26.99 prime Save 5% with coupon

Sponsored

‹ Back to results

Visit the M MH ZONE Store

# MH ZONE Inflatable Alien Costume for Adult Funny Halloween Costumes Fantasy Cosplay Blow up Costume (Adult Ghost)

4.6 ★★★★☆ 1,896 ratings | 16 answered questions

$39.39

prime Two-Day
FREE Returns

Coupon: Apply 5% coupon Shop items › | Terms

- Polyester
- Zipper closure
- Hand Wash Only
- 【Premium Quality】- Our inflatable costume is made from 100% polyester material, strong and durable, waterproof, lightweight, so that you will never have to worry about any tears or holes.
- 【Perfect Size】- One Size Fit for unisex adult, you can big hit in the crowds, easy set up and move that you will be the luminous point among the crowd, will brings many happiness for you and your friends.
- 【Requires 4 x AA Batteries or Portable Source】- You can insert batteries or mobile power to operate, Include 1 x Costume ,1 x Fan ! (NOT INCLUDE) 4 x AA batteries required, so you need to purchase 4 x AA batteries yourself, It must be 4 AA batteries or it will not be powerful enough to fully inflate the costume.
- 【Perfect Gift】- Suitable for Halloween, Costume parties, Carnival, Easter, Christmas, Party, Cosplay etc, you can dress up as a alien , interesting and creative shape, let you attract everyone's attention!
- 【NOTE】- Please tighten the outer ring to hold the fan in place before putting on the costume, in case the ring becomes loose during shippment then the fan would fall out; If the costume can't be fully inflated, pls loosen the ring and turn the fans towards the front to better inflate the head, also, tighten the drawstrings as tight as possible. Please do not put the run fan in your pocket for more than 2 hours to prevent burns to your skin

**Additional Details**

$39.39
prime Two-Day
FREE Returns

FREE delivery **Wednesday, October 18**. Order within 8 hrs 36 mins

Deliver to [redacted] - Sewickley 15143

In Stock

Qty: 1

Add to Cart

Buy Now

| | |
|---|---|
| Ships from | Amazon |
| Sold by | MH ZONE |
| Returns | Eligible for Return, Refund or Replacement within 30 days of receipt |
| Payment | Secure transaction |

Add a gift receipt for easy returns

Add to List

**Poptrend Inflatable Alien Costume...**
★★★★☆ 2,774
$39.99 prime
Save 5% with coupon

Sponsored

amazon prime | Deliver to [redacted] Sewickley 15143 | All | Search Amazon | EN | Hello, [redacted] Account & Lists | Returns & Orders | 0

All | Medical Care | Buy Again | Customer Support | Amazon Basics | Whole Foods | Coupons | Household, Health & Baby Care | Handmade | Pet Supplies | Home Improvement | Beauty & Personal Care | Subscribe & Save | Amazon Business | Reinventing wholesale, join Amazon Business

# MH ZONE

Visit the MH ZONE storefront

90% positive in the last 12 months (84 ratings)

**MH ZONE Inflatable Alien Costu...**

USD 39.39

Add to Cart

## About Seller

MH ZONE is committed to providing each customer with the highest standard of customer service.

**Have a question for MH ZONE?**

Ask a question

## Feedback

4.6 out of 5

84 ratings

12 months

| | |
|---|---|
| 5 star | 83% |
| 4 star | 7% |
| 3 star | 1% |
| 2 star | 2% |
| 1 star | 6% |

Learn more about how seller feedback works on Amazon

**Share your thoughts with other customers**

Leave seller feedback

**FILTER BY**

All stars

84 total feedbacks in 12 months

"~~Didn't receive my package the day I was supposed to and I still haven't recibe it~~"

By Lisandro tovar on October 16, 2023.

**Message from Amazon:** This item was fulfilled by Amazon, and we take responsibility for this fulfillment experience.

"Awesome costume..!"

By Kinzey on October 9, 2023.

"Fits great! Fast delivery! I have one happy kid!"

By Nichole Gooch on October 6, 2023.

"The price was amazing for 120 different color pencils"

By Chris Q. on September 6, 2023.

"It was what I wanted"

By Glenda K. on August 22, 2023.

Previous Next

## Return & Refund Policies

Please refer to the Amazon.com Return Policy .

## Detailed Seller Information

**Business Name:** MH ZONE, INC.

**Business Address:**

西乡桃源居16区20栋2单元
深圳市
宝安区
广东省
518000
CN

## Shipping Policies

This item is Fulfilled by Amazon.com and ships based on Amazon.com Shipping Rates and Policies .

## Other Policies

**Privacy and Security**

Amazon knows that you care how information about you is used and shared, and we appreciate your trust that we will do so carefully and sensibly. By visiting Amazon.com, you are accepting the practices described in Amazon.com's Privacy Policy . In addition, we want you to be aware that Amazon.com will provide MH ZONE with information related to your transactions involving their products (including, for example, your name, address, products you purchase, and transaction amount), and that such information will be subject to MH ZONE's Privacy Policy.

**Privacy Policy**

MH ZONE values the privacy of your personal data.
For more information see Amazon.com's Privacy Policy .

**Gift Wrap and Gift Messaging**

You can add a gift message when ordering items fulfilled by Amazon.com or selected Amazon Merchants. Gift message are limited to a maximum of 240 characters--about 10 lines of text. In your message, be sure to include who the gift is from and the name of the gift recipient. For items fulfilled by Amazon.com, you can also choose to use Amazon.com gift-wrapping designed exclusively for our customers, in which case we will print your message on a gift card. Otherwise, we'll include your message on the packing slip.
Learn more

## Help

For questions about a charge that has been made to your credit card, please contact Amazon. Questions about how to place an order? Search Amazon Help.

## Products

See all products currently offered by the seller.

Leave seller feedback | Tell us what you think about this page

Back to top

**Get to Know Us**
- Careers
- Amazon Newsletter
- About Amazon
- Accessibility
- Sustainability
- Press Center
- Investor Relations
- Amazon Devices
- Amazon Science

**Make Money with Us**
- Sell on Amazon
- Sell apps on Amazon
- Supply to Amazon
- Protect & Build Your Brand
- Become an Affiliate
- Become a Delivery Driver
- Start a Package Delivery Business
- Advertise Your Products
- Self-Publish with Us
- Host an Amazon Hub
- › See More Ways to Make Money

**Amazon Payment Products**
- Amazon Visa
- Amazon Store Card
- Amazon Secured Card
- Amazon Business Card
- Shop with Points
- Credit Card Marketplace
- Reload Your Balance
- Gift Cards
- Amazon Currency Converter

**Let Us Help You**
- Your Account
- Your Orders
- Shipping Rates & Policies
- Amazon Prime
- Returns & Replacements
- Manage Your Content and Devices
- Your Recalls and Product Safety Alerts
- Help

**Brand**

M MH ZONE

## Results

Price and other details may vary based on product size and color.

