





# Stegosaurus

Visit the Stegosaurus storefront

★★★★★ | **100% positive** in the last 12 months (230 ratings)

**Stegosaurus Inflatable Alien Cost...**

USD 38.99

Add to Cart

## About Seller

Stegosaurus is committed to providing each customer with the highest standard of customer service.

**Have a question for Stegosaurus?**

Ask a question

## Feedback

★★★★★ 4.9 out of 5

230 ratings

12 months

| | | |
|---|---|---|
| 5 star | | 92% |
| 4 star | | 8% |
| 3 star | | 0% |
| 2 star | | 0% |
| 1 star | | 0% |

Learn more about how seller feedback works on Amazon

**Share your thoughts with other customers**

Leave seller feedback

**FILTER BY**

All stars

230 total feedbacks in 12 months

★★★★★ "Great costume. Exactly as described. Grandson loves it."

By Greg Gillette on October 16, 2023.

★★★★★ "Haven't worn it yet."

By Gorjus on October 16, 2023.

★★★★★ "Great product, price and delivery."

By Don A on October 14, 2023.

★★★★★ "Mask is semi soft rubber. Good design and color. Attaches well. Sits a little high and tight."

By Bargain Huntress on October 14, 2023.

★★★★☆ "Looks cheap in day light/dusk but works ok in the dark inside"

By Samantha A Cruise on October 13, 2023.

Previous Next

## Return & Refund Policies

Please refer to the Amazon.com Return Policy .

## Detailed Seller Information

**Business Name:** shenzhenshianrudianziyouxiangongsi

**Business Address:**

新桥街道上星社区上德路
上星商业街2栋八单元501
深圳市
宝安区
广东省
518125
CN

## Shipping Policies

This item is Fulfilled by Amazon.com and ships based on Amazon.com Shipping Rates and Policies .

## Other Policies

**Privacy and Security**

Amazon knows that you care how information about you is used and shared, and we appreciate your trust that we will do so carefully and sensibly. By visiting Amazon.com, you are accepting the practices described in Amazon.com's Privacy Policy . In addition, we want you to be aware that Amazon.com will provide Stegosaurus with information related to your transactions involving their products (including, for example, your name, address, products you purchase, and transaction amount), and that such information will be subject to Stegosaurus's Privacy Policy.

**Privacy Policy**

Stegosaurus values the privacy of your personal data.
For more information see Amazon.com's Privacy Policy .

**Gift Wrap and Gift Messaging**

You can add a gift message when ordering items fulfilled by Amazon.com or selected Amazon Merchants. Gift message are limited to a maximum of 240 characters--about 10 lines of text. In your message, be sure to include who the gift is from and the name of the gift recipient. For items fulfilled by Amazon.com, you can also choose to use Amazon.com gift-wrapping designed exclusively for our customers, in which case we will print your message on a gift card. Otherwise, we'll include your message on the packing slip.
Learn more

## Help

For questions about a charge that has been made to your credit card, please contact Amazon. Questions about how to place an order? Search Amazon Help.

## Products

See all products currently offered by the seller.

Leave seller feedback | Tell us what you think about this page

**Brand**

Stegosaurus

Diica

■ Windows 11

*Windows 11 makes
the everyday easier*

Acer Nitro 17 Gaming
Laptop | AMD...
★★★★☆ 378
$1,166.84 ✓prime
Details & delivery

**Add to Cart**

Sponsored ⓘ

## Results

Price and other details may vary based on product size and color.



**Amazon's Choice**

Stegosaurus Plague Doctor Bird Mask Long Nose Beak
Cosplay Steampunk Halloween Costume Props Latex...
★★★★☆ ⌄ 4,247
1K+ bought in past month

**Limited time deal**

$13.⁴⁹ Typical: $16.99

✓prime Two-Day
FREE delivery **Wed, Oct 18**



Stegosaurus Inflatable Alien Costume Inflatable
Halloween Costumes Blow Up Alien Costume for...
★★★★⯪ ⌄ 1,051
1K+ bought in past month

$45.⁹⁹

✓prime Two-Day
FREE delivery **Wed, Oct 18**



Stegosaurus Halloween LED Mask, LED Light up Mask
Scary Mask for Halloween Festival Party, 2 colors Mask...
★★★★⯪ ⌄ 1,681
1K+ bought in past month

$12.⁹⁹

✓prime Two-Day
FREE delivery **Wed, Oct 18**



Inflatable Costume Adult Ride On Horse Costumes
Cowboy Air Blow Up Funny Riding Horse Suit for Men...
★★★★☆ ⌄ 45
1K+ bought in past month

$39.⁹⁹

Save 10% with coupon

✓prime Two-Day
FREE delivery **Wed, Oct 18**



Stegosaurus Cat Mask for Women, Masquerade Mask for
women Bunny Mask Cat Face Mask for Night Club Cockta...
★★★★☆ ⌄ 255
900+ bought in past month

$9.⁹⁹

✓prime Two-Day
FREE delivery **Wed, Oct 18**



Inflatable Chicken Costume Adult, Blow up Rooster
Costumes Ride On Chicken Costume Halloween Funny...
★★★★⯪ ⌄ 54
800+ bought in past month





amazon

# Checkout (1 item)

**1 Shipping address**

[redacted]
409 BROAD ST STE 260
SEWICKLEY, PA 15143-1558
Add delivery instructions

Change

**2 Payment method**

[redacted]
Billing address: [redacted]

Change

**Add a gift card or promotion code or voucher**

Enter code | Apply

**3 Review items and shipping**

**Want to save time on your next order and go directly to this step when checking out?**

☐ Default to this delivery address and payment method.

**Select FREE Amazon Day Delivery to receive orders in fewer boxes on a single day.**

**Arriving Oct. 19, 2023** If you order in the next 5 hours and 34 minutes (Details)
Items shipped from Amazon.com

**Stegosaurus Inflatable Alien Costume Inflatable Halloween Costumes Blow Up Alien Costume for Halloween, Easter,Christmas**
Stegosaurus
~~$38.99~~ $37.04 prime
& FREE Returns
Qty: 1
Sold by: Stegosaurus
$1.95 discount applied
Add gift options

**Choose your Prime delivery option:**
◉ **Thursday, Oct. 19**
FREE Prime Delivery
○ **Thursday, Oct. 19**
FREE Amazon Day Delivery
**Fewer boxes, fewer trips.**
Change delivery day

Place your order

**Order total: $39.26**
By placing your order, you agree to Amazon's privacy notice and conditions of use.

Place your order

By placing your order, you agree to Amazon's privacy notice and conditions of use.

