



amazon prime | Deliver to [redacted] Sewickley 15143 | All | Search Amazon | EN | Hello, [redacted] Account & Lists | Returns & Orders | 0

All | Medical Care | Buy Again | Customer Support | Amazon Basics | Whole Foods | Coupons | Household, Health & Baby Care | Handmade | Pet Supplies | Home Improvement | Beauty & Personal Care | Subscribe & Save | Amazon Business | Livestreams | Get a jump on holiday gifts

# YEAHBEER store

Visit the YEAHBEER store storefront

★★★★★ | **100% positive** in the last 12 months (10 ratings)

**YEAHBEER Inflatable Alien Costu...**

USD 39.59

Add to Cart

## About Seller

YEAHBEER store is committed to providing each customer with the highest standard of customer service.

**Have a question for YEAHBEER store?**

Ask a question

## Feedback

★★★★★ 5 out of 5 | 12 months

10 ratings

| | | |
|---|---|---|
| 5 star | | 100% |
| 4 star | | 0% |
| 3 star | | 0% |
| 2 star | | 0% |
| 1 star | | 0% |

Learn more about how seller feedback works on Amazon

**Share your thoughts with other customers**

Leave seller feedback

**FILTER BY**

All stars

10 total feedbacks in 12 months

★☆☆☆☆ "~~Did not receive~~"

By Amazon Customer on October 15, 2023.

**Message from Amazon:** This item was fulfilled by Amazon, and we take responsibility for this fulfillment experience.

★★★★★ "Todo perfecto"

By Harvin C. on October 12, 2023.

★★★★★ "Item arrived right on time and I love it. Fits perfectly and it fits my budget as well!!"

By Melissa on October 11, 2023.

★★★★★ "Great experience with seller."

By Ambe on October 9, 2023.

★★★★★ "great costume!"

By Kathi Bodine on October 8, 2023.

Previous Next

## Return & Refund Policies

Please refer to the Amazon.com Return Policy .

## Detailed Seller Information

**Business Name:** Liu Caihong
**Business Address:**
贵港市覃塘区
樟木镇中周村上刘屯9号
玉林市
广西
537000
CN

## Shipping Policies

This item is Fulfilled by Amazon.com and ships based on Amazon.com Shipping Rates and Policies .

## Other Policies

**Privacy and Security**

Amazon knows that you care how information about you is used and shared, and we appreciate your trust that we will do so carefully and sensibly. By visiting Amazon.com, you are accepting the practices described in Amazon.com's Privacy Policy . In addition, we want you to be aware that Amazon.com will provide YEAHBEER store with information related to your transactions involving their products (including, for example, your name, address, products you purchase, and transaction amount), and that such information will be subject to YEAHBEER store's Privacy Policy.

**Privacy Policy**

YEAHBEER store values the privacy of your personal data.
For more information see Amazon.com's Privacy Policy .

**Gift Wrap and Gift Messaging**

You can add a gift message when ordering items fulfilled by Amazon.com or selected Amazon Merchants. Gift message are limited to a maximum of 240 characters--about 10 lines of text. In your message, be sure to include who the gift is from and the name of the gift recipient. For items fulfilled by Amazon.com, you can also choose to use Amazon.com gift-wrapping designed exclusively for our customers, in which case we will print your message on a gift card. Otherwise, we'll include your message on the packing slip.
Learn more

## Help

For questions about a charge that has been made to your credit card, please contact Amazon. Questions about how to place an order? Search Amazon Help.

## Products

See all products currently offered by the seller.

Leave seller feedback | Tell us what you think about this page

Back to top

**Get to Know Us**
Careers
Amazon Newsletter
About Amazon
Accessibility
Sustainability
Press Center
Investor Relations
Amazon Devices
Amazon Science

**Make Money with Us**
Sell on Amazon
Sell apps on Amazon
Supply to Amazon
Protect & Build Your Brand
Become an Affiliate
Become a Delivery Driver
Start a Package Delivery Business
Advertise Your Products
Self-Publish with Us
Host an Amazon Hub
› See More Ways to Make Money

**Amazon Payment Products**
Amazon Visa
Amazon Store Card
Amazon Secured Card
Amazon Business Card
Shop with Points
Credit Card Marketplace
Reload Your Balance
Gift Cards
Amazon Currency Converter

**Let Us Help You**
Your Account
Your Orders
Shipping Rates & Policies
Amazon Prime
Returns & Replacements
Manage Your Content and Devices
Your Recalls and Product Safety Alerts
Help

**Brand**
YEAHBEER

## Results

Price and other details may vary based on product size and color.



**Amazon's Choice**

YEAHBEER Alien Costume Kids Halloween Alien Inflatable Costume for Kids Blow up Alien Costumes Cosplay Party...

★★★★½ ⌄ 395

2K+ bought in past month

$37⁹⁹          Ages: 3 years and up

✓prime Two-Day
FREE delivery **Wed, Oct 18**



**Best Seller**

YEAHBEER Inflatable Alien Costume Halloween Inflatable Costumes Cosplay Party Dress Up Mens' and Womens'...

★★★★½ ⌄ 685

3K+ bought in past month

$39⁵⁹ - $63⁹⁹

Save 5% with coupon (some sizes/colors)

✓prime



Sponsored ⓘ

YEAHBEER Inflatable Costume Sumo Suit Blow Up Costume Sumo Halloween Costumes Sumo Wrestler...

★★★★½ ⌄ 284

600+ bought in past month

$24⁹⁹

✓prime Two-Day
FREE delivery **Wed, Oct 18**



YEAHBEER Inflatable Unicorn Costume Fancy Dress Halloween Blow up Costumes Inflatable Costume

★★★★☆ ⌄ 411

400+ bought in past month

$19⁹⁹

✓prime Two-Day
FREE delivery **Wed, Oct 18**



YEAHBEER E12 Flame Bulb LED Candelabra Light Bulbs,3 Modes Flame Lights Bulbs,1.2 Watt Warm White LED...

★★★★½ ⌄ 746

$25⁹⁹ List: $35.99

Save 5% with coupon

✓prime Two-Day
FREE delivery **Wed, Oct 18**



YEAHBEER Inflatable Dinosaur Costume T-Rex Fancy Dress Halloween Blow up Costumes Dinosaur Costume for Kids...

★★★★½ ⌄ 707



# amazon

## Checkout (1 item)

**1  Shipping address**

███████████████
409 BROAD ST STE 260
SEWICKLEY, PA 15143-1558
Add delivery instructions

**FREE pickup available nearby**
Keep • 3.7 mi  (See details)
Change to pickup

Change

**2  Payment method**

████████████████████████

Billing address: ████████████████████████

∧ Add a gift card or promotion code or voucher

[ Enter code ]  [ Apply ]

Change

**3  Review items and shipping**

ⓘ **Want to save time on your next order and go directly to this step when checking out?**
☐ Default to this delivery address and payment method.