Sponsored ⓘ



**MH ZONE Inflatable Shark Costume for Adult(Kids) Funny Halloween Costumes Cosplay Fantasy Costume**

★★★★☆ ⌄ 2,160

1K+ bought in past month

$35.99

Save 5% with coupon (some sizes/colors)

✓prime Two-Day
FREE delivery **Wed, Oct 18**

🏪 Small Business ⌄



**MH ZONE Inflatable Alien Costume for Adult Funny Halloween Costumes Fantasy Cosplay Blow up Costume...**

★★★★☆ ⌄ 1,896

600+ bought in past month

$39.39

Save 5% with coupon

✓prime Two-Day
FREE delivery **Wed, Oct 18**

🏪 Small Business ⌄



**MH ZONE Inflatable Cow Costume for Women Adult(Kids) Blow up Costume Funny Halloween Costumes Cosplay...**

★★★★☆ ⌄ 110

200+ bought in past month

$30.99

Save 5% with coupon (some sizes/colors)

✓prime Two-Day
FREE delivery **Wed, Oct 18**

🏪 Small Business ⌄



**MH ZONE Inflatable Chicken Costumes for Adult Funny Halloween Costumes Cock Rooster Costume Adult Size...**

★★★★☆ ⌄ 237

400+ bought in past month

$37.99

Save 20% with coupon (some sizes/colors)

✓prime Two-Day
FREE delivery **Wed, Oct 18**

🏪 Small Business ⌄



**MH ZONE Inflatable Dinosaur Costume for Adults(Kids) Funny Halloween Costumes T-rex Costume Dinosaur Suit**

★★★★☆ ⌄ 74

200+ bought in past month

$53.99

✓prime Two-Day
FREE delivery **Wed, Oct 18**

🏪 Small Business ⌄



**amazon**

Checkout (1 item)

**1** **Shipping address**      409 BROAD ST STE 260
SEWICKLEY, PA 15143-1558      **Change**

Add delivery instructions

**FREE pickup available nearby**
Keep • 3.7 mi  (See details)
Change to pickup

**2** **Payment method**      Billing address:      **Change**

⌃ Add a gift card or promotion code or voucher

Enter code      Apply

**3** Review items and shipping

ℹ️ **Want to save time on your next order and go directly to this step when checking out?**
☐ Default to this delivery address and payment method.

**Place your order**

By placing your order, you agree to Amazon's privacy notice and conditions of use.

**Order Summary**

Items:                      $39.39
Shipping & handling:        $0.00
Your Coupon Savings:        -$1.97

Total before tax:           $37.42
Estimated tax to be collected: $2.25

**Order total:**            **$39.67**

Qualifying offers:
• Your Coupon Savings

How are shipping costs calculated?

Prime shipping benefits have been applied to your order.



Select FREE Amazon Day Delivery to receive orders in fewer boxes on a single day.

**Arriving Oct. 19, 2023** If you order in the next 5 hours and 44 minutes (Details)
Items shipped from Amazon.com

**MH ZONE Inflatable Alien Costume for Adult Funny Halloween Costumes Fantasy Cosplay Blow up Costume (Adult Ghost)**
~~$39.39~~ $37.42 ✓prime
& FREE Returns ⌄
Qty: 1 ⌄
Sold by: MH ZONE
$1.97 discount applied ⌄
🎁 Add gift options

**Choose your Prime delivery option:**
◉ **Thursday, Oct. 19**
FREE Prime Delivery
○ **Thursday, Oct. 19**
FREE Amazon Day Delivery
🍃 Fewer boxes, fewer trips. ⌄
Change delivery day

**Place your order**      **Order total: $39.67**
By placing your order, you agree to Amazon's privacy notice and conditions of use.

*Why has sales tax been applied? See tax and seller information.

Need help? Check our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Important information about sales tax you may owe in your state

You may return new, unopened merchandise in original condition within 30 days of delivery. Exceptions and restrictions apply. See Amazon.com's Returns Policy.

Need to add more items to your order? Continue shopping on the Amazon.com homepage.

**amazon** prime

Deliver to
Sewickley 15143

All ▾  | Search Amazon | 🔍

🇺🇸 EN ▾  | Hello,
Account & Lists ▾ | Returns
& Orders | 🛒 0

≡ All | Medical Care ▾ | Buy Again | Customer Support | Amazon Basics | Whole Foods | Coupons | Get a jump on holiday gifts

Your Account › Your Orders › Order Details

# Order Details

Ordered on October 16, 2023 | Order# 111-6511897-9661048

View or Print invoice

**Shipping Address**

▮▮▮▮▮▮▮▮
409 BROAD ST STE 260
SEWICKLEY, PA 15143-1558
United States

Change

**Payment Method**

▮▮▮▮▮▮▮▮

Change

**Apply gift card balance**

Enter code

Apply

**Order Summary**

| | |
|---|---|
| Item(s) Subtotal: | $39.39 |
| Shipping & Handling: | $0.00 |
| Your Coupon Savings: | -$1.97 |
| Total before tax: | $37.42 |
| Estimated tax to be collected: | $2.25 |
| **Grand Total:** | **$39.67** |

**Arriving Thursday**

Track package

MH ZONE Inflatable Alien Costume for Adult Funny Halloween Costumes Fantasy Cosplay Blow up Costume (Adult Ghost)
Sold by: MH ZONE
$39.39
Condition: New

Add gift option

🔒 Buy it again

Change Payment Method

Cancel items

Archive order

**Recommended for you based on MH ZONE Inflatable Alien Costume for Adult Funny H...**

⋮



xo, Fetti Alien Temporary Tattoos - 42 Glitter Styles | UFO Space Themed Birthday Part...
★★★★½ 158
Amazon's Choice in Temporary Tattoos
$7.99 ($7.99/Count)
✓prime FREE Delivery



Poptrend 2 Pairs Alien Headband and Glasses,Alien Rainbow Lens Sunglasses,Headband Boppers Antenna for...
★★★★½ 357
$12.99

Alien Boppers Kids Party Favors - Glow in The Dark Headband Aliens - Pack of 12
★★★★ 1,305
$14.99
✓prime FREE Delivery



YEAHBEER Alien Costume Kids Halloween Alien Inflatable Costume for Kids Blow up Alien Costumes Cosplay Part...
★★★★½ 395
$37.99
✓prime FREE Delivery



TOLOCO Inflatable Costume for Kid, Inflatable Alien Cos Kids, Alien Holding
★★★★½ 2,128
#1 Best Seller in Preschool Dress Up & Play
$45.99
✓prime FREE Delivery