## Order Summary

| | |
|---|---|
| Items: | $38.99 |
| Shipping & handling: | $0.00 |
| Your Coupon Savings: | -$1.95 |
| Total before tax: | $37.04 |
| Estimated tax to be collected: | $2.22 |
| **Order total:** | **$39.26** |

Qualifying offers:
- Your Coupon Savings

How are shipping costs calculated?

Prime shipping benefits have been applied to your order.

*Why has sales tax been applied? See tax and seller information.

Need help? Check our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Important information about sales tax you may owe in your state

You may return new, unopened merchandise in original condition within 30 days of delivery. Exceptions and restrictions apply. See Amazon.com's Returns Policy.

Need to add more items to your order? Continue shopping on the Amazon.com homepage.

Deliver to Sewickley 15143 | All | Search Amazon | EN | Hello, [redacted] Account & Lists | Returns & Orders | 0

All | Medical Care | Buy Again | Customer Support | Amazon Basics | Whole Foods | Coupons | Get a jump on holiday gifts

Your Account › Your Orders › Order Details

# Order Details

Ordered on October 16, 2023 | Order# 111-9278671-5849022 | View or Print invoice

**Shipping Address**
[redacted]
409 BROAD ST STE 260
SEWICKLEY, PA 15143-1558
United States
Change

**Payment Method**
[redacted]
Change

**Apply gift card balance**
Enter code
Apply

**Order Summary**

| | |
|---|---|
| Item(s) Subtotal: | $38.99 |
| Shipping & Handling: | $0.00 |
| Your Coupon Savings: | -$1.95 |
| Total before tax: | $37.04 |
| Estimated tax to be collected: | $2.22 |
| **Grand Total:** | **$39.26** |

## Arriving Thursday

Stegosaurus Inflatable Alien Costume Inflatable Halloween Costumes Blow Up Alien Costume for Halloween, Easter,Christmas
Sold by: Stegosaurus
$38.99
**Condition:** New
Add gift option
Buy it again

Track package
Change Payment Method
Cancel items
Archive order

## Recommended for you based on Stegosaurus Inflatable Alien Costume Inflatable Ha...

KOOY Inflatable Costume Adult Rooster Ride On Chicken Costume,Halloween Costumes Blow up...
565
$39.86
prime FREE Delivery

Alien Boppers Kids Party Favors - Glow in The Dark Headband Aliens - Pack of 12
1,305
$14.99
prime FREE Delivery

anroog Halloween Alien Mask for ET Alien Cosplay Costume Halloween Party,Alien 3D Full Face Mask for...
789
$13.99
prime FREE Delivery

jiebor 10Pcs Alien Headband Martian Antennas Headband Space Costume Accessories Glitter Ball...
16
$13.99
prime FREE Delivery

Whaline 65Pcs Alie Balloons Green Alie Party Latex Balloor UFO balloons Oute Space Aliens Decor
24
$13.99 ($0.22/Cour
prime FREE Delivery

Back to top

**Get to Know Us**
Careers
Amazon Newsletter

**Make Money with Us**
Sell on Amazon
Sell apps on Amazon

**Amazon Payment Products**
Amazon Visa
Amazon Store Card

**Let Us Help You**
Your Account
Your Orders

# Seller Display Name
# TGP US

# Seller ID
# A33JPWIB3NFE36



‹ Back to results

Sponsored ⓘ



Visit the TGP Store

TGP Inflatable Costume Alien Rider Ghost Unisex Adult Halloween Fancy Dress up Blow Up Party Cosplay Outfit for Men Women Birthday Gift

4.5 ★★★★☆    3 ratings

$29⁷⁹

✓prime Two-Day
FREE Returns ⌄

- PVC
- The Inflatable Costume, everyone will wonder why the Alien has abducted you. Perfect for Halloween and parties, people will spot you a mile away.
- The materials used are safe and environmentally friendly materials. It is made of 100% polyester, durable, soft and comfortable. Even in the hot summer months, it will not cause discomfort to the body.
- One Size fit for adults or teen (5.5-6.5 ft). Apparel Includes Inflatable Costume with Built in Air Pump (Batteries x 4 AA Not Included). Step into the costume, do the zip up, switch the fan on, wait a minute and you're ready to go.
- Our high quality material means re-enforced stitching at stress points to make sure this Blow Up Costume lasts more than one wear. Our elasticated openings ensure this costume stays inflated and no air escapes!
- Breathable, stylish and cute, safe and reasonable: suitable for parks, zoos, outdoor, company celebrations or conventions, bars, clubs, TV shows, carnivals, opening ceremonies, weddings, Halloween, festivals, birthday parties, bachelor parties, Cos play party, etc.

💬 Report incorrect product information.

### Delivery | Pickup

$29⁷⁹
✓prime Two-Day
FREE Returns ⌄

FREE delivery **Thursday, October 19**. Order within **14 hrs 39 mins**

⊙ Deliver to ▮▮▮▮ - Sewickley 15143

**In Stock**

Qty: 1 ⌄

**Add to Cart**

**Buy Now**

Ships from    Amazon
Sold by        TGP US
Returns       Eligible for Return, Refund or Replacement within 30 days of receipt
Payment     Secure transaction

☐ Add a gift receipt for easy returns

Add to List

Sponsored ⓘ

Sponsored ⓘ

## Buy it with









amazon prime | Deliver to [redacted] Sewickley 15143 | All | Search Amazon | EN | Hello, [redacted] Account & Lists | Returns & Orders | 0

All | Medical Care | Buy Again | Customer Support | Amazon Basics | Whole Foods | Coupons | Household, Health & Baby Care | Handmade | Pet Supplies | Home Improvement | Beauty & Personal Care | Subscribe & Save | Livestreams | Amazon Business | Amazon Home | Gift ideas from Oprah

# TGP US

Visit the TGP US storefront

70% positive lifetime (33 total ratings)

TGP Inflatable Costume Alien Rid...