**Select FREE Amazon Day Delivery to receive orders in fewer boxes on a single day.**

**Arriving Oct. 19, 2023** If you order in the next 5 hours and 32 minutes (Details)
Items shipped from Amazon.com



**YEAHBEER Inflatable Alien Rider Costume Halloween Costume for Adults Inflatable Costumes Cosplay Party Dress Up Mens' and Womens' Halloween Costume**
YEAHBEER
~~$39.59~~ **$37.61** ✓prime
& FREE Returns ∨
Qty: 1 ∨
Sold by: YEAHBEER store
$1.98 discount applied ∨
🎁 Add gift options

**Choose your Prime delivery option:**
◉ **Thursday, Oct. 19**
FREE Prime Delivery
○ **Thursday, Oct. 19**
FREE Amazon Day Delivery
🍃 Fewer boxes, fewer trips. ∨
Change delivery day

[ Place your order ]  **Order total: $39.87**
By placing your order, you agree to Amazon's privacy notice and conditions of use.

---

*Why has sales tax been applied? See tax and seller information.

Need help? Check our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Important information about sales tax you may owe in your state

You may return new, unopened merchandise in original condition within 30 days of delivery. Exceptions and restrictions apply. See Amazon.com's Returns Policy.

Need to add more items to your order? Continue shopping on the Amazon.com homepage.

[ **Place your order** ]

By placing your order, you agree to Amazon's privacy notice and conditions of use.

### Order Summary

| | |
|---|---|
| Items: | $39.59 |
| Shipping & handling: | $0.00 |
| Your Coupon Savings: | -$1.98 |
| Total before tax: | $37.61 |
| Estimated tax to be collected: | $2.26 |
| **Order total:** | **$39.87** |

Qualifying offers:
• Your Coupon Savings

How are shipping costs calculated?

Prime shipping benefits have been applied to your order.

**amazon** prime

Deliver to Sewickley 15143

All | Search Amazon

EN | Hello, ▓▓▓ Account & Lists | Returns & Orders | 🛒 0

☰ All | Medical Care ⌄ | Buy Again | Customer Support | Amazon Basics | Whole Foods | Coupons | Reinventing wholesale, join Amazon Business

Your Account › Your Orders › Order Details

# Order Details

Ordered on October 16, 2023 | Order# 111-1926499-2699419

View or Print invoice

**Shipping Address**

▓▓▓▓▓▓▓▓
409 BROAD ST STE 260
SEWICKLEY, PA 15143-1558
United States

Change

**Payment Method**

▓▓▓▓▓▓▓▓

Change

**Apply gift card balance**

Enter code

Apply

**Order Summary**

| | |
|---|---|
| Item(s) Subtotal: | $39.59 |
| Shipping & Handling: | $0.00 |
| Your Coupon Savings: | -$1.98 |
| Total before tax: | $37.61 |
| Estimated tax to be collected: | $2.26 |
| **Grand Total:** | **$39.87** |

---

**Arriving Thursday**

Track package



YEAHBEER Inflatable Alien Rider Costume Halloween Costume for Adults Inflatable Costumes Cosplay Party Dress Up Mens' and Womens' Halloween Costume
Sold by: YEAHBEER store
$39.59
**Condition:** New

Add gift option

🔄 Buy it again

Change Payment Method

Cancel items

Archive order

---

**Recommended for you based on YEAHBEER Inflatable Alien Costume Halloween Inflat...**

⋮



TOLOCO Inflatable Costume for Kid, Inflatable Alien Costume Kids, Alien Holding…
★★★★½ 2,128
🏷 **#1 Best Seller** in Preschool Dress Up & Role Play
$45.99
✓prime FREE Delivery

Haorugut Women Astronaut Costume Adult Space Costume Plus Size Flight Suit Astronaut Jumpsuit…
★★★★½ 647
$35.99
✓prime FREE Delivery

Alien One Piece - Plush Adult Outer Space Costume Jumpsuit by FUNZIEZ!
★★★★½ 211
$35.99

KOOY Inflatable Costume Adult Rooster Costume,Halloween Costumes,Halloween Costumes Blow up…
★★★★½ 565
$39.86
✓prime FREE Delivery

SOMSOC 4 Pieces Metallic Halloween Womens Alien Cost Mock Neck Unitard Costume Antenna Headband Glasses…
★★★★½ 4
$15.99-$16.99

---

Back to top

Get to Know Us | Make Money with Us | Amazon Payment Products | Let Us Help You

# Seller Display Name

# zhozhiwen-us

# Seller ID

# A1V18X96UPN7QX

amazon prime

Deliver to Sewickley 15143

All | alien+costume

EN · Hello, Account & Lists · Returns & Orders · 0

☰ All | Medical Care · Buy Again · Customer Support · Amazon Basics · Whole Foods · Coupons · Household, Health & Baby Care · Big Deals on Toys

Amazon Home · Shop by Room · Discover · Shop by Style · Home Décor · Furniture · Kitchen & Dining · Bed & Bath · Garden & Outdoor · Home Improvement

‹ Back to results

Sponsored ⓘ



Roll over image to zoom in

      

DAJIE Inflatable Alien Costume
Adults Halloween
splay Fantasy Costume Blow
Costume Cosplay Party Dress
for Halloween, Easter,
ristmas

the XIDAJIE Store
★★★★☆ ·  74 ratings

zon's Choice  for "storm trooper costume boys 10-12"

% $30⁹³
al price: $32.93 ⓘ

me Two-Day
Returns ⌄

**Get a $150 Amazon Gift Card instantly** with Prime Visa
for a limited-time only.

Size: Adults

| Adults | Kids |
|--------|------|
| $30.93 | $42.93 |
| ✓prime | ✓prime |

- Polyester
- PREMIUM MATERIAL: The Halloween Alien Costume is made with high quality durable polyester and not easily to be torn with holes. Wash your hands with cold water, dry them, do not bleach and iron them, and keep them away from fire and sharp objects.
- SIZE: KIDS SIZE: Approx. 120-150 cm / 3.9-4.9 Feet / 47-59 inches for children. ADULTS SIZE: Approx. 150-190cm / 5-6.2 Feet / 59-74inches. Check and confirm before buy to make sure it fits for you.
- EASY TO USE: The inflatable Halloween costume for adults is very easy to inflate and it has a quality battery operated fan that will make it blow up within seconds and stay that way all night long.
- PERFECT HALLOWEEN INFLATABLE COSTUME: The inflatable Halloween costume is very comfortable so you can party all night long! Get ready for this year's Halloween with these truly unique and hilarious inflatable costumes.
- SUITABLE OCCASION: Perfect for Halloween, Christmas, Cosplay, Party, Zoo, Carnival, Festival, Theme Party, Bars, Club, Birthday Party or just an ordinary day! You will be the highlight of this event and attract everyone's attention!