Back to top

**Get to Know Us**

Careers

**Make Money with Us**

Sell on Amazon

**Amazon Payment Products**

Amazon Visa

**Let Us Help You**

Your Account

# Seller Display Name

# nanguoyiren

# Seller ID

# A2ADI27MKANWRG



‹ Back to results

Sponsored ⓘ

Brand: Oiefeen

## Inflatable Alien Costumes Inflatable Halloween Costumes Inflatable Costumes for Halloween, Easter and Aliens

4.7 ★★★★★ 26 ratings

-7% $39⁹⁹

List Price: $42.99 ⓘ

✓prime Two-Day
FREE Returns

**Coupon:** ☐ Apply 5% coupon   Shop items ›   Terms

Size:

Adult ▾

Color: Alien

- Polyester
- Hand Wash Only
- One size, child size, suitable for children with a height of 110cm-150cm (43 inches-59 inches),Adults, suitable for height 160cm--190cm (63 inches--75 inches)
- Product packaging: clothes + fan + battery box
- Prepare for Easter and Halloween this year with inflatable alien costumes. Win every costume competition! Dress up as an alien and become the focus of everyone's attention!
- High-quality materials: Halloween costumes are made of 100% polyester, durable and waterproof, so you never have to worry about any tears or holes. Keep away from sharp and sharp objects.
- Inflatable Halloween costumes for adults and teenagers are very easy to inflate. It has a high-quality battery-powered fan that can fill the entire body in a short period of time and keep it in this state all night. No need to worry about wasting time.
- The inflatable Halloween dress is very comfortable and very individual, allowing you to party all night! It leaves a lot of space for you, so you don't have to limit yourself to tight and uncomfortable clothes, and it is ventilated so you won't sweat.

▤ Report incorrect product information.

**Delivery**        Pickup

$39⁹⁹

✓prime Two-Day
FREE Returns ▾

FREE delivery **Wednesday, October 18.** Order within **7 hrs 38 mins**

📍 Deliver to Brian - Sewickley 15143

**In Stock**

Qty: 1 ▾

[ Add to Cart ]

[ Buy Now ]

Ships from   Amazon
Sold by      nanguoyiren
Returns      Eligible for Return, Refund or Replacement within 30 days of receipt
Payment      Secure transaction

☐ Add a gift receipt for easy returns

[ Add to List ]

New (2) from
$39⁹⁹ ✓prime  ›

Sponsored ⓘ





amazon prime | Deliver to [redacted] Sewickley 15143 | All | Search Amazon | EN | Hello, [redacted] Account & Lists | Returns & Orders | 0

All | Medical Care | Buy Again | Customer Support | Amazon Basics | Whole Foods | Coupons | Household, Health & Baby Care | Handmade | Pet Supplies | Home Improvement | Beauty & Personal Care | Subscribe & Save | Amazon Business | Livestreams | Shop By Interest | Big Deals on Toys

# nanguoyiren

Visit the nanguoyiren storefront

★★★★☆ | **88% positive** in the last 12 months (41 ratings)

**Inflatable Alien Costumes Inflata...**

USD39.99

Add to Cart

## About Seller

nanguoyiren is committed to providing each customer with the highest standard of customer service.

**Have a question for nanguoyiren?**

Ask a question

## Feedback

★★★★☆ 4.6 out of 5 | 12 months
41 ratings

| | | |
|---|---|---|
| 5 star | | 80% |
| 4 star | | 7% |
| 3 star | | 10% |
| 2 star | | 0% |
| 1 star | | 2% |

Learn more about how seller feedback works on Amazon

**Share your thoughts with other customers**

Leave seller feedback

**FILTER BY**

All stars

41 total feedbacks in 12 months

★★★★★ "Very comfortable fit, I also bought the hat. My husband is very pleased."
By Ruby Wallice on October 16, 2023.

★☆☆☆☆ "~~Haven't received yet. Day after it was supposed to be here. When it gets here, it will definitely be to late for the occasion it was ordered for.~~"
By Michelle Ocilka on October 15, 2023.
**Message from Amazon:** This item was fulfilled by Amazon, and we take responsibility for this fulfillment experience.

★★★★★ "It was good but I guess I ordered the wrong size because it was extra large and my body is kind of medium but that was just a user error. This is a very nice pi..."
Read more
By Hello K. on October 8, 2023.

★★★★★ "Oh yes exactly as i need for my Halloween costume thank you"
By N.R. on October 8, 2023.

★☆☆☆☆ "~~Have not received it yet~~"
By Kim Williams on October 2, 2023.
**Message from Amazon:** This item was fulfilled by Amazon, and we take responsibility for this fulfillment experience.

Previous Next

## Return & Refund Policies

Please refer to the Amazon.com Return Policy .

## Detailed Seller Information

**Business Name:** chengdunanguoyirenshangmaoyouxiangongsi
**Business Address:**
龙绵街1666号
1栋1单元10楼1004号
成都市
成华区
四川省
610057
CN

## Shipping Policies

This item is Fulfilled by Amazon.com and ships based on Amazon.com Shipping Rates and Policies .

## Other Policies

**Privacy and Security**

Amazon knows that you care how information about you is used and shared, and we appreciate your trust that we will do so carefully and sensibly. By visiting Amazon.com, you are accepting the practices described in Amazon.com's Privacy Policy . In addition, we want you to be aware that Amazon.com will provide nanguoyiren with information related to your transactions involving their products (including, for example, your name, address, products you purchase, and transaction amount), and that such information will be subject to nanguoyiren's Privacy Policy.

**Privacy Policy**

nanguoyiren values the privacy of your personal data.
For more information see Amazon.com's Privacy Policy .

**Gift Wrap and Gift Messaging**

You can add a gift message when ordering items fulfilled by Amazon.com or selected Amazon Merchants. Gift message are limited to a maximum of 240 characters--about 10 lines of text. In your message, be sure to include who the gift is from and the name of the gift recipient. For items fulfilled by Amazon.com, you can also choose to use Amazon.com gift-wrapping designed exclusively for our customers, in which case we will print your message on a gift card. Otherwise, we'll include your message on the packing slip.
Learn more

## Help

For questions about a charge that has been made to your credit card, please contact Amazon. Questions about how to place an order? Search Amazon Help.

## Products

See all products currently offered by the seller.

Leave seller feedback | Tell us what you think about this page

Back to top

**Get to Know Us**
Careers
Amazon Newsletter
About Amazon
Accessibility
Sustainability
Press Center
Investor Relations
Amazon Devices

**Make Money with Us**
Sell on Amazon
Sell apps on Amazon
Supply to Amazon
Protect & Build Your Brand
Become an Affiliate
Become a Delivery Driver
Start a Package Delivery Business
Advertise Your Products

**Amazon Payment Products**
Amazon Visa
Amazon Store Card
Amazon Secured Card
Amazon Business Card
Shop with Points
Credit Card Marketplace
Reload Your Balance
Gift Cards
Amazon Currency Converter

**Let Us Help You**
Your Account
Your Orders
Shipping Rates & Policies
Amazon Prime
Returns & Replacements
Manage Your Content and Devices
Your Recalls and Product Safety Alerts

**Brand**
Oiefeen
RJRA

## Results

Price and other details may vary based on product size and color.