USD 29.79

Add to Cart

## About Seller

Welcome to **TGP** Store !
TGP provide professional sequins, beaded, hand embroidery and art deco dresses.
We committed to offer you the stunning retro styling right off evening dress.
TGP dress, Vintage, Fashion and Amazing, is great for 1920s Party, Prom, Evening, Dance, Event, Great Gatsby Party, Art Deco Party, Flapper Party, Wedding, Makeup Costume, Homecoming, Garden Reception and Anniversary.
TGP Will Give You The Most Noble Experience!
TGP Will Bring You ---More Attractive !

Have a question for TGP US?

Ask a question

## Feedback

3.9 out of 5
33 ratings

Lifetime

| | |
|---|---|
| 5 star | 64% |
| 4 star | 6% |
| 3 star | 6% |
| 2 star | 6% |
| 1 star | 18% |

Learn more about how seller feedback works on Amazon

Share your thoughts with other customers

Leave seller feedback

FILTER BY

All stars

33 total feedbacks in Lifetime

"It's great"
By joe lucero on September 13, 2023.

"It came really fast and it long but beautiful."
By SELA B. on September 8, 2023.

"Dress is beautiful but had to return shoulders are big on me."
By sherry hoefs on August 3, 2023.

"I love it but I wish the zipper was in the back of the dress instead of on the side"
By Linda S. on July 9, 2023.

"I have given this as a gift to a child . She has yet to receive it but will in April."
By Amazon Customer on March 23, 2023.

Previous Next

## Return & Refund Policies

Please refer to the Amazon.com Return Policy .

## Detailed Seller Information

**Business Name:** Jiashuai Li
**Business Address:**
光辉路25号院
1号楼2单元10号
安阳市
北关区
河南省
455000
CN

## Shipping Policies

This item is Fulfilled by Amazon.com and ships based on Amazon.com Shipping Rates and Policies .

## Other Policies

**Privacy and Security**

Amazon knows that you care how information about you is used and shared, and we appreciate your trust that we will do so carefully and sensibly. By visiting Amazon.com, you are accepting the practices described in Amazon.com's Privacy Policy . In addition, we want you to be aware that Amazon.com will provide TGP US with information related to your transactions involving their products (including, for example, your name, address, products you purchase, and transaction amount), and that such information will be subject to TGP US's Privacy Policy.

**Privacy Policy**

TGP US values the privacy of your personal data.
For more information see Amazon.com's Privacy Policy .

**Gift Wrap and Gift Messaging**

You can add a gift message when ordering items fulfilled by Amazon.com or selected Amazon Merchants. Gift message are limited to a maximum of 240 characters--about 10 lines of text. In your message, be sure to include who the gift is from and the name of the gift recipient. For items fulfilled by Amazon.com, you can also choose to use Amazon.com gift-wrapping designed exclusively for our customers, in which case we will print your message on a gift card. Otherwise, we'll include your message on the packing slip.
Learn more

## Help

For questions about a charge that has been made to your credit card, please contact Amazon. Questions about how to place an order? Search Amazon Help.

## Products

See all products currently offered by the seller.

Leave seller feedback | Tell us what you think about this page

Back to top

**Get to Know Us**
Careers
Amazon Newsletter
About Amazon
Accessibility
Sustainability
Press Center
Investor Relations
Amazon Devices
Amazon Science

**Make Money with Us**
Sell on Amazon
Sell apps on Amazon
Supply to Amazon
Protect & Build Your Brand
Become an Affiliate
Become a Delivery Driver
Start a Package Delivery Business
Advertise Your Products

**Amazon Payment Products**
Amazon Visa
Amazon Store Card
Amazon Secured Card
Amazon Business Card
Shop with Points
Credit Card Marketplace
Reload Your Balance
Gift Cards
Amazon Currency Converter

**Let Us Help You**
Your Account
Your Orders
Shipping Rates & Policies
Amazon Prime
Returns & Replacements
Manage Your Content and Devices
Your Recalls and Product Safety Alerts

amazon prime | Deliver to [redacted] Sewickley 15143 | TGP US | Search Amazon | EN | Hello, [redacted] Account & Lists | Returns & Orders | 0

All | Medical Care | Buy Again | Customer Support | Amazon Basics | Whole Foods | Coupons | Household, Health & Baby Care | Handmade

3 results | Sort by: Featured

**Brand**
TGP
Generic

## Results

Price and other details may vary based on product size and color.

TGP Inflatable Costume Alien Rider Ghost Unisex Adult Halloween Fancy Dress up Blow Up Party Cosplay Outfit...

3

$29.79

prime Two-Day
FREE delivery **Thu, Oct 19**

1920s Great Gatsby Flapper Dress Roaring 20s Vintage Sequin Mermaid Evening Gowns Formal Party with Gloves

97

$65.00

prime Two-Day
FREE delivery **Thu, Oct 19**

Mirabel Costume with Bag for Girls Princess Isabela Dress w/Wreath for Kids Stage Show Outfits Halloween Party...

4

$17.99

prime Two-Day
FREE delivery **Thu, Oct 19**

## Need help?

Visit the help section or contact us

## Recommended based on your browsing history

Sponsored

## amazon

Checkout (1 item)

**1  Shipping address**     Change

███████████
409 BROAD ST STE 260
SEWICKLEY, PA 15143-1558
Add delivery instructions

**2  Payment method**     Change

████████████████
Billing address: ████████████

˄ Add a gift card or promotion code or voucher

Enter code    [ Apply ]

**3  Review items and shipping**

ⓘ **Want to save time on your next order and go directly to this step when checking out?**
☐ Default to this delivery address and payment method.

**Select FREE Amazon Day Delivery to receive orders in fewer boxes on a single day.**

**Arriving Oct. 19, 2023**  If you order in the next 14 hours and 34 minutes (Details)
Items shipped from Amazon.com



**TGP Inflatable Costume Alien Rider Ghost Unisex Adult Halloween Fancy Dress up Blow Up Party Cosplay Outfit for Men Women Birthday Gift**
**$29.79** ✓prime
& FREE Returns ⌄
Qty: 1 ⌄
Sold by: TGP US
🎁 Add gift options

**Choose your Prime delivery option:**
◉ **Thursday, Oct. 19**
  FREE Prime Delivery
○ **Friday, Oct. 20**
  FREE Amazon Day Delivery
🍃 Fewer boxes, fewer trips. ⌄
Change delivery day

**Place your order**

By placing your order, you agree to Amazon's privacy notice and conditions of use.