amazon prime | Deliver to [redacted] Sewickley 15143 | All | Search Amazon | EN | Hello, [redacted] Account & Lists | Returns & Orders | 0
All | Medical Care | Buy Again | Customer Support | Amazon Basics | Whole Foods | Coupons | Household, Health & Baby Care | Handmade | Pet Supplies | Home Improvement | Beauty & Personal Care | Subscribe & Save | Amazon Business | Livestreams | Get a jump on holiday gifts

# zhozhiwen-us

Visit the zhozhiwen-us storefront

★★★★★ | **100% positive** in the last 12 months (38 ratings)

**XIDAJIE Inflatable Alien Costume...**

USD 42.93

Add to Cart

## About Seller

zhozhiwen-us is committed to providing each customer with the highest standard of customer service.

**Have a question for zhozhiwen-us?**

Ask a question

## Feedback

★★★★★ 4.9 out of 5

38 ratings

12 months

| | |
|---|---|
| 5 star | 89% |
| 4 star | 11% |
| 3 star | 0% |
| 2 star | 0% |
| 1 star | 0% |

Learn more about how seller feedback works on Amazon

**Share your thoughts with other customers**

Leave seller feedback

**FILTER BY**

All stars

38 total feedbacks in 12 months

★★★★★ "Very good looking masks. We haven't worn them yet but I don't anticipate any problems. The quality is good."

By Sandra W. on October 16, 2023.

★☆☆☆☆ "~~two replacement fitbit bands were not in the box. I can't seem to contact anyone via chat and AI keeps telling me to go to returns which says they will send a r...~~"

Read more

By FiFo on October 13, 2023.

**Message from Amazon:** This item was fulfilled by Amazon, and we take responsibility for this fulfillment experience.

★★★★★ "Looks Good fits good great outfit!"

By kip on October 7, 2023.

★☆☆☆☆ "~~Package not received~~"

By VAMS on September 29, 2023.

**Message from Amazon:** This item was fulfilled by Amazon, and we take responsibility for this fulfillment experience.

★★★★★ "It's beautiful"

By pj strickland on September 21, 2023.

Previous Next

## Return & Refund Policies

Please refer to the Amazon.com Return Policy .

## Detailed Seller Information

**Business Name:** ShenZhenShi KuDiLa KeJiFaZhan YouXianGongSi

**Business Address:**

莲花街道梅岭社区新闻路59号深茂商业中心21F-H、G
深圳市
福田区
518000
CN

## Shipping Policies

This item is Fulfilled by Amazon.com and ships based on Amazon.com Shipping Rates and Policies .

## Other Policies

**Privacy and Security**

Amazon knows that you care how information about you is used and shared, and we appreciate your trust that we will do so carefully and sensibly. By visiting Amazon.com, you are accepting the practices described in Amazon.com's Privacy Policy . In addition, we want you to be aware that Amazon.com will provide zhozhiwen-us with information related to your transactions involving their products (including, for example, your name, address, products you purchase, and transaction amount), and that such information will be subject to zhozhiwen-us's Privacy Policy.

**Privacy Policy**

zhozhiwen-us values the privacy of your personal data.
For more information see Amazon.com's Privacy Policy .

**Gift Wrap and Gift Messaging**

You can add a gift message when ordering items fulfilled by Amazon.com or selected Amazon Merchants. Gift message are limited to a maximum of 240 characters--about 10 lines of text. In your message, be sure to include who the gift is from and the name of the gift recipient. For items fulfilled by Amazon.com, you can also choose to use Amazon.com gift-wrapping designed exclusively for our customers, in which case we will print your message on a gift card. Otherwise, we'll include your message on the packing slip.
Learn more

## Help

For questions about a charge that has been made to your credit card, please contact Amazon. Questions about how to place an order? Search Amazon Help.

## Products

See all products currently offered by the seller.

Leave seller feedback | Tell us what you think about this page

Back to top

**Get to Know Us**
Careers
Amazon Newsletter
About Amazon
Accessibility
Sustainability
Press Center
Investor Relations
Amazon Devices
Amazon Science

**Make Money with Us**
Sell on Amazon
Sell apps on Amazon
Supply to Amazon
Protect & Build Your Brand
Become an Affiliate
Become a Delivery Driver
Start a Package Delivery Business
Advertise Your Products
Self-Publish with Us
Host an Amazon Hub

**Amazon Payment Products**
Amazon Visa
Amazon Store Card
Amazon Secured Card
Amazon Business Card
Shop with Points
Credit Card Marketplace
Reload Your Balance
Gift Cards
Amazon Currency Converter

**Let Us Help You**
Your Account
Your Orders
Shipping Rates & Policies
Amazon Prime
Returns & Replacements
Manage Your Content and Devices
Your Recalls and Product Safety Alerts
Help

**Brand**
XIDAJIE
DatingShiny

## Results

Price and other details may vary based on product size and color.



XIDAJIE Inflatable Alien Costume for Adults Halloween Costume Cosplay Fantasy Costume Blow up Costume...
★★★★☆ ⌄ 74
100+ bought in past month
$30⁹³ Typical: $32.93
✓prime Two-Day
FREE delivery **Wed, Oct 18**



XIDAJIE Deer Antler Flower Crown Headbands Halloween Chritmas Long Antler Flower Branches Headband Props...
★★★★⯪ ⌄ 150
200+ bought in past month
Save 5%
$19⁹³ Typical: $20.93
Lowest price in 30 days
✓prime Two-Day
FREE delivery **Wed, Oct 18**



46 Pieces Gold Plated Pumpkin Charms One Hole Halloween Enamel Pendant Charms Alloy Colorful Ghost...
★★★★★ ⌄ 3
$5⁹⁹ Typical: $7.93
✓prime
FREE delivery **Thu, Oct 19**


Sponsored ⓘ



XIDAJIE 400 Pcs Hydroponic Sponges Planting Gardening Tool Soilless Cultivation Seedling Sponges Cultivation...
★★★★⯪ ⌄ 41
50+ bought in past month
$11⁹³
✓prime Two-Day
FREE delivery **Wed, Oct 18**



7 Pcs Nurse Costume Set Halloween Costume Accessory Nurse Uniform Cosplay Outfit with Stethoscope...
★★★★⯪ ⌄ 2
$14⁹³
✓prime Two-Day
FREE delivery **Wed, Oct 18**



DatingShiny 10PCS Solar Powered Driveway Markers Lights Red Solar Lights Outdoor Driveway Lights...
★★★★☆ ⌄ 17
$57⁹³ ($5.79/Count)



**amazon**    Checkout (1 item)    🔒

**1  Shipping address**    Change

███████████
409 BROAD ST STE 260
SEWICKLEY, PA 15143-1558
Add delivery instructions

**FREE pickup available nearby**
Keep • 3.7 mi (See details)
Change to pickup

**2  Payment method**    Change

███████████████████
Billing address: ████████████████

∧ Add a gift card or promotion code or voucher

Enter code    Apply

**Place your order**

By placing your order, you agree to Amazon's
privacy notice and conditions of use.