Sponsored ⓘ



### Inflatable Alien Costumes Inflatable Halloween Costumes Inflatable Costumes for Halloween, Easter and Aliens
★★★★½ ⌄ 26
50+ bought in past month
$39⁹⁹ List: $42.99
**Save 5%** with coupon (some sizes/colors)
✓prime Two-Day
FREE delivery **Wed, Oct 18**

### Oiefeen Men's Gothic Hooded Jacket Men's Punk Fashion Long Windbreaker Cape
★★★★½ ⌄ 31
50+ bought in past month
$55⁹⁹
**Save 5%** with coupon (some sizes/colors)
✓prime Two-Day
FREE delivery **Wed, Oct 18**




### Oiefeen Women's Medieval Renaissance Clothing Hooded Velvet Queen Dress Long Dress Halloween Costume
★★★★½ ⌄ 49
$42⁹⁹
✓prime Two-Day
FREE delivery **Wed, Oct 18**

### Oiefeen Women's Medieval Gothic Tuxedo Victorian Long Trench Jacket Halloween Costume
★★★★½ ⌄ 27
50+ bought in past month
$55⁸⁸
FREE delivery for Prime members



### Oiefeen Medieval Steampunk Tuxedo, Performance Costume, Halloween Men's Clothing, Gothic Jacket
★★★★½ ⌄ 69
**Save 10%**
$44⁹⁹ List Price: $49.99
Exclusive Prime price
✓prime Two-Day
FREE delivery **Wed, Oct 18**



### Women's Christmas Dress Skirt and Hooded Cloak Match
★★★★½ ⌄ 20
$65⁹⁹



# amazon

## Checkout (1 item)

**1  Shipping address**

█████████████
409 BROAD ST STE 260
SEWICKLEY, PA 15143-1558
Add delivery instructions

**FREE pickup available nearby**
Keep • 3.7 mi  (See details)
Change to pickup

Change

**2  Payment method**

████████████████████
Billing address: ████████████

⌄ Add a gift card or promotion code or voucher

[ Enter code ]  [ Apply ]

Change

**3  Review items and shipping**

ⓘ **Want to save time on your next order and go directly to this step when checking out?**
☐ Default to this delivery address and payment method.

### Order Summary

| | |
|---|---|
| Items: | $39.99 |
| Shipping & handling: | $0.00 |
| Your Coupon Savings: | -$2.00 |
| Total before tax: | $37.99 |
| Estimated tax to be collected: | $2.28 |
| **Order total:** | **$40.27** |

Qualifying offers:
• Your Coupon Savings

How are shipping costs calculated?

Prime shipping benefits have been applied to your order.

**Place your order**

By placing your order, you agree to Amazon's privacy notice and conditions of use.

---



Select FREE Amazon Day Delivery to receive orders in fewer boxes on a single day.

**Arriving Oct. 19, 2023** If you order in the next 5 hours and 10 minutes (Details)
Items shipped from Amazon.com

**Oiefeen Inflatable Alien Costumes Inflatable Halloween Costumes Inflatable Costumes for Halloween, Easter and Aliens (Adult, Alien) ...**
~~$39.99~~ **$37.99** ✓prime
& FREE Returns ⌄
Qty: 1 ⌄
Sold by: nanguoyiren
$2.00 discount applied ⌄
🎁 Add gift options

**Choose your Prime delivery option:**
🔘 **Thursday, Oct. 19**
    FREE Prime Delivery
⚪ **Thursday, Oct. 19**
    FREE Amazon Day Delivery
    🍃 Fewer boxes, fewer trips.  ⌄
Change delivery day

---

**Place your order**

**Order total: $40.27**
By placing your order, you agree to Amazon's privacy notice and conditions of use.

---

*Why has sales tax been applied? See tax and seller information.

Need help? Check our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Important information about sales tax you may owe in your state

You may return new, unopened merchandise in original condition within 30 days of delivery. Exceptions and restrictions apply. See Amazon.com's Returns Policy.

Need to add more items to your order? Continue shopping on the Amazon.com homepage.

**amazon** prime

Deliver to Sewickley 15143

All | Search Amazon 🔍

EN | Hello, ▮▮▮ Account & Lists | Returns & Orders | 🛒 0

☰ All | Medical Care ⌄ | Buy Again | Customer Support | Amazon Basics | Whole Foods | Coupons    Gift ideas from Oprah

Your Account › Your Orders › Order Details

# Order Details

Ordered on October 16, 2023 | Order# 111-9127464-3772226

View or Print invoice

| Shipping Address | Payment Method | Apply gift card balance | Order Summary | |
|---|---|---|---|---|
| ▮▮▮▮▮▮ 409 BROAD ST STE 260 SEWICKLEY, PA 15143-1558 United States  Change | ▮▮▮▮▮▮  Change | Enter code  Apply | Item(s) Subtotal: | $39.99 |
| | | | Shipping & Handling: | $0.00 |
| | | | Your Coupon Savings: | -$2.00 |
| | | | Total before tax: | $37.99 |
| | | | Estimated tax to be collected: | $2.28 |
| | | | **Grand Total:** | **$40.27** |

### Arriving Thursday

Track package



Oiefeen Inflatable Alien Costumes Inflatable Halloween Costumes Inflatable Costumes for Halloween, Easter and Aliens (Adult,Alien) …
Sold by: nanguoyiren
$39.99
Condition: New

Add gift option
🔒 Buy it again

Change Payment Method
Cancel items
Archive order

## Recommendations for items from across our store









Double Couple Halloween Costume for Adults or Kids Inflatable Alien Funny Ride on Blow up Black Witch Cat Cosplay Costumes
⭐⭐⭐⭐½ 358
$27.74-$34.99

SUNTRADE Double Adjustable Clips Boots Hangers,Space Saving Boots Socks Bags...
⭐⭐⭐⭐½ 499
**Amazon's** Choice in Hanging Shoe Organizers
$15.99 ($2.67/Count)
✓prime FREE Delivery

NaturVet All-in-One Dog Supplement - for Joint Support, Digestion, Skin, Coat Care – Dog Multivitamins with...
⭐⭐⭐⭐½ 11,336
$23.99 ($1.85/Ounce)
✓prime FREE Delivery

Casfuiy Dog Nail Grinder with LED Light - Upgraded 2-Speed Electric Pet Nail Trimmer Powerful Painless Paw...
⭐⭐⭐⭐½ 9,726
$23.99 ($23.99/Count)
✓prime FREE Delivery