### Order Summary

Items:                                        $29.79
Shipping & handling:                          $0.00

Total before tax:                             $29.79
Estimated tax to be collected:                $1.79

**Order total:**                          **$31.58**

How are shipping costs calculated?

Prime shipping benefits have been applied to your order.

**Order total: $31.58**
[ Place your order ]
By placing your order, you agree to Amazon's privacy notice and conditions of use.

*Why has sales tax been applied? See tax and seller information.

Need help? Check our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Important information about sales tax you may owe in your state

You may return new, unopened merchandise in original condition within 30 days of delivery. Exceptions and restrictions apply. See Amazon.com's Returns Policy.

Need to add more items to your order? Continue shopping on the Amazon.com homepage.



Deliver to Sewickley 15143 | All | Search Amazon | EN | Hello, [redacted] Account & Lists | Returns & Orders | 0

All | Medical Care | Buy Again | Customer Support | Amazon Basics | Whole Foods | Coupons | Reinventing wholesale, join Amazon Business

Your Account › Your Orders › Order Details

# Order Details

Ordered on October 17, 2023 | Order# 111-6555303-5535414

View or Print invoice

**Shipping Address**
[redacted]
409 BROAD ST STE 260
SEWICKLEY, PA 15143-1558
United States
Change

[redacted]

**Apply gift card balance**
Enter code
Apply

**Order Summary**

| | |
|---|---|
| Item(s) Subtotal: | $29.79 |
| Shipping & Handling: | $0.00 |
| Total before tax: | $29.79 |
| Estimated tax to be collected: | $1.79 |
| **Grand Total:** | **$31.58** |

## Arriving Thursday

Track package

TGP Inflatable Costume Alien Rider Ghost Unisex Adult Halloween Fancy Dress up Blow Up Party Cosplay Outfit for Men Women Birthday Gift
Sold by: TGP US
$29.79
**Condition:** New
Add gift option
Buy it again

Change Payment Method
Cancel items
Archive order

## Related to items you've viewed See more

Page 1 of 5

15 Pack Purse Hanger for Closet Unique Twist Design Purses Hooks, Large S Purse Organizer Bag Hanger for Hangin…
13
$9.99 ($0.67/Count)
prime FREE Delivery

Aiaurvl BESARME 15 Pack Purse Hanger for Closet, Unique Twist…
288
800+ bought in past month
Amazon's Choice in Utility Hooks
$9.99
prime FREE Delivery

12 Pack Purse Hanger for Closet,Unique Twist Design Bag Hanger Purse Hooks, Large Size Clos…
1,226
Amazon's Choice in Tie Racks
$9.99 ($0.83/Count)
prime FREE Delivery

Purse Hanger Purse Organizer for Closet,S Hooks Twist Design Bag Hanger,Closet Rod Hooks for Hanging…
429
$8.98 ($1.12/Count)
prime FREE Delivery

## Recommended based on your shopping trends

Sponsored

# Seller Display Name
# Unilove

# Seller ID
# A1DVPDDCRRWUZF





‹ Back to results

Sponsored ⓘ

Visit the Unilove Store

Unilove Inflatable Alien Costume Green Waterproof Adults Alien Cosplay Party Costume for Halloween Christmas Cosplay Costume

4.7 ★★★★½     37 ratings

$35.99

✓prime Two-Day
FREE Returns ⌄

Size: Type 1

- 👽【BE THE WINNER OF EVERY COSTUME CONTEST】Get ready for this year's Easter Day and Halloween with these truly unique and hilarious inflatable costumes.Win every costume contest! Dress up as a Alien, and draw everyone's attention on you!
- 👽【PREMIUM QUALITY MATERIALS AND CONSTRUCTION】The Halloween costume is made with 100% polyester that is strong and durable so that you will never have to worry about any tears or holes.This adults costume: suitable for height in 5.3'-6.3'.Check and confirm before buy to make sure it fits for you.
- 👽【PREMIUM QUALITY MATERIALS AND CONSTRUCTION】The Halloween costume is made with 100% polyester that is strong and durable so that you will never have to worry about any tears or holes.This adults costume: suitable for height in 5.3'-6.3'.Check and confirm before buy to make sure it fits for you.
- 👽【PARTY IN COMFORT】The inflatable Halloween costume is very comfortable so you can wear it in the party all night long! It leaves you a lot of space so you haven't to restrict yourself in tight and uncomfortable costumes and it's ventilated so you won't get sweaty.
- 👽【ORDER WITH CONFIDENCE】We are sure you will love our blow up Halloween costume.If for any reason you are not completely satisfied with the product, just let our customer service team know, we'll be happy to help you out!

🗨 Report incorrect product information.

**Delivery** | Pickup

$35.99

✓prime Two-Day
FREE Returns ⌄

FREE delivery **Wednesday, October 18**. Order within **7 hrs 53 mins**

◉ Deliver to ▮▮▮▮ - Sewickley 15143

**In Stock**

Qty: 1 ⌄

Add to Cart

Buy Now

Ships from     Amazon
Sold by     Unilove
Returns     Eligible for Return, Refund or Replacement within 30 days of receipt
Payment     Secure transaction

☐ Add a gift receipt for easy returns

Add to List

Sponsored ⓘ





# Unilove

Visit the Unilove storefront

★★★★★ | 100% positive in the last 12 months (24 ratings)

**Unilove Inflatable Alien Costume ...**

USD35.99

Add to Cart

## About Seller

Established in November of 2015, Hongmet Trade is a fashionable apparel and accessories company who professionally in selling underwear and fashionable apparel. We offer designs for our customers, we develop new different style products and dedicate in manufacturing best quality clothing.
We have a long term partner who located in Guangzhou, it is an elite clothing manufacturer, we could produce all kinds of underwear, fashionable clothing as per customers' specification. With various source,...

See more

**Have a question for Unilove?**

Ask a question

## Feedback

★★★★★ 4.8 out of 5
24 ratings

12 months

| | | |
|---|---|---|
| 5 star | | 79% |
| 4 star | | 21% |
| 3 star | | 0% |
| 2 star | | 0% |
| 1 star | | 0% |

Learn more about how seller feedback works on Amazon

**Share your thoughts with other customers**

Leave seller feedback

**FILTER BY**

All stars

24 total feedbacks in 12 months

★★★★★ "Good service"
By Mr P Antunes on October 16, 2023.