**Order Summary**

Items: $30.93
Shipping & handling: $0.00

Total before tax: $30.93
Estimated tax to be collected: $1.86

**Order total:    $32.79**

How are shipping costs calculated?

Prime shipping benefits have been applied to your order.

**3  Review items and shipping**

ⓘ **Want to save time on your next order and go directly to this step when checking out?**

☐ Default to this delivery address and payment method.



**Select FREE Amazon Day Delivery to receive orders in fewer boxes on a single day.**

**Arriving Oct. 19, 2023** If you order in the next 4 hours and 58 minutes (Details)
Items shipped from Amazon.com

**XIDAJIE Inflatable Alien Costume for Adults Halloween Costume Cosplay Fantasy Costume Blow up Costume Cosplay Party Dress Up for Halloween, Easter, Christmas**
$30.93 ✓prime
& FREE Returns ∨
Qty: 1 ∨
Sold by: zhozhiwen-us
🎁 Add gift options

**Item arrives in packaging that shows what's inside.** To hide it, choose **Ship in Amazon packaging.**

Ship in Amazon packaging

**Choose your Prime delivery option:**

◉ **Thursday, Oct. 19**
FREE Prime Delivery

○ **Thursday, Oct. 19**
FREE Amazon Day Delivery
🌱 Fewer boxes, fewer trips. ∨
Change delivery day

**Place your order**    **Order total: $32.79**
By placing your order, you agree to Amazon's privacy notice and conditions of use.

*Why has sales tax been applied? See tax and seller information.

Need help? Check our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Important information about sales tax you may owe in your state

You may return new, unopened merchandise in original condition within 30 days of delivery. Exceptions and restrictions

**amazon** prime

Deliver to
Sewickley 15143

All | Search Amazon

EN ▾ | Hello,
Account & Lists ▾ | Returns
& Orders | 🛒 0

☰ All | Medical Care ▾ | Buy Again | Customer Support | Amazon Basics | Whole Foods | Coupons | Get a jump on holiday gifts

Your Account › Your Orders › Order Details

# Order Details

Ordered on October 16, 2023 | Order# 111-5798110-8149811

View or Print invoice

**Shipping Address**

409 BROAD ST STE 260
SEWICKLEY, PA 15143-1558
United States

Change

**Payment Method**

Change

**Apply gift card balance**

Enter code

Apply

**Order Summary**

Item(s) Subtotal: $30.93
Shipping & Handling: $0.00
Total before tax: $30.93
Estimated tax to be
collected: $1.86
**Grand Total:** **$32.79**

**Arriving Thursday**

Track package



XIDAJIE Inflatable Alien Costume for Adults Halloween Costume Cosplay Fantasy
Costume Blow up Costume Cosplay Party Dress Up for Halloween, Easter,
Christmas
Sold by: zhozhiwen-us
$30.93
Condition: New

Add gift option

🔒 Buy it again

Change Payment Method

Cancel items

Archive order

## Products related to your order

Sponsored ⓘ







Airborne KIDS 500mg
Vitamin C Gummies, Kids
Immune Support Zinc
Gummies With Powerf...
⭐⭐⭐⭐½ 2,103
$17.99 ✓prime

Inflatable Costume Adult
Ride On Chicken
Costume Funny
Halloween Costumes F...
⭐⭐⭐⭐½ 51
$32.99 ✓prime

Stegosaurus Inflatable
Alien Costume Inflatable
Halloween Costumes
Blow Up Alien Costum...
⭐⭐⭐⭐½ 1,051
$38.99 ✓prime

Inflatable Christmas
Costume for Adults
Funny Blow Up Costume
for Holiday Party
$29.99 ✓prime

Back to top

**Get to Know Us**

Careers
Amazon
Newsletter
About Amazon
Accessibility

**Make Money with Us**

Sell on Amazon
Sell apps on Amazon
Supply to Amazon
Protect & Build Your
Brand

**Amazon Payment Products**

Amazon Visa
Amazon Store Card
Amazon Secured Card
Amazon Business Card
Shop with Points

**Let Us Help You**

Your Account
Your Orders
Shipping Rates &
Policies
Amazon Prime

# Joybuy Seller Name

# Guangzhou Bayoman clothing Co., LTD

# Seller ID Number

# 13832

Toys / Pretend Play / Costumes For Kids / All Kids Costumes & Dress-Up

 Proven to be superior*

Sponsored ⓘ











Best seller

+2 options

Now $35.99  $42.99
Options from $35.99 – $40.99

Everso Waterproof Inflatable Green Alien Cosplay Party Costume for Kids Adults Halloween Cosplay Costume with Air Pump

★★★★☆ 8

3+ day shipping



$57.98

Morph Kids Alien Pick Me Up Inflatable Costume Boys Girls Halloween Halloween green One Size

★★★★★ 2

3+ day shipping




$40.95

Morph Kids Giant Inflatable Alien Costume Boys Green One Size

2-day shipping

## About this item

### Product details  ⌃

Please kindly noted that this item is sold by Luo Ke from Joybuy marketplace.

Inflatable Alien Costume Adult Party Inflatable Costume Green Alien Carrying Human Fancy Dress Blow Up Suit for Carnival Cosplay

Product Description:

Premium Material: The inflatable costume is made of polyester fabric, waterproof, high fabric density, no leakage, small occupation space and easy storage. Alien Abduction Inflatable Costumes: inflatable costumes are easy to expand when worn on the body. The wonderful design looks like being kidnapped by aliens. You can some struggling movements, which is very and bring to your family and friends. Fastening: Zipper costume Size: We have two sizes. Adult: suitable for 1.6m to 2.0m. Children: suitable for 1.2m to 1m. Easy to Use: The inflatable suit is easy to wear. Just put on the clothes, zip up and turn on the fan, and the clothes will expand in a short time. Four AA batteries are required, batteries are not included. Widely Used: The interesting alien design allows you to bring surprise and happiness to everyone at a party. It's perfect for the atmosphere of . It is also a perfect gift for friends and children. Product explosions:

1x Alien costume

Notes:

Due to the lighting and camera, there may be some errors in the pictures and products. Thank you for your understanding.