Purses Hanger Org... for Closet, Myfolre Metal Purse Holder Closet Space Savin...
⭐⭐⭐⭐½ 296
**Amazon's** Choice
Racks
$5.59 ($0.47/Fl Oz)
✓prime FREE Delivery

Back to top

**Get to Know Us**
Careers
Amazon Newsletter

**Make Money with Us**
Sell on Amazon
Sell apps on Amazon

**Amazon Payment Products**
Amazon Visa
Amazon Store Card

**Let Us Help You**
Your Account
Your Orders

# Seller Display Name

# NBSAIRMO

# Seller ID

# A2DK2E7AKKTEUW







amazon prime | Deliver to [redacted] Sewickley 15143 | All | alien costume | EN | Hello, [redacted] Account & Lists | Returns & Orders | 0

All | Medical Care | Buy Again | Customer Support | Amazon Basics | Whole Foods | Coupons | Big Deals on Toys

Toys & Games | Kids Gift Guide | Shop Toys by Character | Shop Best Selling Toys | Shop Newly Released Toys | Shop Amazon Exclusive Toys | Shop Toy Deals

Adult onesie costume
SAMGU Adult Onesie Animal Halloween Cosplay Costume One Piece Pajamas for Women and Men
$32.99 prime Save 5% with coupon
Sponsored

‹ Back to results

2 VIDEOS

Roll over image to zoom in

# NBSAIRMO Inflatable Alien Costume Adult, Funny Alien Abduction Costume for Men, Blow up Alien Suit for Halloween Costumes Women

Visit the NBSAIRMO Store

5.0 ★★★★★ 4 ratings

$29.99

FREE Returns

Coupon: Apply 10% coupon Shop items › | Terms

Save 5% on 2 select item(s) Shop items ›

Save up to 3% with business pricing. Sign up for a free Amazon Business account

**Get a $150 Amazon Gift Card instantly** with Prime Visa for a limited-time only.

- 100% Polyester
- 👽【Alien Costume Women Size】: One size fits all adults. suit for adults 150cm-190cm [4.92ft-6.2ft], unlimited weight and waist circumference.
- 👽【Big hit in the crowds!】: Inflatable alien costume is perfect for holiday, birthday, gifts, costume party, carnival, Easter, Christmas, New Year's Eve, Halloween, cosplay, travel, shopping, pool party, Bachelor Party, fancy dress ball. You can dancing with music ,walking with your pets, shopping with your friends when you wear this costume.
- 👽【Alien Costume Adult How to Use】: Alien costume adult turn on the fan after wearing. The wind will fill the costume very quickly. Don't put the battery case in your own pocket. Please put it in the special pocket of the inflatable suit or clip the battery pack on belt, or the device will overheat and burn your leg.
- 👽【Inflatable Alien Costume Components】: Inflatable alien costume Batteries are not included, so you need to purchase 4 AA batteries for yourself. It must be 4 AA batteries or it will not be powerful enough to fully inflate the costume.
- 👽【Halloween Costumes Upgraded Pockets】: Halloween Costumes traditional inflatable suits don't take into account where people should keep their battery case when they go out to parties,

Delivery | Pickup

$29.99

FREE Returns

FREE Prime delivery **Tuesday, October 24**

Deliver to [redacted] - Sewickley 15143

**Only 5 left in stock - order soon**

Qty: 1

Add to Cart

Buy Now

| | |
|---|---|
| Ships from | Amazon |
| Sold by | NBSAIRMO |
| Returns | Eligible for Return, Refund or Replacement within 30 days of receipt |
| Payment | Secure transaction |

Add a gift receipt for easy returns

Add to List

Add to Registry & Gifting

**Buy it on Amazon Business**

**Save up to 3%** on this product with business-only pricing.

Create a free account

amazon prime | Deliver to [redacted] Sewickley 15143 | All | Search Amazon | EN | Hello, [redacted] Account & Lists | Returns & Orders | 0

All | Medical Care | Buy Again | Customer Support | Amazon Basics | Whole Foods | Coupons | Household, Health & Baby Care | Handmade | Pet Supplies | Home Improvement | Beauty & Personal Care | Subscribe & Save | Amazon Business | Livestreams | Shop By Interest | Big Deals on Toys

NBSAIRMO

# NBSAIRMO

Visit the NBSAIRMO storefront

83% positive lifetime (6 total ratings)

NBSAIRMO Inflatable Alien Costu...

USD 29.99

Add to Cart

## About Seller

*Hi!*

***This is a company founded by young people who love European and American culture. Provide products with more humanized design, and strive to be the first in the industry!***

**My company currently provides Halloween outdoor decorations and holiday costumes for Halloween and Christmas, and will provide more and better products in the future. I hope everyone will support and encourage me as a new small seller, thank you very much!**

**Have a question for NBSAIRMO?**

Ask a question

## Feedback

4.2 out of 5

6 ratings

Lifetime

| | |
|---|---|
| 5 star | 67% |
| 4 star | 17% |
| 3 star | 0% |
| 2 star | 0% |
| 1 star | 17% |

Learn more about how seller feedback works on Amazon

**Share your thoughts with other customers**

Leave seller feedback

**FILTER BY**

All stars

6 total feedbacks in Lifetime

"Great seller. Thanks a lot!"

By West B. on September 29, 2023.

"Thank you very much for your affirmation of the product. We will make more and better products in the future. I hope you can have a happy Halloween!"

By NBSAIRMO on September 30, 2023.

"These are cheap. The material is ripped and not strong. Just don't think they were worth the money."

By Amber Lee Lusk on September 26, 2023.

"The hanging ghost decorations are made of sturdy double-layer oxford fabric, which is actually strong enough for general use. We take your feedback very serious..."

Read more

By NBSAIRMO on September 26, 2023.

"~~It says my package was delivered but it never was I've waited for days to see if it would come up but it never did~~"

By Julissa on September 16, 2023.

**Message from Amazon:** This item was fulfilled by Amazon, and we take responsibility for this fulfillment experience.

"Great product"

By aliceson sikes on August 13, 2023.

"Thank you very much for your affirmation of inflatable cow costume products. I will continue to strictly control the quality of products to provide more custome..."

Read more

By NBSAIRMO on August 14, 2023.

"It was was a show and everyone got a kick out of it"

By barbara on August 8, 2023.

"I am so glad to know that you like this adult cow Halloween costume, it is really funny to wear, I hope it can bring more people happiness!"

By NBSAIRMO on August 8, 2023.

Previous Next

## Return & Refund Policies

Please refer to the Amazon.com Return Policy .