★★★★★ "I love the costume everybody in my family loves it it works just fine can't wait to use it for Halloween"
By davy b. on October 9, 2023.

★★★★★ "very nice, realistic leaves, easy to handle."
By Amazon Customer on October 5, 2023.

★★★★★ "Beautiful"
By Alli Rodriguez on September 25, 2023.

★★★★★ "Very nice sturdy and big !"
By Angela George on August 16, 2023.

Previous Next

## Return & Refund Policies

Please refer to the Amazon.com Return Policy .

## Detailed Seller Information

**Business Name:** Shenzhen Hongmei International Trade Co., Ltd
**Business Address:**
航空路西湾智园A1栋302B
深圳市
宝安区
广东省
518000
CN

## Shipping Policies

This item is Fulfilled by Amazon.com and ships based on Amazon.com Shipping Rates and Policies .

## Other Policies

**Privacy and Security**

Amazon knows that you care how information about you is used and shared, and we appreciate your trust that we will do so carefully and sensibly. By visiting Amazon.com, you are accepting the practices described in Amazon.com's Privacy Policy . In addition, we want you to be aware that Amazon.com will provide Unilove with information related to your transactions involving their products (including, for example, your name, address, products you purchase, and transaction amount), and that such information will be subject to Unilove's Privacy Policy.

**Privacy Policy**

Unilove values the privacy of your personal data.
For more information see Amazon.com's Privacy Policy .

**Gift Wrap and Gift Messaging**

You can add a gift message when ordering items fulfilled by Amazon.com or selected Amazon Merchants. Gift message are limited to a maximum of 240 characters--about 10 lines of text. In your message, be sure to include who the gift is from and the name of the gift recipient. For items fulfilled by Amazon.com, you can also choose to use Amazon.com gift-wrapping designed exclusively for our customers, in which case we will print your message on a gift card. Otherwise, we'll include your message on the packing slip.
Learn more

## Help

For questions about a charge that has been made to your credit card, please contact Amazon. Questions about how to place an order? Search Amazon Help.

## Products

See all products currently offered by the seller.

Leave seller feedback | Tell us what you think about this page

**Brand**

Unilove



**You need it , warm and comfortable**

**iHood Women's...**

⭐⭐⭐⭐⯪ 638

$139.99 ✓prime

Save $15 with coupon

Shop now

Sponsored ⓘ

## Results

Price and other details may vary based on product size and color.

---

Unilove Long Opera Party 20s Satin Gloves Stretchy Adult Size Elbow Length 21.5" (Plus/Normal Size)

⭐⭐⭐⭐☆ 173

50+ bought in past month

$9.99

✓prime Two-Day
FREE delivery **Wed, Oct 18**

---

Unilove Inflatable Alien Costume Green Waterproof Adults Alien Cosplay Party Costume for Halloween Christmas...

⭐⭐⭐⭐⯪ 37

100+ bought in past month

$35.99

✓prime Two-Day
FREE delivery **Wed, Oct 18**

---

Unilove Long Formal Gloves for Women Evening Gloves Wedding Party Gloves

⭐⭐⭐⭐⯪ 101

100+ bought in past month

$8.99

FREE delivery for Prime members

---

Unilove Flower Girl Gloves Lace Short Princess Gloves Tea Party Gloves for Little Girls Bow Tie Fish Net Gloves for...

⭐⭐⭐⭐⯪ 208

50+ bought in past month

$8.89

✓prime Two-Day
FREE delivery **Wed, Oct 18**

---

Unilove Halloween Pumpkin Carving Kit Professional and Heavy Duty Stainless Steel Tools (11PCS)

⭐⭐⭐⭐☆ 12

50+ bought in past month

$16.99

✓prime Two-Day
FREE delivery **Wed, Oct 18**

---

Unilove 84 feet 12 Pack Fake Vines Artificial Ivy Leaves Plants Hanging Greenery Plant Garland for Bedroom...

⭐⭐⭐⭐⯪ 1,268

100+ bought in past month

$13.99 ($1.17/Count)











amazon

# Checkout (1 item)

**1 Shipping address**

[redacted]
409 BROAD ST STE 260
SEWICKLEY, PA 15143-1558
Add delivery instructions

Change

**FREE pickup available nearby**
Keep • 3.7 mi (See details)
Change to pickup

**2 Payment method**

[redacted]
Billing address: [redacted]

Change

**Add a gift card or promotion code or voucher**

Enter code | Apply

**3 Review items and shipping**

**Want to save time on your next order and go directly to this step when checking out?**

☐ Default to this delivery address and payment method.

**Select FREE Amazon Day Delivery to receive orders in fewer boxes on a single day.**

**Arriving Oct. 19, 2023** If you order in the next 4 hours and 56 minutes (Details)
Items shipped from Amazon.com

**Unilove Inflatable Alien Costume Alien Blow Up Costume Inflatable Halloween Costumes for Adults Halloween Christmas Cosplay Costume**
$35.99 prime
& FREE Returns
Qty: 1
Sold by: Unilove
Add gift options

**Choose your Prime delivery option:**
◉ **Thursday, Oct. 19**
FREE Prime Delivery
○ **Thursday, Oct. 19**
FREE Amazon Day Delivery
**Fewer boxes, fewer trips.**
Change delivery day

Place your order

**Order total: $38.15**
By placing your order, you agree to Amazon's privacy notice and conditions of use.

Place your order

By placing your order, you agree to Amazon's privacy notice and conditions of use.

## Order Summary

| | |
|---|---|
| Items: | $35.99 |
| Shipping & handling: | $0.00 |
| Total before tax: | $35.99 |
| Estimated tax to be collected: | $2.16 |
| **Order total:** | **$38.15** |

How are shipping costs calculated?

Prime shipping benefits have been applied to your order.

*Why has sales tax been applied? See tax and seller information.

Need help? Check our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Important information about sales tax you may owe in your state

You may return new, unopened merchandise in original condition within 30 days of delivery. Exceptions and restrictions apply. See Amazon.com's Returns Policy.

Need to add more items to your order? Continue shopping on the Amazon.com homepage.