- Inflatable Alien Costume Adult Funny Party Inflatable Costume Green Alien Carrying Human Fancy Dress Blow Up Suit for Carnival Cosplay
- Best gift for you
- Funny Toys

ⓘ We aim to show you accurate product information. Manufacturers, suppliers and others provide what you see here, and we have not verified it.    See our disclaimer

### Specifications  ⌃

**Country of Origin - Textiles**

Imported

**Age Group**

Adult, Child

1/9

Case 2:23-cv-01043-WSS Document 136 Filed 10/24/23 Page 15 of 31

**Brand**
Supbessel

**Gender**
Unisex

**Manufacturer Part Number**
1049159739

**Color**
Green A

**Manufacturer**
Supbessel

**Warranty** ⌃

**Warranty information**

Please be aware that the warranty terms on items offered for sale by third party Marketplace sellers may differ from those displayed in this section (if any). To confirm warranty terms on an item offered for sale by a third party Marketplace seller, please use the 'Contact seller' feature on the third party Marketplace seller's information page and request the item's warranty terms prior to purchase.

**Warnings** ⌃

⚠ **WARNING:** This product can expose you to chemicals including diethylhexyl phthalate or lead, which are known to the State of California to cause cancer and birth defects or other reproductive harm. For more information go to **www.P65Warnings.ca.gov.**

💬 Report incorrect product information

 Earn 5% cash back on Walmart.com. See if you're pre-approved with no credit risk.   Learn more

☆☆☆☆☆ (0 reviews)

Write a review

This item doesn't have any reviews yet.

 **Debit with rewards.** Get 3% cash back at Walmart, up to $50 a year. See terms for eligibility.   Learn more.

✓ **Bought 1 time**
Last purchased on October 18, 2023
Actual Color: Green A

Supbessel

**Inflatable Alien Costume Adult Funny Party Inflatable Costume Green Alien Carrying Human Fancy Dress Blow Up Suit for Carnival Cosplay**

**$39.94**

Price when purchased online ⓘ

| Buy now | Add to cart |
|---|---|

**Actual Color:** Green A

| $39.94 | $36.23 |
|---|---|

**How do you want your item?**



|  Shipping<br>Mon, Oct 30<br>Free |  Pickup<br>Not available |  Delivery<br>Not available |
|---|---|---|

Delivery to **409 Broad St**

📦 Sold and shipped by **Joybuy Marketplace**

★★★☆☆ 64682 seller reviews
View seller information

🔵 **Extended holiday returns**  Details
Free Holiday returns until Jan 31

| ♡ Add to list | 🎁 Add to registry |
|---|---|

 Sponsored
Now **$29.97** ~~$33.97~~
Taihexin Dinosaur Inflatable Costume, T-Rex Fancy Dress Blow Up Costumes for Adults,Youth (Purple)(Purple)
★★★★★ 2
2-day shipping

⊕ Add

  

‹ Back to item

 **JOYBUY**

**Joybuy Marketplace**

★★★☆☆

[See all 64682 reviews](#)

3 stars out of 5

46%   Overall Positive Rating

Shop all seller items

⌂   Business Name: Jingdong E-Commerce (Trade) Hong Kong Corporation Limited

✉   Contact seller

☎   (302) 426-4543

⌖   FLAT/RM 1903 19/F, LEE GARDEN ONE
33 HYSAN AVENUE CAUSEWAY BAY
Hong Kong, WC 810002, HK

About Seller

Tax policy

## More items from this seller


$29.99
Scream Boy's Halloween Fancy-Dress Costume for Child, Regular One Size
★★★☆☆ 29


$19.90
Adult's Harry Potter Robe-Gryffindor
★★★★☆ 29


$21.89
Kids Dinosaur Costume, Animal Onesie Pajamas Cartoon Romper Boy Girl...
★★★★★ 6


$23.99 ~~$28.99~~
BanKids Wednesday Addams Girls Costume Dress Addams Family Cosplay Girls Party...
★★★★☆ 11

## Seller reviews

**3 out of 5**

★★★☆☆ (64682 reviews)

| | |
|---|---|
| 5 stars | 23200 |
| 4 stars | 6631 |
| 3 stars | 5903 |
| 2 stars | 4377 |
| 1 star | 24571 |

### Most helpful positive review     VS    ### Most helpful negative review

★★★★★

small fits about a 8 lb. cat velcro at neck, maybe just a little heavier.. it's made so they can't pull out of it easily, just don't make it a bad session you yelling cat afraid, talk and massage the toes easily.. have a treat even if you don't complete all toes- make it a good thing...

Jpen

★☆☆☆☆

They kept asking what happen to the item after clearly stating to then it arrived broken. I just returned it back to them for a refund.

MsRatliff

---

**64682 reviews**    Sort by | Most Relevant ▾

★★★★★     07/18/2023
small fits about a 8 lb. cat velcro at neck, maybe just a little heavier.. it's made so they can't pull out of it easily, just don't make it a bad session you yelling cat afraid, talk and massage the toes easily.. have a treat even if you don't complete all toes- make it a good thing...

Jpen

★☆☆☆☆     10/15/2023
They kept asking what happen to the item after clearly stating to then it arrived broken. I just returned it back to them for a refund.

MsRatliff

★☆☆☆☆     03/30/2023
This seller misrepresented its product in the listing pictures. What we received has no resemblance whatsoever to the photos of what we should have received. It was shocking.

ALISON

★☆☆☆☆     10/14/2023
Don't try to sell this product, just give as a sample product.

Catherine

★☆☆☆☆     07/04/2023
i tried to cut a pencil 🖍 %26 it didn't cut it. just wasted my money and time purchasing this piece of junk.

Blanca

★★☆☆☆     09/09/2023
wished I had noticed this before I ordered I have had problems with this place before.

Mark

★★★☆☆     09/08/2023
It took a little longer than I had hoped to receive it.

Sunnie1

★★☆☆☆     05/05/2023
The order was short one charger in the 2 pack that I ordered. Try to hear back from the company have not heard a thing after 7 days.

Ted

★☆☆☆☆     04/25/2023
took forever but, it's China. the bathing suits are soooo terrible it was hard to imagine anyone capable of this crap.

lakecrazey

★★★★★     03/28/2023
Very satisfied with the purchase. Wasn't expecting a sturdy, last along time clock. Glad it runs accurately and suited my taste. Packaged in a box.

LinBeMe



Free shipping, arrives by Mon, Oct 30

████████████                                            Edit

409 Broad St, Ste 260, Sewickley, PA 15143

**Delivery instructions (optional)**                        Add

Add access codes or other necessary information.