## Detailed Seller Information

**Business Name:** YIWUSHIYOUYUANJIANGUOJIMAOYIYOUXIANGONGSI

**Business Address:**

江东街道
荷叶口53幢2单元306室
金华
义乌
浙江
322000
CN

## Shipping Policies

This item is Fulfilled by Amazon.com and ships based on Amazon.com Shipping Rates and Policies .

## Other Policies

**Privacy and Security**

Amazon knows that you care how information about you is used and shared, and we appreciate your trust that we will do so carefully and sensibly. By visiting Amazon.com, you are accepting the practices described in Amazon.com's Privacy Policy . In addition, we want you to be aware that Amazon.com will provide NBSAIRMO with information related to your transactions involving their products (including, for example, your name, address, products you purchase, and transaction amount), and that such information will be subject to NBSAIRMO's Privacy Policy.

**Privacy Policy**

NBSAIRMO values the privacy of your personal data.
For more information see Amazon.com's Privacy Policy .

**Gift Wrap and Gift Messaging**

You can add a gift message when ordering items fulfilled by Amazon.com or selected Amazon Merchants. Gift message are limited to a maximum of 240 characters--about 10 lines of text. In your message, be sure to include who the gift is from and the name of the gift recipient. For items fulfilled by Amazon.com, you can also choose to use Amazon.com gift-wrapping designed exclusively for our customers, in which case we will print your message on a gift card. Otherwise, we'll include your message on the packing slip.
Learn more

## Help

For questions about a charge that has been made to your credit card, please contact Amazon. Questions about how to place an order? Search Amazon Help.

## Products

See all products currently offered by the seller.

Leave seller feedback | Tell us what you think about this page

**Brand**

NBSAIRMO



*TOLOCO*

TOLOCO Inflatabl...

⭐⭐⭐⭐ 2,411

$24.⁹⁹ ✓prime

Save 5% with coupon

Shop now

Sponsored ⓘ

## Results



NBSAIRMO Inflatable Cow Costume for Adult, Funny Cow Suit for Women, Blow up Cow Halloween Costumes for...

⭐⭐⭐⭐✩ ⌄ 24

100+ bought in past month

$41.³⁹ List Price: $49.99

Save 5% on 2 select item(s)

✓prime

FREE delivery **Thu, Oct 19**



NBSAIRMO Sumo Wrestling Suits for Adults, Inflatable Sumo Wrestler Suit for Men, Blow up Sumo Costume for...

⭐⭐⭐⭐⭐ ⌄ 21

50+ bought in past month

$28.⁹⁹

Save 10% with coupon

✓prime

FREE delivery **Thu, Oct 19**



NBSAIRMO Inflatable Turkey Costume for Adult, Riding Turkey Suit for Men, Funny Blow up Turkey for Hallowee...

⭐⭐⭐⭐⭐ ⌄ 4

$28.⁹⁹ - $30.⁹⁹

Save 10% with coupon (some sizes/colors)

✓prime



NBSAIRMO Inflatable Frog Costume Adult, Frog Halloween Costumes for Men, Funny Blow up Frog Suit for Women

⭐⭐⭐⭐✩ ⌄ 4

$39.⁹⁹

Save 10% with coupon

✓prime

FREE delivery **Thu, Oct 19**



NBSAIRMO Inflatable Alien Costume Adult, Funny Alien Abduction Costume for Men, Blow up Alien Suit for...

⭐⭐⭐⭐⭐ ⌄ 4

$29.⁹⁹

Save 10% with coupon

Prime

FREE delivery **Tue, Oct 24**

Only 5 left in stock - order soon.



NBSAIRMO Inflatable Tube Man Costume, Air Dancers Suit for Men, Tube Guy for Women, Blow up Halloween...

⭐⭐⭐⭐⭐ ⌄ 6

$30.⁹⁹

✓prime



# Checkout (1 item)

## 1 Shipping address

[redacted]
409 BROAD ST STE 260
SEWICKLEY, PA 15143-1558
Add delivery instructions

Change

**FREE pickup available nearby**
Keep • 3.7 mi (See details)
Change to pickup

## 2 Payment method

[redacted]
Billing address: [redacted]

Change

**Add a gift card or promotion code or voucher**

Enter code | Apply

## 3 Review items and shipping

**Want to save time on your next order and go directly to this step when checking out?**

☐ Default to this delivery address and payment method.

**Select FREE Amazon Day Delivery to receive orders in fewer boxes on a single day.**

**Arriving Oct. 24, 2023**
Items shipped from Amazon.com

**NBSAIRMO Inflatable Alien Costume Adult, Funny Alien Abduction Costume for Men, Blow up Alien Suit for Halloween Costumes Women**
NBSAIRMO
$29.99 Prime FREE Delivery & FREE Returns
Qty: 1
Sold by: NBSAIRMO
Add gift options

**Choose your Prime delivery option:**
- (●) **Tuesday, Oct. 24**
  FREE Prime Delivery
- ( ) **Tuesday, Oct. 24**
  FREE Amazon Day Delivery
  **Fewer boxes, fewer trips.**

Change delivery day

Place your order

**Order total: $31.79**
By placing your order, you agree to Amazon's privacy notice and conditions of use.

Place your order

By placing your order, you agree to Amazon's privacy notice and conditions of use.

## Order Summary

| | |
|---|---|
| Items: | $29.99 |
| Shipping & handling: | $0.00 |
| Total before tax: | $29.99 |
| Estimated tax to be collected: | $1.80 |
| **Order total:** | **$31.79** |

How are shipping costs calculated?

Prime shipping benefits have been applied to your order.

*Why has sales tax been applied? See tax and seller information.

Need help? Check our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Important information about sales tax you may owe in your state

You may return new, unopened merchandise in original condition within 30 days of delivery. Exceptions and restrictions apply. See Amazon.com's Returns Policy.

Need to add more items to your order? Continue shopping on the Amazon.com homepage.

**amazon** prime

Deliver to Sewickley 15143

All | Search Amazon

EN | Hello, ▮▮▮▮ Account & Lists | Returns & Orders | 🛒 0

☰ All | Medical Care ⌄ | Buy Again | Customer Support | Amazon Basics | Whole Foods | Coupons      Get a jump on holiday gifts

Your Account › Your Orders › Order Details

# Order Details

Ordered on October 16, 2023 | Order# 111-0065506-4498677

View or Print invoice

**Shipping Address**
▮▮▮▮▮▮▮▮
409 BROAD ST STE 260
SEWICKLEY, PA 15143-1558
United States
Change

**Payment Method**
▮▮▮▮▮▮▮▮
Change

**Apply gift card balance**
Enter code
Apply

**Order Summary**
Item(s) Subtotal:     $29.99
Shipping & Handling:     $0.00
Total before tax:     $29.99
Estimated tax to be collected:     $1.80
**Grand Total:**     **$31.79**