**amazon** prime | Deliver to Sewickley 15143 | All ▾ | Search Amazon 🔍 | EN ▾ | Hello, ███ Account & Lists ▾ | Returns & Orders | 🛒 0

☰ All | Medical Care ▾ | Buy Again | Customer Support | Amazon Basics | Whole Foods | Coupons | Big Deals on Toys

Your Account › Your Orders › Order Details

# Order Details

Ordered on October 16, 2023 | Order# 111-5725102-9159433

View or Print invoice

**Shipping Address**
███████
409 BROAD ST STE 260
SEWICKLEY, PA 15143-1558
United States
Change

**Payment Method**
███████
Change

**Apply gift card balance**
Enter code
Apply

**Order Summary**
Item(s) Subtotal: $35.99
Shipping & Handling: $0.00
Total before tax: $35.99
Estimated tax to be collected: $2.16
**Grand Total:** **$38.15**

**Arriving Thursday**

Track package

Unilove Inflatable Alien Costume Alien Blow Up Costume Inflatable Halloween Costumes for Adults Halloween Christmas Cosplay Costume
Sold by: Unilove | Product question? Ask Seller
$35.99
Condition: New

Add gift option
🔒 Buy it again

Change Payment Method
Cancel items
Ask Product Question
Archive order

**Top picks for you**                                               ⋮


Outward Hound Fun Feeder Slo Bowl, Slow...
★★★★½ 114,355
🏷 #1 Best Seller in Dog Slow Feeders
🏷 Save 61%
$6.35
List: $16.49
Lowest price in 30 days
✓prime FREE Delivery


Native Pet Omega Oil for Dogs - Dog Fish Oil Supplements with Omega 3 EPA DHA – Omega 3 Fish Oil for...
★★★★½ 7,784
$11.99 ($1.50/Fl Oz)
✓prime FREE Delivery

Pumpkin Pup Buddy BUDDER, 100% Natural Dog Peanut Butter, Healthy Peanut Butter Dog Treats, Made in...
★★★★½ 2,056
$13.99 ($13.17/lb)
✓prime FREE Delivery


BUDDY BUDDER Bark Bistro Company, Ruff Ruff Raw, 100% Natural Dog Peanut Butter, Healthy Peanut Butter...
★★★★½ 3,732
$13.99 ($0.87/oz)
✓prime FREE Delivery


Building Block Party Supplies Paper Plates Napkins Cups Tablecloth Banner for Colorful Building Block Birth...
★★★★½ 849
$25.08
✓prime FREE Delivery

Back to top

**Get to Know Us**
Careers
Amazon Newsletter

**Make Money with Us**
Sell on Amazon
Sell apps on Amazon

**Amazon Payment Products**
Amazon Visa
Amazon Store Card

**Let Us Help You**
Your Account
Your Orders

# Seller Display Name

# Xinruida-US

# Seller ID

# A2VW64IHUWWIOE





‹ Back to results

Sponsored ⓘ

**Brand: MINTER**

## MINTER Inflatable Alien Hold me Costume, Alien Blow Up Inflatable Costumes Cosplay Halloween Costume for Adult Kids

4.5 ★★★★½          9 ratings

$32⁹⁹

prime Two-Day
FREE Returns ∨

Color: Alien Adult

| | |
|---|---|
| **$32.99** prime | $18.99 prime |

- pvc
- Zipper closure
- Hand Wash Only
- 1. 【Premium Quality】- Our inflatable costume is made from 100% polyester material, strong and durable, waterproof, lightweight, so that you will never have to worry about any tears or holes.
- 2. 【Perfect Size】- One Size Fit for unisex adult for 59-74inch/150-190cm, you can big hit in the crowds, easy set up and move that you will be the luminous point among the crowd, will brings many happiness for you and your friends.
- 3. 【Requires 4 x AA Batteries or Portable Source】- You can insert batteries or mobile power to operate, Include 1 x Costume ,1 x Fan, 1 x Hat ! (NOT INCLUDE) 4 x AA batteries required, so you need to purchase 4 x AA batteries yourself, It must be 4 AA batteries or it will not be powerful enough to fully inflate the costume.
- 4. 【Perfect Gift】- Suitable for Halloween, Costume parties, Carnival, Easter, Christmas, Party, Cosplay etc, interesting and creative shape, let you attract everyone's attention!
- 5. 【NOTE】- Please tighten the outer ring to hold the fan in place before putting on the costume, in case the ring becomes loose during shippment then the fan would fall out; If the costume can't be fully inflated, pls loosen the ring and turn the fan towards the front to better inflate the head, also, tighten the drawstrings as tight as possible. Please do not put the run fan in your pocket for more than 2 hours to prevent burns to your skin

### Delivery | Pickup

$32⁹⁹

✓prime Two-Day
FREE Returns ∨

FREE delivery **Wednesday, October 18**. Order within **8 hrs**

⊙ Deliver to ▮▮▮▮▮ - Sewickley 15143

**In Stock**

Qty: 1 ∨

Add to Cart

Buy Now

Ships from     Amazon
Sold by         Xinruida-US
Returns        Eligible for Return,
                Refund or Replacement
                within 30 days of receipt
Payment      Secure transaction

☐ Add a gift receipt for easy returns

Add to List

Sponsored ⓘ





amazon prime | Deliver to [redacted] Sewickley 15143 | All | Search Amazon | EN | Hello, [redacted] Account & Lists | Returns & Orders | 0
All | Medical Care | Buy Again | Customer Support | Amazon Basics | Whole Foods | Coupons | Household, Health & Baby Care | Handmade | Pet Supplies | Home Improvement | Beauty & Personal Care | Subscribe & Save | Amazon Business | Reinventing wholesale, join Amazon Business

# Xinruida-US

Visit the Xinruida-US storefront

★★★★★ | **96% positive** in the last 12 months (24 ratings)

**MINTER Inflatable Alien Hold me ...**

USD 32.99

Add to Cart

## About Seller

Xinruida-US is committed to providing each customer with the highest standard of customer service.

**Have a question for Xinruida-US?**

Ask a question

## Feedback

★★★★★ 4.8 out of 5

24 ratings

12 months

| | | |
|---|---|---|
| 5 star | | 88% |
| 4 star | | 8% |
| 3 star | | 0% |
| 2 star | | 0% |
| 1 star | | 4% |

Learn more about how seller feedback works on Amazon

**Share your thoughts with other customers**

Leave seller feedback

**FILTER BY**

All stars

24 total feedbacks in 12 months

★★★★★ "Perfect kettle for me"

By Jill T Sanford on July 30, 2023.