**Items details**                                          Hide details

**Arrives by Mon, Oct 30**                                  1 item

Sold and shipped by Joybuy Marketplace



Inflatable Alien Costume Adult Funny Party Inflatable     $36.23
Costume Green Alien Carrying Human Fancy Dress...
Actual Color: Green B

                                Remove        −  1  +

**Place order for $38.77**

By placing this order, you agree to our Privacy Policy and Terms of Use

| | |
|---|---|
| **Subtotal** (1 item) | $36.23 |
| Shipping | Free |
| **Estimated taxes** | $2.54 |
| **Estimated total** | **$38.77** |

Have a promo code?                                          ⌄

**Payment method**

We'll look for smart ways to pay
We'll suggest payment methods that work best with eligible items in your cart.



████████████████                                   $38.77

+ Add new payment                                  Edit payment



Walmart+  Free 30-day trial
**Save with free delivery + so much more**
Restrictions apply.
Try Walmart+ free for 30 days

**Mobile contact**

We'll contact you in case anything comes up with your order.

*Required field

**Phone number (10 digits)***

████████████████





Brian, your order is confirmed.

# Time to get excited. Your order is in the



**Walmart** Join today

**Members can save $1,300/year with free shipping and delivery***

We'll email details to ███████████████

Order #200011506537788 | $42.74

**spark**good. **Small acts lead to big impact in your community**

Round up to the nearest whole dollar the next time you check out.  Select a lo



## Free shipping, arrives by Mon, Oct 30



███████████████████

409 Broad St, Ste 260, Sewickley, PA 15143

One-time purchase (1 item)



**Make it easier to sign in**

# Joybuy Seller Name

# Guangzhou Guangqian electronic commerce Co., LTD

# Seller ID Number

# 7322

Toys / Pretend Play / Costumes For Kids / All Kids Costumes & Dress-Up



Walmart Make game day delicious
Sponsored ⓘ








1/3



$57.98

Morph Kids Alien Pick Me Up Inflatable Costume Boys Girls Halloween Halloween green One Size

★★★★★ 2

3+ day shipping



Reduced price

+2 options

Now $26.99 $30.50
Options from $26.99 – $34.99

GOOSH 48 inch Inflatable Dinosaur Costume for Kids, Kids Halloween Costume for Boys Girls, Funny Blow Up Costumes for Halloween Party Cosplay

★★★★★ 12

3+ day shipping




$57.98

Options from $57.98 – $82.98

Kids Oversized Alien Costume

★★★★☆ 2

3+ day shipping

+5 options

## About this item

### Product details

Party Jumpsuit Costumes Inflatable Carnival Funny Clothes Alien Cosplay

Feature:

Size :This ET alien costume is one Size fit most adults,suitable for 59 to 78.4 inches (4.9ft to 6ft) adult and teen to wea

Material: Our ET alien inflatable suit is made of high quality ,waterproof polyester . Suit for : Mens and Women and teen and children for halloween party ,cosplay ,scary game ,etc Convenience:Self-inflates in seconds ,easy to wear and deflate. Package Include: 1 xET Costume ,1 x Fan ! 4 x AA batteries required (NOT INCLUDE) ! The product has very smooth edges in result in no scratch injure for kids hand.

Simply step inside the costume and click your battery belt clip to turn on the fan. Once zipped up, the costume inflates in seconds.

Suit for bars, clubs, party, parks, television programs, supermarket , opening ceremonies, weddings etc.

Parameter:

Material: waterproof polyester

Color: as show

Size: for 59 to 78.4 inches (4.9ft to 6ft) adult and teen to wea

Shape:Alien

Quantity: 1pc

Warning:

Keep away from fire , the material is not fireproof,it's dangerous to close the fire.

package contents:

1 x Party Jumpsuit Costumes Inflatable Carnival Funny Clothes Alien Cosplay

- Stuffed plush doll with fashion lovely shape.
- Helps encourage your child's imagination and role play skills.
- Ideal birthday gift, Christmas Gift or stocking filler
- Role play is a great way of exploring imagination and developing social skills
- When you look at it, they're so cute that you may feel better, or even all your bad feelings be gone.It can be a stress reliever.

ⓘ **We aim to show you accurate product information.** Manufacturers, suppliers and others provide what you see here, and we have not verified it. See our disclaimer

### Specifications

**Country of Origin - Textiles**

Imported

**Age Group**

Child

**Brand**
Yiwula

**Gender**
Unisex

**Manufacturer Part Number**
012297

**Color**
As Shown

**Manufacturer**
yiwula

Warranty ⌃

**Warranty information**

Please be aware that the warranty terms on items offered for sale by third party Marketplace sellers may differ from those displayed in this section (if any). To confirm warranty terms on an item offered for sale by a third party Marketplace seller, please use the 'Contact seller' feature on the third party Marketplace seller's information page and request the item's warranty terms prior to purchase.

Warnings ⌃

⚠ **WARNING:** None

💬 Report incorrect product information

Earn 5% cash back on Walmart.com. See if you're pre-approved with no credit risk.   Learn more

☆☆☆☆☆ (0 reviews)

Write a review

This item doesn't have any reviews yet.

Debit with rewards. Get 3% cash back at Walmart, up to $50 a year. See terms for eligibility.   Learn more.

✓ Bought 1 time
Last purchased on October 18, 2023
Actual Color: As Shown

Yiwula

**Party Jumpsuit Costumes Inflatable Carnival Funny Clothes Alien Cosplay**

**Now $35.99**  $64.99  ⓘ

You save  $29.00

Price when purchased online  ⓘ

| Buy now | Add to cart |
|---------|-------------|

**Actual Color:** As Shown

| As Shown
$35.99 |
|---|

**How do you want your item?**

| 🚚 Shipping
Tue, Oct 31
Free | 🚗 Pickup
Not available | 🏬 Delivery
Not available |
|---|---|---|

Delivery to  409 Broad St

🏪 Sold and shipped by Joybuy Marketplace

★★★☆☆ 64682 seller reviews

View seller information

⊙ Extended holiday returns   Details
Free Holiday returns until Jan 31

| ♡ Add to list | 🎁 Add to registry |
|---|---|



Sponsored
**Now $16.99** $20.29
Halloween Costumes for Girls, Colorful Clown Costume with Hat & Rainbow Tutu Skirt, Halloween, Christmas, Birthdays, Carnivals Party Clothing for Girls

2-day shipping

| + Add |
|---|

  