## Arriving Tue, Oct 24

Track package

NBSAIRMO Inflatable Alien Costume Adult, Funny Alien Abduction Costume for Men, Blow up Alien Suit for Halloween Costumes Women
Sold by: NBSAIRMO
$29.99
**Condition:** New

Add gift option

🔓 Buy it again

Change Payment Method

Cancel items

Archive order

## Top picks for you

⋮











BUDDY BUDDER Bark Bistro Company, Ruff Ruff Raw, 100% Natural Dog Peanut Butter, Healthy Peanut Butter...
★★★★½ 3,732
$13.99 ($0.87/oz)
✓prime FREE Delivery

Jiafet Licking Mats Lick Mat for Dogs and Cats with Suction Cups for Anxiety Relief, Cat Trea...
★★★★½ 410
**Amazon's Choice** in Dog Slow Feeders
$3.88 ($3.88/Count)
✓prime FREE Delivery

Native Pet Omega Oil for Dogs - Dog Fish Oil Supplements with Omega 3 EPA DHA – Omega 3 Fish Oil for...
★★★★½ 7,784
$11.99 ($1.50/Fl Oz)
✓prime FREE Delivery

Zoomie Butter Original Flavor: All Natural Dog Peanut Butter, Use on Lick Mats, Toy Filler, Pill Pocket, Food Topper,...
★★★★½ 21
$11.97 ($1.00/Ounce)
✓prime FREE Delivery

Diono Cambria 2 XL Dual Latch Connect 2-in-1 Belt Positior to Backless Booster
★★★★½ 2,285
$99.99
Get it Oct 20 - 24
FREE Shipping

Back to top

**Get to Know Us**
Careers
Amazon Newsletter
About Amazon

**Make Money with Us**
Sell on Amazon
Sell apps on Amazon
Supply to Amazon

**Amazon Payment Products**
Amazon Visa
Amazon Store Card
Amazon Secured Card

**Let Us Help You**
Your Account
Your Orders
Shipping Rates & Policies

# Seller Display Name

# -SeeNew-

# Seller ID

# A3VHFGWGH6CPKW







amazon prime | Deliver to [redacted] Sewickley 15143 | All | Search Amazon | EN | Hello, [redacted] Account & Lists | Returns & Orders | 0

All | Medical Care | Buy Again | Customer Support | Amazon Basics | Whole Foods | Coupons | Household, Health & Baby Care | Handmade | Pet Supplies | Home Improvement | Beauty & Personal Care | Subscribe & Save | Amazon Business | Livestreams | Shop By Interest | Gift ideas from Oprah

# -SeeNew-

Visit the -SeeNew- storefront

★★★★☆ | **93% positive** in the last 12 months (14 ratings)

**Seenew Inflatable Alien Costume ...**

USD 42.99

Add to Cart

## About Seller

-SeeNew- is committed to providing each customer with the highest standard of customer service.

**Have a question for -SeeNew-?**

Ask a question

## Feedback

★★★★☆ 4.5 out of 5

14 ratings

12 months

| | | |
|---|---|---|
| 5 star | | 71% |
| 4 star | | 21% |
| 3 star | | 0% |
| 2 star | | 0% |
| 1 star | | 7% |

Learn more about how seller feedback works on Amazon

**Share your thoughts with other customers**

Leave seller feedback

**FILTER BY**

All stars

14 total feedbacks in 12 months

★★★★★ "can't wait to use this next winter! and the battery pack is huge capacity for not only the jacket, but phone too!"

By celester rich on February 28, 2023.

★☆☆☆☆ "~~Battery pack was left out.~~"

By CAA on January 28, 2023.

**Message from Amazon:** This item was fulfilled by Amazon, and we take responsibility for this fulfillment experience.

★★★★★ "Smaller than size needed"

By Amy Collins on January 1, 2023.

★☆☆☆☆ "~~it states in describtion battery pack included but did not receive a battery back~~"

By Jennifer kimble on December 29, 2022.

**Message from Amazon:** This item was fulfilled by Amazon, and we take responsibility for this fulfillment experience.

★☆☆☆☆ "~~Listing says includes battery pack. It did not~~"

By DEB on December 23, 2022.

**Message from Amazon:** This item was fulfilled by Amazon, and we take responsibility for this fulfillment experience.

Previous Next

## Return & Refund Policies

Please refer to the Amazon.com Return Policy .

## Detailed Seller Information

**Business Name:** GUANGZHOUSHI XINIU XINXIKEJI YOUXIANGONGSI
**Business Address:**
新港街道海派社区
4楼
广州市
海珠区
广东省
510000
CN

## Shipping Policies

This item is Fulfilled by Amazon.com and ships based on Amazon.com Shipping Rates and Policies .

## Other Policies

**Privacy and Security**

Amazon knows that you care how information about you is used and shared, and we appreciate your trust that we will do so carefully and sensibly. By visiting Amazon.com, you are accepting the practices described in Amazon.com's Privacy Policy . In addition, we want you to be aware that Amazon.com will provide -SeeNew- with information related to your transactions involving their products (including, for example, your name, address, products you purchase, and transaction amount), and that such information will be subject to -SeeNew-'s Privacy Policy.

**Privacy Policy**

-SeeNew- values the privacy of your personal data.
For more information see Amazon.com's Privacy Policy .

**Gift Wrap and Gift Messaging**

You can add a gift message when ordering items fulfilled by Amazon.com or selected Amazon Merchants. Gift message are limited to a maximum of 240 characters--about 10 lines of text. In your message, be sure to include who the gift is from and the name of the gift recipient. For items fulfilled by Amazon.com, you can also choose to use Amazon.com gift-wrapping designed exclusively for our customers, in which case we will print your message on a gift card. Otherwise, we'll include your message on the packing slip.
Learn more

## Help

For questions about a charge that has been made to your credit card, please contact Amazon. Questions about how to place an order? Search Amazon Help.

## Products

See all products currently offered by the seller.

Leave seller feedback | Tell us what you think about this page

Back to top

**Get to Know Us**
Careers
Amazon Newsletter
About Amazon
Accessibility
Sustainability
Press Center
Investor Relations
Amazon Devices
Amazon Science

**Make Money with Us**
Sell on Amazon
Sell apps on Amazon
Supply to Amazon
Protect & Build Your Brand
Become an Affiliate
Become a Delivery Driver
Start a Package Delivery Business
Advertise Your Products
Self-Publish with Us

**Amazon Payment Products**
Amazon Visa
Amazon Store Card
Amazon Secured Card
Amazon Business Card
Shop with Points
Credit Card Marketplace
Reload Your Balance
Gift Cards
Amazon Currency Converter

**Let Us Help You**
Your Account
Your Orders
Shipping Rates & Policies
Amazon Prime
Returns & Replacements
Manage Your Content and Devices
Your Recalls and Product Safety Alerts
Help

**Brand**
Seenew

## Results

Price and other details may vary based on product size and color.