★★★★★ "Excellent"

By Carolina Cáceres Rico on June 12, 2023.

★★★★★ "Very nice product"

By Emmie T. Holdinski on June 3, 2023.

★★★★★ "Muy bueno"

By Angela Ortega on May 31, 2023.

★☆☆☆☆ "~~Bracelet broke on the same day as received~~"

By Sharon C. on April 27, 2023.

**Message from Amazon:** This item was fulfilled by Amazon, and we take responsibility for this fulfillment experience.

Previous Next

## Return & Refund Policies

Please refer to the Amazon.com Return Policy .

## Detailed Seller Information

**Business Name:** YAO LV WEI
**Business Address:**
坂田街道五和大道111号山海商业广场C606
深圳市
龙岗区
广东省
518000
CN

## Shipping Policies

This item is Fulfilled by Amazon.com and ships based on Amazon.com Shipping Rates and Policies .

## Other Policies

**Privacy and Security**

Amazon knows that you care how information about you is used and shared, and we appreciate your trust that we will do so carefully and sensibly. By visiting Amazon.com, you are accepting the practices described in Amazon.com's Privacy Policy . In addition, we want you to be aware that Amazon.com will provide Xinruida-US with information related to your transactions involving their products (including, for example, your name, address, products you purchase, and transaction amount), and that such information will be subject to Xinruida-US's Privacy Policy.

**Privacy Policy**

Xinruida-US values the privacy of your personal data.
For more information see Amazon.com's Privacy Policy .

**Gift Wrap and Gift Messaging**

You can add a gift message when ordering items fulfilled by Amazon.com or selected Amazon Merchants. Gift message are limited to a maximum of 240 characters--about 10 lines of text. In your message, be sure to include who the gift is from and the name of the gift recipient. For items fulfilled by Amazon.com, you can also choose to use Amazon.com gift-wrapping designed exclusively for our customers, in which case we will print your message on a gift card. Otherwise, we'll include your message on the packing slip.
Learn more

## Help

For questions about a charge that has been made to your credit card, please contact Amazon. Questions about how to place an order? Search Amazon Help.

## Products

See all products currently offered by the seller.

Leave seller feedback | Tell us what you think about this page

Back to top

**Get to Know Us**
Careers
Amazon Newsletter
About Amazon
Accessibility
Sustainability
Press Center
Investor Relations
Amazon Devices
Amazon Science

**Make Money with Us**
Sell on Amazon
Sell apps on Amazon
Supply to Amazon
Protect & Build Your Brand
Become an Affiliate
Become a Delivery Driver
Start a Package Delivery Business
Advertise Your Products
Self-Publish with Us
Host an Amazon Hub
› See More Ways to Make Money

**Amazon Payment Products**
Amazon Visa
Amazon Store Card
Amazon Secured Card
Amazon Business Card
Shop with Points
Credit Card Marketplace
Reload Your Balance
Gift Cards
Amazon Currency Converter

**Let Us Help You**
Your Account
Your Orders
Shipping Rates & Policies
Amazon Prime
Returns & Replacements
Manage Your Content and Devices
Your Recalls and Product Safety Alerts
Help

**Brand**

MINTER

NARBOR



boost
INFINITE

iPhone 15 Pro
No trade-in to get started.

Order Now →

Titanium
 iPhone 15 Pro

Terms apply, requires credit qualification and 24 mo. phone financing agreement.

Sponsored ⓘ

## Results

Price and other details may vary based on product size and color.



MINTER Inflatable Alien Hold me Costume, Alien Blow Up Inflatable Costumes Cosplay Halloween Costume for Adu...

★★★★☆ ⌄ 9

50+ bought in past month

$32⁹⁹

✓prime Two-Day
FREE delivery **Wed, Oct 18**



MINTER Inflatable Ghost, 3.5Ft Ghost MINTER Outdoor Decorations, LED Lighted Ghost Inflatable Model for...

★★★★★ ⌄ 13

$19⁹⁹ Typical: $25.99

✓prime Two-Day
FREE delivery **Wed, Oct 18**



MINTER Pancake Pan With 7 Animal Designs for kids - Round Ceramic Pancake Pan Nonstick Surface &...

Aluminum

★★★★☆ ⌄ 26

$21⁹⁹

✓prime Two-Day
FREE delivery **Wed, Oct 18**



NARBOR Christmas Inflatable Costume, Santa Claus Elk Rider Cosplay Christmas Costume Party Suit Fancy Dress...

★★★★☆ ⌄ 28

$33⁹⁹

Save 10% with coupon (some sizes/colors)

✓prime Two-Day
FREE delivery **Wed, Oct 18**



NARBOR Mini Electric Kettle, 0.8L Portable Travel Tea Kettle Stainless Steel Double Layer Hot Water Cordless...

★★★★☆ ⌄ 42

$26⁹⁹ Typical price: $32.99

Save 5% with coupon

✓prime Two-Day
FREE delivery **Wed, Oct 18**



MINTER Inflatable Christmas Costume, Funny Christmas Tree Blow Up Suit Cosplay Costume Christmas Party Adult

★★★★☆ ⌄ 81

$39⁹⁹

FREE delivery for Prime members



**amazon**                    Checkout (1 item)

**1  Shipping address**                                          Change

409 BROAD ST STE 260
SEWICKLEY, PA 15143-1558
Add delivery instructions

**2  Payment method**                                            Change

Billing address: ▮▮▮▮▮▮▮

⌃ Add a gift card or promotion code or voucher

[ Enter code ]  [ Apply ]

**3  Review items and shipping**

ⓘ **Want to save time on your next order and go directly to this step when checking out?**
☐ Default to this delivery address and payment method.

**Place your order**

By placing your order, you agree to Amazon's privacy notice and conditions of use.

### Order Summary

Items:                          $32.99
Shipping & handling:             $0.00

Total before tax:               $32.99
Estimated tax to be collected:   $1.98

**Order total:                  $34.97**

How are shipping costs calculated?

Prime shipping benefits have been applied to your order.