‹ Back to item



**Joybuy Marketplace**

★★★☆☆

See all 64682 reviews

3 stars out of 5

46%  Overall Positive Rating

Shop all seller items

🏠  Business Name: Jingdong E-Commerce
    (Trade) Hong Kong Corporation Limited

✉️  Contact seller

📞  (302) 426-4543

📍  FLAT/RM 1903 19/F, LEE GARDEN
    ONE
    33 HYSAN AVENUE CAUSEWAY BAY
    Hong Kong, WC 810002, HK

About Seller

Tax policy

**More items from this seller**

    

| | | | |
|---|---|---|---|
| **$29.99** | **$19.90** | **$21.89** | **$23.99** ~~$28.99~~ |
| Scream Boy's Halloween Fancy-Dress Costume for Child, Regular One Size | Adult's Harry Potter Robe-Gryffindor | Kids Dinosaur Costume, Animal Onesie Pajamas Cartoon Romper Boy Girl... | BanKids Wednesday Addams Girls Costume Dress Addams Family Cosplay Girls Party... |
| ★★★☆☆ 29 | ★★★★☆ 29 | ★★★★★ 6 | ★★★★☆ 11 |

**Seller reviews**

**3** out of **5**

★★★☆☆ (64682 reviews)

| | |
|---|---|
| 5 stars | 23200 |
| 4 stars | 6631 |
| 3 stars | 5903 |
| 2 stars | 4377 |
| 1 star | 24571 |

**Most helpful positive review**    VS    **Most helpful negative review**

★★★★★

small fits about a 8 lb. cat velcro at neck, maybe just a little heavier.. it's made so they can't pull out of it easily, just don't make it a bad session you yelling cat afraid, talk and massage the toes easily.. have a treat even if you don't complete all toes- make it a good thing...

Jpen

★☆☆☆☆

They kept asking what happen to the item after clearly stating to then it arrived broken. I just returned it back to them for a refund.

MsRatliff

---

**64682 reviews**    Sort by | Most Relevant ▾

★★★★★                                          07/18/2023

small fits about a 8 lb. cat velcro at neck, maybe just a little heavier.. it's made so they can't pull out of it easily, just don't make it a bad session you yelling cat afraid, talk and massage the toes easily.. have a treat even if you don't complete all toes- make it a good thing...

Jpen

★☆☆☆☆                                          10/15/2023

They kept asking what happen to the item after clearly stating to then it arrived broken. I just returned it back to them for a refund.

MsRatliff

★☆☆☆☆                                          03/30/2023

This seller misrepresented its product in the listing pictures. What we received has no resemblance whatsoever to the photos of what we should have received. It was shocking.

ALISON

★☆☆☆☆                                          10/14/2023

Don't try to sell this product, just give as a sample product.

Catherine

★☆☆☆☆                                          07/04/2023

i tried to cut a pencil 🖍 %26 it didn't cut it. just wasted my money and time purchasing this piece of junk.

Blanca

★★☆☆☆                                          09/09/2023

wished I had noticed this before I ordered I have had problems with yhis place before.

Mark

★★★☆☆                                          09/08/2023

It took a little longer than I had hoped to receive it.

Sunnnie1

★★☆☆☆                                          05/05/2023

The order was short one charger in the 2 pack that I ordered. Try to hear back from the company have not heard a thing after 7 days.

Ted

★☆☆☆☆                                          04/25/2023

took forever but, it's China. the bathing suits are soooo terrible it was hard to imagine anyone capable of this crap.

lakecrazey

★★★★★                                          03/28/2023

Very satisfied with the purchase. Wasn't expecting a sturdy, last along time clock. Glad it runs accurately and suited my taste. Packaged in a box.

LinBeMe

 Free shipping, arrives by Tue, Oct 31

Edit

███████

409 Broad St, Ste 260, Sewickley, PA 15143

Delivery instructions (optional)          Add

Add access codes or other necessary information.

## Items details          Hide details

**Arrives by Tue, Oct 31**          1 item

Sold and shipped by Joybuy Marketplace

 Party Jumpsuit Costumes Inflatable Carnival Funny Clothes Alien Cosplay
Actual Color: As Shown

**$35.99**
~~$64.99~~

$29.00 from savings

Remove          —   1   +

Place order for $38.51

By placing this order, you agree to our Privacy Policy and Terms of Use

Subtotal (1 item)          $64.99
Savings          -$29.00
          $35.99

Shipping          Free
Estimated taxes          $2.52

Estimated total          $38.51

Have a promo code?          ⌄



## 💳 Payment method

We'll look for smart ways to pay
We'll suggest payment methods that work best with eligible items in your cart.

████████████          $38.51

+ Add new payment          Edit payment



Walmart+ Free 30-day trial
**Save with free delivery + so much more**
Restrictions apply.
Try Walmart+ free for 30 days



## 📱 Mobile contact

We'll contact you in case anything comes up with your order.

*Required field

**Phone number (10 digits)***





Brian, your order is confirmed.

# You saved $26.52 today!



**Walmart** Join today

**Members can save $1,300/year with free shipping and delivery***

We'll email details to █████████████

Order #200011254090244 | $42.56

**spark**good  **Small acts lead to big impact in your community**

Round up to the nearest whole dollar the next time you check out.  Select a lo



## Free shipping, arrives by Tue, Oct 31

████████████████

409 Broad St, Ste 260, Sewickley, PA 15143

One-time purchase (1 item)





**Make it easier to sign in**

**Joybuy Seller Name**

**Ningbo Saituo network Technology Co., LTD**

**Seller ID Number**

**14567**

10/18/23, 1:25 PM
Case 2:23-cv-01840-WSS Document 13-6 Filed 10/24/23 Page 28 of 31
XHtang Inflatable Alien Costume Adult Inflatable Costume Adult Inflatable Halloween Costumes for Men Adult Green - Walmart.com

Party & Occasions / Halloween / Halloween Costumes / Alien Costumes


Celebrate every mile

Sponsored ⓘ









**Best seller**



+2 options

Now **$35.99** ~~$42.99~~
Options from $35.99 – $40.99

Everso Waterproof Inflatable Green Alien Cosplay Party Costume for Kids Adults Halloween Cosplay Costume with Air Pump
★★★☆☆ 8

3+ day shipping



+2 options

Now **$39.99** ~~$44.99~~
Options from $39.99 – $41.99

GOOSH 72 inch Adult Inflatable Dinosaur Costume, Blow Up Dinosaur Costume Adult Size, Funny Halloween Costumes Adult Halloween Costume Women Men for Halloween Party Cosplay
★★★★★ 3

2-day shipping




**$57.98**
Inflatable Rocket Ship Adult Costume

3+ day shipping

## About this item

### Product details ⌃

Please kindly noted that this item is sold by third-party sellers from Joybuy marketplace.

**PREMIUM MATERIALS AND BEST DESIGN**
The Halloween costume is made with 100% polyester that is strong and durable so that you will never have to worry about any tears or holes. We carefully check each product before shipping to make sure that it's flawless so you can receive it in top condition.