**Amazon's Choice**

Seenew Inflatable Alien Costume Waterproof Alien Cosplay Party Costume for Adults Halloween Christmas...

⭐⭐⭐⭐⯪ ⌄ 44

200+ bought in past month

$42⁹⁹

✓prime Two-Day
FREE delivery **Wed, Oct 18**



Heated Hand Muff Pouch with Battery Pack Hunting Pouch Hand Warm Pouch Electric Hand Warmer for...

⭐⭐⭐⭐☆ ⌄ 44

$59⁹⁹

✓prime
FREE delivery **Thu, Oct 19**



Heated Vest for Men Women with 15000mAh Battery Pack, Super Warm Heating Clothes Lightweight Electric...

⭐⭐⭐⭐⭐ ⌄ 9

$89⁹⁹

✓prime
FREE delivery **Thu, Oct 19**

Sponsored ⓘ



Adhesive Bra Invisible Bra Backless Strapless Bra Reusable Sticky Deep Plunge Silicone Push Up No Show Adhesive...

⭐⭐⭐⭐⭐ ⌄ 8

$20⁰⁰

✓prime
FREE delivery **Thu, Oct 19**



Heated Vest Unisex Warming Heating Clothes with 3 Heating Levels 13 Heating Zones Electric Heated Vest wit...

⭐⭐⭐⭐⭐ ⌄ 2

$89⁹⁹

✓prime
FREE delivery **Thu, Oct 19**



Heated Hand Muff Pouch Hand Warm Pouch Hunting Pouch Electric Hand Warmer for Hunting, Camping,...

$38⁹⁹



**amazon**

# Checkout (1 item)

## 1 Shipping address

██████████
409 BROAD ST STE 260
SEWICKLEY, PA 15143-1558
Add delivery instructions

Change

**FREE pickup available nearby**
Keep • 3.7 mi (See details)
Change to pickup

## 2 Payment method

████████████████████

Change

Billing address: ██████████████

⌃ Add a gift card or promotion code or voucher

| Enter code | Apply |

### Place your order

By placing your order, you agree to Amazon's privacy notice and conditions of use.

### Order Summary

| Items: | $42.99 |
| Shipping & handling: | $0.00 |
| Total before tax: | $42.99 |
| Estimated tax to be collected: | $2.58 |
| **Order total:** | **$45.57** |

How are shipping costs calculated?

Prime shipping benefits have been applied to your order.

## 3 Review items and shipping

ⓘ **Want to save time on your next order and go directly to this step when checking out?**
☐ Default to this delivery address and payment method.



Select FREE Amazon Day Delivery to receive orders in fewer boxes on a single day.

**Arriving Oct. 19, 2023** If you order in the next 5 hours and 12 minutes (Details)
Items shipped from Amazon.com

**Seenew Inflatable Alien Costume Inflatable Halloween Costumes Blow Up Alien Costume for Halloween, Easter,Christmas**
$42.99 ✓prime
& FREE Returns ⌄
Qty: 1 ⌄
Sold by: -SeeNew-
🎁 Add gift options

**Choose your Prime delivery option:**
◉ **Thursday, Oct. 19**
   FREE Prime Delivery
○ **Thursday, Oct. 19**
   FREE Amazon Day Delivery
   🍃 Fewer boxes, fewer trips. ⌄
Change delivery day

### Place your order

**Order total: $45.57**
By placing your order, you agree to Amazon's privacy notice and conditions of use.

---

*Why has sales tax been applied? See tax and seller information.

Need help? Check our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Important information about sales tax you may owe in your state

You may return new, unopened merchandise in original condition within 30 days of delivery. Exceptions and restrictions apply. See Amazon.com's Returns Policy.

Need to add more items to your order? Continue shopping on the Amazon.com homepage.

**amazon** prime | Deliver to Sewickley 15143 | All ▾ | Search Amazon 🔍 | 🇺🇸 EN ▾ | Hello, ▮ Account & Lists ▾ | Returns & Orders | 🛒 0

☰ All | Medical Care ▾ | Buy Again | Customer Support | Amazon Basics | Whole Foods | Coupons | Gift ideas from Oprah

Your Account › Your Orders › Order Details

# Order Details

Ordered on October 16, 2023 | Order# 111-9284012-5869827

[ View or Print invoice ]

**Shipping Address**

▮▮▮▮▮
409 BROAD ST STE 260
SEWICKLEY, PA 15143-1558
United States

[ Change ]

**Payment Method**

▮▮▮▮▮

[ Change ]

**Apply gift card balance**

[ Enter code ]

[ Apply ]

**Order Summary**

| | |
|---|---|
| Item(s) Subtotal: | $42.99 |
| Shipping & Handling: | $0.00 |
| Total before tax: | $42.99 |
| Estimated tax to be collected: | $2.58 |
| **Grand Total:** | **$45.57** |

---

**Arriving Thursday**



Seenew Inflatable Alien Costume Inflatable Halloween Costumes Blow Up Alien Costume for Halloween, Easter,Christmas
Sold by: -SeeNew-
$42.99
**Condition:** New
[ Add gift option ]
[ 🔒 Buy it again ]

[ **Track package** ]
[ Change Payment Method ]
[ Cancel items ]
[ Archive order ]

---

**Recommendations for items from across our store**                            ⋮



KOOY Inflatable Costume For Kids,Unicorn Costume Funny Fancy Dress Blow Up Costumes Hallowe...
★★★★½ 285
$39.90
✓prime FREE Delivery



Double Couple Halloween Costume for Adults or Kids Inflatable Alien Funny Ride on Blow up Black Witch Cat Cosplay Costumes
★★★★½ 358
$27.74-$34.99



Spooktacular Creations Kids Halloween Inflatable Costumes, Riding a Unicorn, Ride-on Air Blow-up Deluxe...
★★★★½ 1,469
$45.99
✓prime FREE Delivery



RQUXMT Blow Up Party Costume,Inflatable Costumes for Kids,Dog Inflatable Costume,Halloween...
★★★★½ 9
$46.99
✓prime FREE Delivery



AOTHSO 4 Pcs Girls Alien Metallic Long Sleeve Unitard Halloween Costume Shiny Silver Laser Jumpsuit Sequins...
★★★★ 7
$24.99-$25.99

---

Back to top

**Get to Know Us**
Careers
Amazon Newsletter
About Amazon

**Make Money with Us**
Sell on Amazon
Sell apps on Amazon
Supply to Amazon
Protect & Build Your

**Amazon Payment Products**
Amazon Visa
Amazon Store Card
Amazon Secured Card
Amazon Business Card

**Let Us Help You**
Your Account
Your Orders
Shipping Rates & Policies

# Seller Display Name

# Stegosaurus

# Seller ID

# A6KRJRJHT6G0R