**$150 Amazon Gift Card**

**Get a $150 Amazon Gift Card instantly** upon approval for Prime Visa. No annual fee. Open offer

**Arriving Oct. 26, 2023**
Items shipped from Amazon.com

**MINTER Inflatable Alien Hold me Costume, Alien Blow Up Inflatable Costumes Cosplay Halloween Costume for Adult Kids (Alien adult)**
$32.99 Prime FREE Delivery & FREE Returns ⌄
Qty: 1 ⌄
Sold by: Xinruida-US
🎁 Add gift options

**Choose your Prime delivery option:**
◉ **Thursday, Oct. 26**
   FREE Prime Delivery

**Place your order**    **Order total: $34.97**

By placing your order, you agree to Amazon's privacy notice and conditions of use.

*Why has sales tax been applied? See tax and seller information.

Need help? Check our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Important information about sales tax you may owe in your state

You may return new, unopened merchandise in original condition within 30 days of delivery. Exceptions and restrictions apply. See Amazon.com's Returns Policy.

Need to add more items to your order? Continue shopping on the Amazon.com homepage.



Your Account › Your Orders › Order Details

# Order Details

Ordered on October 16, 2023 | Order# 111-1755548-1942641

View or Print invoice

**Shipping Address**

409 BROAD ST STE 260
SEWICKLEY, PA 15143-1558
United States

Change

**Payment Method**

Change

**Apply gift card balance**

Enter code

Apply

**Order Summary**

| | |
|---|---|
| Item(s) Subtotal: | $32.99 |
| Shipping & Handling: | $0.00 |
| Total before tax: | $32.99 |
| Estimated tax to be collected: | $1.98 |
| **Grand Total:** | **$34.97** |

**Arriving Thu, Oct 26**

Track package

MINTER Inflatable Alien Hold me Costume, Alien Blow Up Inflatable Costumes Cosplay Halloween Costume for Adult Kids (Alien adult)
Sold by: Xinruida-US
$32.99
**Condition:** New

Add gift option

Buy it again

Change Payment Method

Cancel items

Archive order

## Top picks for you



BUDDY BUDDER Bark Bistro Company, Ruff Ruff Raw, 100% Natural Dog Peanut Butter, Healthy Peanut Butter...
★★★★½ 3,732
$13.99 ($0.87/oz)
prime FREE Delivery



Pumpkin Pup Buddy BUDDER, 100% Natural Dog Peanut Butter, Healthy Peanut Butter Dog Treats, Made in...
★★★★½ 2,056
$13.99 ($13.17/lb)
prime FREE Delivery



AWOOF Pet Snuffle Feeding Mat, Dog Puzzle Toys Interactive Game for Boredom,...
★★★★ 20,447
Amazon's Choice in Dog Feeding Mats
$15.99
prime FREE Delivery



NaturVet All-in-One Dog Supplement - for Joint Support, Digestion, Skin, Coat Care – Dog Multivitamins with...
★★★★½ 11,336
$23.99 ($1.85/Ounce)
prime FREE Delivery



Dog Greens Seaweed Calcium for Pets, V... Recommended, Tes... for Purity, 14 Ounc... Formerly Nature's B...
★★★★½ 660
$24.95 ($1.78/Ounc...
prime FREE Delivery

Back to top

**Get to Know Us**
Careers
Amazon Newsletter
About Amazon

**Make Money with Us**
Sell on Amazon
Sell apps on Amazon
Supply to Amazon

**Amazon Payment Products**
Amazon Visa
Amazon Store Card
Amazon Secured Card

**Let Us Help You**
Your Account
Your Orders
Shipping Rates & Policies

**Seller Display Name**

**YEAHBEER store**

**Seller ID**

**A2YOU85DCOCIGS**

amazon prime
Deliver to [redacted] Sewickley 15143
All | alien costume
EN
Hello, [redacted] Account & Lists
Returns & Orders
0
All | Medical Care | Buy Again | Customer Support | Amazon Basics | Whole Foods | Coupons | Get a jump on holiday gifts
Toys & Games | Kids Gift Guide | Shop Toys by Character | Shop Best Selling Toys | Shop Newly Released Toys | Shop Amazon Exclusive Toys | Shop Toy Deals

Sponsored

‹ Back to results

Visit the YEAHBEER Store

# YEAHBEER Inflatable Alien Costume Halloween Inflatable Costumes Cosplay Party Dress Up Mens' and Womens' Halloween Costume

4.6 ★★★★☆ 685 ratings
| 15 answered questions

#1 Best Seller in Costume Wands

-21% $39.59

List Price: $49.99

prime
FREE Returns

Coupon: Apply 5% coupon Shop items › | Terms

May be available at a lower price from other sellers, potentially without free Prime shipping.

Color: Adult Alien Rider

$39.59 prime | $45.99 prime

- 100% Polyester
- Permium materials,the Halloween costume is made of polyester that is strong and durable so that you will never have to worry about any tears or holes. We carefully check each product before shipping to make sure that it's flawless so you can receive it in top condition
- Fancy inflatable alien costumes, dress up as a big ballerina, gorilla, t-rex, or unicorn rider, a cowboy or a sumo wrestler, and draw everyone's attention on you. Perfect for Christmas, Halloween, Cosplay, Charity Fun Runs or just an ordinary day
- Requires 4 x AA batteries (not included), AA batteries to operate the blower for inflating. Air pump and blower is included. re-chargeable AA batteries are possible to use Halloween blow up costume
- Big hit in the crowds. Easy set up. Easy to move when you dress up adult alien costume. Easy to walk, jump, sit, run. Great fun. Detailed user manual is included
- Note. Please tighten the outer ring to hold the fan in place before putting on the inflatable Halloween costume, in case the ring becomes loose during shippment then the fan would fall out. If the costume can't be fully inflated, pls loosen the ring and turn the fan towards the front to better inflate the head, also,

$39.59
prime
FREE Returns

FREE delivery **Thursday, October 19**. Order within 8 hrs 37 mins

Deliver to [redacted] - Sewickley 15143

In Stock

Qty: 1

Add to Cart

Buy Now

| | |
|---|---|
| Ships from | Amazon |
| Sold by | YEAHBEER store |
| Returns | Eligible for Return, Refund or Replacement within 30 days of receipt |
| Payment | Secure transaction |

Add a gift receipt for easy returns

Add to List

Add to Registry & Gifting

New (8) from $30.78 + $3.99 shipping

Sponsored