Available in two sizes, L is suitable for adults 150-190 cm (5-6.2 ft / 59-74 in) high, and S is suitable for children 120-150 cm (3.9-4.9 ft / 47-59 in) high .

- 100% Polyester
- One size fits all adults
- Requires 4 AA batteries, batteries are not included, it must be 4 AA batteries or it will not be powerful enough to fully inflate the costume
- Please turn on the fan after wearing. The wind will fill the costume very quickly. Please clip the battery pack on belt, don't ever put it in your pocket, or the device will overheat and burn your leg
- Please tighten the outer ring in place to hold the fan before putting on the costume, otherwise, loose outer ring can cause the fan to fall off during moving
- There are elastic band on the neck, ankles and wrist to keep the costume inflated for a long time

ⓘ **We aim to show you accurate product information.** Manufacturers, suppliers and others provide what you see here, and we have not verified it. See our disclaimer

### Specifications ⌃

**Brand**
XHtang

**Color**
Large（Adult）Green

### Warranty ⌃

**Warranty information**

Case 2:23-cv-01840-WSS    Document 13-6    Filed 10/24/23    Page 29 of 31

Please be aware that the warranty terms on items offered for sale by third party Marketplace sellers may differ from those displayed in this section (if any). To confirm warranty terms on an item offered for sale by a third party Marketplace seller, please use the 'Contact seller' feature on the third party Marketplace seller's information page and request the item's warranty terms prior to purchase.

Warnings ⌃

⚠ WARNING: This product can expose you to chemicals including diethylhexyl phthalate or lead, which are known to the State of California to cause cancer and birth defects or other reproductive harm. For more information go to www.P65Warnings.ca.gov.

💬 Report incorrect product information

Earn 5% cash back on Walmart.com. See if you're pre-approved with no credit risk.   Learn more

☆☆☆☆☆ (0 reviews)

Write a review

This item doesn't have any reviews yet.

Debit with rewards. Get 3% cash back at Walmart, up to $50 a year. See terms for eligibility.   Learn more.

XHtang

**XHtang Inflatable Alien Costume Adult, Inflatable Costume Adult, Inflatable Halloween Costumes for Men Adult-Green**

**$34.99**

Price when purchased online ⓘ

| Buy now | Add to cart |

**Actual Color:** Large（Adult）Green

| $34.99 | $28.99 |

**How do you want your item?**

| 🚚 Shipping<br>Thu, Nov 2<br>Free | 🚗 Pickup<br>Not available | 🛍 Delivery<br>Not available |

Delivery to **409 Broad St**

Sold and shipped by **Joybuy Marketplace(Express)**

★★★☆☆ 25015 seller reviews
View seller information

ⓘ Extended holiday returns  Details
Free Holiday returns until Jan 31

| ♡ Add to list | 🏷 Add to registry |

Sponsored

**$45.99**

Spooktacular Creations Creations Alien Costume for Adult, Funny Kidnapping Inflatable Costumes, Ride On Alien Air Blow Up Costumes for Halloween Costume Parties

2-day shipping

| + Add |


Own your flow

Sponsored ⓘ

  

+3 options





**TWO WAYS TO RUN THE FAN**

① Plug the USB port into the battery pack. Requires 4 AA batteries.

② Plug the USB port into you portable power bank.

This costume contain a fan and a battery pack, does not include batteries and portable power bank.

‹ Back to item



**Joybuy Marketplace(Express)**

★★★☆☆
See all 25015 reviews
3.2 stars out of 5

⬤ 52%    Overall Positive Rating

Shop all seller items

🔲 Business Name: JD E Commerce America Limited

✉ Contact seller

📞 (302) 426-4543

📍 19900 MacArthur Blvd, Suite 660 Irvine, CA 92612, US

About Seller

Tax policy

### More items from this seller






| Add | Add | Add | Add |

$22.99 $39.99
Ablanczoom Womens Summer Flats Sandals Casual Beach Shoes Dress Ankle...
★★★★☆ 545

$9.49
3 pack Women Sports Bra Wirefree Yoga Bras Tank Top High Intensity Push Up
★★★☆☆ 641

$20.44 $28.79
Women Short Puff Sleeve V Neck Maxi Dress Summer Boho Floral Printed Dress...
★★★☆☆ 234

$21.99
Backpack For Teenagers Kids Boys Children Student School Bags Unisex Laptop...
★★★★☆ 66

### Seller reviews

## 3.2 out of 5

★★★☆☆ (25015 reviews)

| 5 stars | 10628 |
| 4 stars | 2426 |
| 3 stars | 2018 |
| 2 stars | 1562 |
| 1 star | 8381 |

**Most helpful positive review**          **Most helpful negative review**


VS

★★★★★
It was shipped in good time. nicely made. I will be buying more. But i would love to see some horses , mules, and farm animals. And barn , tractor ones. Frands and family around here are famers. And in walking horse country .

Smilingwendy

★☆☆☆☆
YOU NEVER ACTUALLY SENT MY ORDER FROM 2/11/23 I COULD NOT TRACK FROM THE FIRST DAY!! YOU SHOULD BE BANNED FROM WALMART SELLING SITES!!!

BOXERMOMMY6

---

**25015 reviews**        Sort by | Most Relevant ▾

★★★★★                                          07/18/2023
It was shipped in good time. nicely made. I will be buying more. But i would love to see some horses , mules, and barn , tractor ones. Frands and family around here are famers. And in walking horse country .
Smilingwendy

★☆☆☆☆                                          03/03/2023
YOU NEVER ACTUALLY SENT MY ORDER FROM 2/11/23 I COULD NOT TRACK FROM THE FIRST DAY!! YOU SHOULD BE BANNED FROM WALMART SELLING SITES!!!
BOXERMOMMY6

★★★★★                                          09/17/2023
Timing for delivery was good. Price was very reasonable. Looks like it's going to last quite some time,
James

★☆☆☆☆                                          04/12/2023
Company is totally unreliable when it comes to getting what you purchased to you.
Pamela

★★★★★                                          09/30/2023
came very well packed with no wrinkles or mashed ends. love it had a foam center to hold film on.
Olady

★☆☆☆☆                                          10/16/2023
You dont get whats in the picture, you get two of the one shown in the right and none with Rudolph. The company would not correct it and said sorry the picture is wrong. They offered a 20 percent discount but who wants Rudolph candle holders withno Rudolph? I am very disappointed, and did not want the item after waiting weeks just to receive a big disappointment.
Angel

★★★★★                                          09/05/2023
Arrived quickly and in good condition. Great for the price.
NORM

★★★☆☆                                          08/26/2023
It took about a month to get it! That's unacceptable!
Patricia