**Free shipping, arrives by Thu, Nov 2**

███████████████

409 Broad St, Ste 260, Sewickley, PA 15143

Edit

**Delivery instructions (optional)**    Add

Add access codes or other necessary information.

**Items details**    Hide details

**Arrives by Thu, Nov 2**    1 item

Sold and shipped by Joybuy Marketplace(Express)

 XHtang Inflatable Alien Costume Kids Inflatable Halloween Costumes Blow Up Alien Costume for Kids    **$28.99**

Actual Color: Small  (Kid)  Green

Remove    — 1 +

Place order for $31.02

By placing this order, you agree to our Privacy Policy and Terms of Use

| | |
|---|---|
| **Subtotal** (1 item) | $28.99 |
| Shipping | Free |
| **Estimated taxes** | $2.03 |
| **Estimated total** | **$31.02** |

Have a promo code?    ⌄

**Payment method**

 **We'll look for smart ways to pay**
We'll suggest payment methods that work best with eligible items in your cart.

███████████████    $31.02

+ Add new payment    Edit payment

Walmart+  Free 30-day trial
**Save with free delivery + so much more**
Restrictions apply.
Try Walmart+ free for 30 days



**Mobile contact**

We'll contact you in case anything comes up with your order.

*Required field

**Phone number (10 digits)***

███████████████



Brian, your order is confirmed.

# Time to get excited. Your order is in the



**Walmart**  Join today

**Members can save $1,300/year with free shipping and delivery***

We'll email details to ████████████████

Order #200011392207151 | $37.44

**spark**good.  **Small acts lead to big impact in your community**

Round up to the nearest whole dollar the next time you check out.  Select a lo



## Free shipping, arrives by Thu, Nov 2

████████████

409 Broad St, Ste 260, Sewickley, PA 15143

One-time purchase (1 item)





**Make it easier to sign in**

# Joybuy Seller Name

# Shenzhen ander online trading Co., LTD

# Seller ID Number

# 8746

Party & Occasions / Halloween / Halloween Costumes / Alien Costumes

Irresistible goodness

Sponsored ⓘ



Best seller



+2 options

**Now $35.99** ~~$42.99~~
Options from $35.99 – $40.99

Everso Waterproof Inflatable Green Alien Cosplay Party Costume for Kids Adults Halloween Cosplay Costume with Air Pump

★★★★☆ 8

3+ day shipping

Best seller



**$8.39**

Toy Story Alien Three Big Eyes Ears Costume Plush Headband Adult Children Party Cosplay Xmas Gift (Green)

3+ day shipping

Best seller



**$44.97**

Morph Costumes Light Up Alien Pick Me Up Infl Unisex One Size

★★★★★ 10

3+ day shipping



## About this item

### Product details ⌃

**Features:**
- The material is environmentally friendly and safe.
- It features good sealing and will not leak easily.
- The style is chic and interesting.Wide range of applications, adults who are 1.5m-1.9m tall can wear it.

- Package content:
1x Inflatable clothing
1x Manual

Huntermoon Adult Green Alien Inflatable Costume Halloween Cosplay Costumes For Adult Kids Cosplay Costume Party Festival Inflatable Toys

ⓘ **We aim to show you accurate product information.** Manufacturers, suppliers and others provide what you see here, and we have not verified it.   See our disclaimer

### Specifications ⌃

**Brand**
Huntermoon

**Size**
adult

**Color**
Green

### Warranty ⌃

**Warranty information**

Please be aware that the warranty terms on items offered for sale by third party Marketplace sellers may differ from those displayed in this section (if any). To confirm warranty terms on an item offered for sale by a third party Marketplace seller, please use the 'Contact seller' feature on the item's product Marketplace seller's information page and request the item's warranty terms prior to purchase.

💬 Report incorrect product information

Earn 5% cash back on Walmart.com. See if you're pre-approved with no credit risk.   Learn more

☆☆☆☆☆ (0 reviews)

Write a review

This item doesn't have any reviews yet.

Debit with rewards. Get 3% cash back at Walmart, up to $50 a year. See terms for eligibility.   Learn more.



Huntermoon

**Huntermoon Adult Green Alien Inflatable Costume Halloween Cosplay Costumes For Adult Kids Cosplay Costume Party Festival Inflatable Toys**

**$49.18**

Price when purchased online ⓘ

| Buy now | Add to cart |
|---------|-------------|

Size : adult

| adult |
| $49.18 |

**How do you want your item?**

| 🚚 Shipping<br>Fri, Oct 27<br>Free | 🚗 Pickup<br>Not available | 📦 Delivery<br>Not available |
|---|---|---|

Delivery to  409 Broad St

Sold and shipped by Joybuy Marketplace(Express)

★★★☆☆ 25015 seller reviews

View seller information

🔵 **Extended holiday returns**  Details
Free Holiday returns until Jan 31

| ♡ Add to list | 🎁 Add to registry |
|---|---|



Sponsored

**$45.99**

Spooktacular Creations Creations Alien Costume for Adult, Funny Kidnapping Inflatable Costumes, Ride On Alien Air Blow Up Costumes for Halloween Costume Parties

2-day shipping

| + Add |
|---|

Dove
Dare to be truly you
What's the quickest way to make you smile?
Dove
Strut your stuff down an imaginary runway

Sponsored ⓘ



$44.99
Options from $44.99 – $51.99

Inflatable Costume for Kid/Adult, Inflatable Alien Costume Kids, Alien Holding

3+ day shipping

$45.98
More options from $39.99

Halloween Inflatable Costume - Funny Alien Suit with Included Air Blower for Kids (33.5inch-49.2inch)

+3 options



$43.99

Pretty Comy Waterproof Inflatable Green Alien Halloween Cosplay Costume with Air Pump

3+ day shipping





< Back to item



**Joybuy Marketplace(Express)**

★★★☆☆

See all 25015 reviews

3.2 stars out of 5

**52%**   Overall Positive Rating

Shop all seller items

⌂ Business Name: JD E Commerce America Limited

✉ Contact seller

☎ (302) 426-4543

📍 19900 MacArthur Blvd, Suite 660 Irvine, CA 92612, US

About Seller

Tax policy

## More items from this seller

    

| | | | |
|---|---|---|---|
| + Add | + Add | + Add | + Add |

**$17.20**
Kids Superhero Jumpsuit Costume Fancy Dress Child Halloween Cosplay for 4-5...
★★★★☆ 67

**$21.99**
gluttony Spider-Man Verse Miles Morales Boy's Halloween Fancy-Dress...
★★★☆☆ 28

**$22.99**
[Spiderman Costume ] Nature Star Spider man costume for kids, Children...
★★★★☆ 23

**$18.95**
Kids Superhero Cosplay Costume Zentai Halloween Jumpsuit for Child Boys...
★★★★☆ 16

## Seller reviews

**3.2** out of **5**

★★★☆☆ (25015 reviews)

| | |
|---|---|
| 5 stars | 10628 |
| 4 stars | 2426 |
| 3 stars | 2018 |
| 2 stars | 1562 |
| 1 star | 8381 |

**Most helpful positive review**              VS              **Most helpful negative review**

★★★★★

It was shipped in good time. nicely made. I will be buying more. But i would love to see some horses , mules, and farm animals. And barn , tractor ones. Frands and family around here are famers. And in walking horse country .

Smilingwendy

★☆☆☆☆

YOU NEVER ACTUALLY SENT MY ORDER FROM 2/11/23 ! COULD NOT TRACK FROM THE FIRST DAY!! YOU SHOULD BE BANNED FROM WALMART SELLING SITES!!!

BOXERMOMMY6

---

**25015 reviews**    Sort by | Most Relevant ▾

★★★★★                                          07/18/2023

It was shipped in good time. nicely made. I will be buying more. But i would love to see some horses , mules, and farm animals. And barn , tractor ones. Frands and family around here are famers. And in walking horse country .

Smilingwendy

★★★★★                                          09/17/2023

Timing for delivery was good. Price was very reasonable. Looks like it's going to last quite some time,

James

★★★★★                                          09/30/2023

came very well packed with no wrinkles or mashed ends. love it had a foam center to hold film on.

Olady

★★★★★                                          09/05/2023

Arrived quickly and in good condition. Great for the price.

NORM

★★★☆☆                                          08/26/2023

It took about a month to get it! That's unacceptable!

Patricia

★☆☆☆☆                                          03/03/2023

YOU NEVER ACTUALLY SENT MY ORDER FROM 2/11/23 ! COULD NOT TRACK FROM THE FIRST DAY!! YOU SHOULD BE BANNED FROM WALMART SELLING SITES!!!

BOXERMOMMY6

★☆☆☆☆                                          04/12/2023

Company is totally unreliable when it comes to getting what you purchased to you.

Pamela

★☆☆☆☆                                          10/16/2023

You dont get whats in the picture, you get two of the one shown in the right and none with Rudolph. The company would not correct it and said sorry the picture is wrong. They ofered a 20 percent discount but who wants Rudolph candle holders withno Rudolph? I am very disappointed, and did not want the item after waiting weeks just to receive a big disappointment.

Angel



Place order for $52.62

By placing this order, you agree to our Privacy Policy and Terms of Use

| Subtotal (1 item) | $49.18 |
|---|---|
| Shipping | Free |
| Estimated taxes | $3.44 |

**Estimated total** $52.62

Have a promo code? ⌄



**Free shipping, arrives by Fri, Oct 27**

Edit

409 Broad St, Ste 260, Sewickley, PA 15143

**Delivery instructions (optional)**   Add

Add access codes or other necessary information.

**Items details**   Hide details

**Arrives by Fri, Oct 27**   1 item

Sold and shipped by Joybuy Marketplace(Express)

Huntermoon Adult Green Alien Inflatable Costume Halloween Cosplay Costumes For Adult Kids Cosplay...   $49.18

Size: adult

Remove   − 1 +



**Payment method**

**We'll look for smart ways to pay**
We'll suggest payment methods that work best with eligible items in your cart.

$52.62

+ Add new payment   Edit payment



Walmart+ Free 30-day trial
**Save with free delivery + so much more**
Restrictions apply.
Try Walmart+ free for 30 days



**Mobile contact**

We'll contact you in case anything comes up with your order.

*Required field

**Phone number (10 digits)***



Brian, your order is confirmed.

## Time to get excited. Your order is in the



**Walmart** Join today

**Members can save $1,300/year with free shipping and delivery\***

We'll email details to █████████████

Order #200011342982337 | $52.62

**spark**good. **Small acts lead to big impact in your community**

Round up to the nearest whole dollar the next time you check out.    Select a lo



**Free shipping, arrives by Fri, Oct 27**

████████████

409 Broad St, Ste 260, Sewickley, PA 15143

One-time purchase (1 item)





**Make it easier to sign in**

**Joybuy Seller Name**

**Shenzhen East Yuan Ting trading Co., LTD**

**Seller ID Number**

**101001636**

Everso-Waterproof-Inflatable-Green-Alien-Cosplay-Party-Costume-for-Kids-Adults-Halloween-Cosplay-Costume-with-Air Pump - Walmart.com

Party & Occasions / Halloween / Halloween Costumes / Inflatable Costumes

MAYBELLINE **America's #1 concealer***　　　　　　　　　　　　　　　　　　　　　Sponsored ⓘ









◄ Adult

Children's
▼



**$64.95**

Leg Avenue Creepy Clown Women's Halloween Fancy-Dress Costume for Adult, M-L

★★★☆☆ 6

2-day shipping



+3 options

**$40.99**

Inflatable Alien Hold me Costume Inflatable Costumes Halloween Costume Blow Up Costume Kid/Adult

★★★★☆ 113

3+ day shipping



**$45.95**

Morph Kids Jetpack Pick Me Up Inflatable Costume Multicolor One Size

2-day shipping

## About this item

### Product details　　　　　　　　　　　　　　　　　　　　　　　　　　　　　▲

Product features:
Color: green
Material: Polyester
Type: Adult
Recommended adult height: 160-200cm
Features: High-density 190T waterproof polyester fabric with good waterproof performance. The interface uses USB type, which is convenient for storing power and more durable than battery power.
Role: Halloween products, inflatable costumes, funny performance props
The package includes:
1X inflatable suit with fan
1X battery box (not include battery, you need to have four AA batteries)

- Made of high-quality polyester material, durable, waterproof, light weight, no need to worry about any tear or hole
- There are children's and adult's
- You can hit hard in the crowd, easily build and move, and you will become a shining point in the crowd, which will bring you and your friends a lot of happiness
- Suitable for Halloween, costume party, carnival, Easter, Christmas, party, role play, etc
- If the clothing cannot be fully inflated, loosen the ring and turn the fan to the front to better inflate. At the same time, pull the rope as tightly as possible

ⓘ **We aim to show you accurate product information.** Manufacturers, suppliers and others provide what you see here, and we have not verified it. See our disclaimer

### Specifications　　　　　　　　　　　　　　　　　　　　　　　　　　　　　▲

**Country of Origin - Textiles**
Imported

**Age Group**
Adult

**Brand**
Everso

**Gender**
Unisex

**Assembled Product Weight**
1.02 lb

**Size**
For Kids

**Manufacturer Part Number**
S1299913320[@#smile1

**Color**
Green

**Manufacturer**
Everso

**Assembled Product Dimensions (L x W x H)**
11.70 x 7.80 x 2.34 Inches

---

Directions ⌄

**Fabric Care Instructions**
Machine Washable

---

Warranty ⌄

**Warranty Information**
Please be aware that the warranty terms on items offered for sale by third party Marketplace sellers may differ from those displayed in this section (if any). To confirm warranty terms on an item offered for sale by a third party Marketplace seller, please use the 'Contact seller' feature on the third party Marketplace seller's information page and request the item's warranty terms prior to purchase.

---

Warnings ⌄

⚠ **WARNING:** None

---



$44.99

Rubie's B Space Jam Lebron Small
★★☆☆☆ 12
+3 options
3+ day shipping



$33.61

Inflatable Dinosaur Party costumes ,Cosplay disfraz Halloween Costumes For Adult kids
★☆☆☆☆ 3
+6 options
3+ day shipping



$36.99

Child Officially Licensed Boys Marvel Classic Spider-Man Costume Red and Blue
★★☆☆☆ 123
+3 options
3+ day shipping

›

---

💬 Report incorrect product information

---

 Earn 5% cash back on Walmart.com. See if you're pre-approved with no credit risk. Learn more

---

# 4.1 out of 5

★★★★☆ (8 reviews)

| | |
|---|---|
| 5 stars | 5 |
| 4 stars | 1 |
| 3 stars | 1 |
| 2 stars | 0 |
| 1 star | 1 |

See all reviews   Write a review

---

★★★★★ ✓ Verified Purchase ⓘ                    10/20/2021

**Cute costume!**

Fits true to size. Good quality. The small fit my average size 8 year old great.

craft1111

👍 0    👎 0

★★★★★                                          11/8/2021

**Best Costume Ever!**

Costume is awesome! Looks large when you open package but it needs to be for air. Everyone loved it!

Stacy1998

👍 0    👎 0

★★★★☆ ✓ Verified Purchase ⓘ                    10/31/2022

**Happy camper**

i was worried be at first appearence it seams cheaply made. happily, my daughter loved it and she wore it to several halloween events over the weekend with no problems

casey

👍 0    👎 0

★★★☆☆ ✓ Verified Purchase ⓘ                    11/11/2022

**Nice but came super late**

the item was nice as described, but came super later pass Halloween so had to buy another product and return this one. might be buying next year.

Tam   Incentivized Review ⓘ

👍 0    👎 0





10/18/23, 1:39 PM

‹ Back to item



**Joybuy Marketplace(U.S)**

★★★½☆    See all 4074 reviews
3.3 stars out of 5

**56%** ◯    Overall Positive Rating

Shop all seller items

🏠 Business Name: JD E Commerce
America Limited

📞 Contact seller

📞 (302) 426-4543

📍 19900 MacArthur Blvd, Suite 660
Irvine, CA 92612, US

About Seller

Tax policy

## More items from this seller











| | | | |
|---|---|---|---|
| + Add | + Add | + Add | + Add |
| **$35.65** | **$40.99** | **$11.53** | **$23.85** |
| Boy's Mario Toddler Halloween Costume | Everso Waterproof Inflatable Green Alien Cosplay Party Costume for Kids Adults... | White Lab Coat Doctor Hospital Scientist School Fancy Dress Costume for... | Superhero Costume Bodysuit for Kids Halloween Cosplay Jumpsuit 3D... |
| ★★★★☆ 13 | ★★★★☆ 8 | ★★★☆☆ 2 | ★★★★☆ 3 |

## Seller reviews

**3.3** out of **5**

★★★½☆ (4074 reviews)

| | |
|---|---|
| 5 stars | 1940 |
| 4 stars | 331 |
| 3 stars | 296 |
| 2 stars | 189 |
| 1 star | 1318 |

### Most helpful positive review

★★★★★

DEvice works well; shoppers need to order a special 6F22 - 9 Volt battery so the device works. They can buy it from Battery Plus store or online.

Gracie

**VS**

### Most helpful negative review

★☆☆☆☆

Took for ever to get. The sizing is not even close to American sizing.

Laurie

---

**4074 reviews**    Sort by ▸ Most Relevant ▾

★★★★★                                                    08/30/2023
DEvice works well; shoppers need to order a special 6F22 - 9 Volt battery so the device works. They can buy it from Battery Plus store or online.

Gracie

★★★☆☆                                                    05/17/2023
This unit seems to get pretty hot. The problem is: there doesn't seem to be an auto shut off or timer, so it will run indefinitely, which is probably not very safe. I need to decide if I want to return it or not based on this fact alone!

Dale

★★★★★                                                    06/15/2023
they came in separate zip bags, tiny of course %26 packaged well.

Trolls

★☆☆☆☆                                                    04/11/2023
Took for ever to get. The sizing is not even close to American sizing.

Laurie

★★★★★                                                    01/29/2023
This wall block charger must charges these batteries devices at lest 3-4 hrs or more to getting those batteries packs up to 50% or more percentages.

Chu3505

★★★☆☆                                                    10/15/2023
Mounting paper towels from the underside of the cabinet is going old school, but I liked the idea - it clears up some space on the counter. I also like the idea of being able to just slide the roll on to the rod. However, this one is about 2" too short for a standard roll of paper towels. It may say it's 11.2 inches, but the paper towels extend past the end of the rod and the roll slides off when you try to tear off the towels. We'll keep using it, but it doesn't work as expected.

Kathy

★☆☆☆☆                                                    10/14/2023
Same as the other answer false advertisement said the company was US California turns out came from China I am trying to order what I can from US know with Walmart that's very difficult but this was just playing out lying And I ordered it on October 6th it is now October 14th and I'm still not sure where the heck it is one says out for delivery another says it won't be in for another 6 to 7 days this is ridiculous. I would not recommend them anymore

Leah

★★★★★                                                    10/04/2023
When I received my watch I didn't realize the size of it. but it wasn't discomforting fit my wrist very well. when i showed to my friends they think I rob someone. I compare to my other watches and the size just blows my mind. I'll look for more watchs like this one and do my homework very carefully.



**Free shipping, arrives by Tue, Oct 31**

███████████

409 Broad St, Ste 260, Sewickley, PA 15143

Edit

Delivery instructions (optional)                    Add

Add access codes or other necessary information.

**Items details**                                   Hide details

**Arrives by Tue, Oct 31**                          1 item

Sold and shipped by Joybuy Marketplace(U.S)



Everso Waterproof Inflatable Green Alien Cosplay        **$35.99**
Party Costume for Kids Adults Halloween Cosplay...      ~~$42.99~~
Size: For Kids, Actual Color: Green

$7.00 from savings

Remove          [ −    1    + ]

**Place order for $38.51**

By placing this order, you agree to our Privacy Policy and Terms of Use

| Subtotal (1 item) | $42.99 |
| Savings | -$7.00 |
|  | $35.99 |
| Shipping | Free |
| Estimated taxes | $2.52 |
| **Estimated total** | **$38.51** |

Have a promo code?                    ⌄

## Payment method



We'll look for smart ways to pay
We'll suggest payment methods that work best with eligible items in your cart.

████████████████████                    $38.51

+ Add new payment                       Edit payment



Walmart+  Free 30-day trial
**Save with free delivery + so much more**
Restrictions apply.
Try Walmart+ free for 30 days

## Mobile contact

We'll contact you in case anything comes up with your order.

*Required field

**Phone number (10 digits)***

# Joybuy Seller Name

# Shenzhen Gejia Sheng technology Co., LTD

# Seller ID Number

# 13174

Case 2:23-cv-01840-WSS    Document 13-7    Filed 10/24/23    Page 18 of 29

Party & Occasions / Halloween / Halloween Costumes / Alien Costumes



ONE  Debit with rewards

Sponsored 









**Best seller**



+2 options

**Now $35.99** ~~$42.99~~
Options from $35.99 – $40.99

Everso Waterproof Inflatable Green Alien Cosplay Party Costume for Kids Adults Halloween Cosplay Costume with Air Pump

★★★★☆ 8

3+ day shipping



**$7.99**
2Pcs Funny Trick Alien Finger Gloves Cover Costume Props for Cosplay Halloween

3+ day shipping




**$3.83** +$3.39 shipping
2Pcs Funny Trick Alien Finger Gloves Cover Cos

3+ day shipping

1/3

## About this item

### Product details

Please kindly noted that this item is sold by Ge Jiasheng from Joybuy marketplace.

Feature 1、  Premium Material: Inflatable alien rider costumes are made of premium 190T waterproof polyester cloth, which is waterproof, lightweight, durable and comfortable to wear. 2、  Fine Crafted: Inflatable alien rider costumes are finely crafted with reinforced stitching to ensure that inflatable garments can be used for a long time and reused. 3、  Fun Look: Inflatable costumes are perfect for Halloween and parties, people will spot you a mile away; you're being carried by an Alien. 4、  Innovative Gifts: Inflatable alien rider cosplay outfit is stylish and unique, and kids will love this unique toy; Share this fun game with family and friends. 5、  Wide Scenes: Inflatable alien rider cosplay outfit suitable for indoor and outdoor, cosplay parties, homes, schools, beaches, lawns and gardens, etc.Item Type: Inflatable Alien Rider CostumesMaterial: 190T Waterproof Polyester ClothApplicable Specifications:Battery (Shipped Without Battery): AA Battery x 4How to Use: Use the Shipping Battery Case (Without Battery), Or Bring Your Own Power BankCraft: SewingScope of Activities: For Companies, Bars, Clubs, Dance Parties, Parks, TV Programs, Supermarket Chains, Hotel Chains, Annual Meeting Events, Carnivals, Opening Ceremonies, Weddings, EtcNote: Please Wipe with a Damp Cloth, Dry, Do Not Bleach, Wash or Dry Clean, And Iron It.
.wang-edit-text{
font-family:'Arial' !important;
}
.wang-edit-text table {
border-top: 1px solid #000;
border-left: 1px solid #000;
}
.wang-edit-text table td,
.wang-edit-text table th {
border-bottom: 1px solid #000;
border-right: 1px solid #000;
padding: 3px 5px;
}
.wang-edit-text table th {
text-align: center;
}Package List1 x

**Inflatable Alien Rider Costumes (With Battery Case and Fan)1 x Screw1 x Screwdriver1 x Instruction Manual Card**

Inflatable Alien Rider Costumes Innovative Fun Waterproof Alien Carry People Costume for Cosplay Party Festival

ⓘ  **We aim to show you accurate product information.** Manufacturers, suppliers and others provide what you see here, and we have not verified it.   See our disclaimer

## Specifications ⌃

**Brand**
QYMHOODS

## Warranty ⌃

**Warranty information**

Please be aware that the warranty terms on items offered for sale by third party Marketplace sellers may differ from those displayed in this section (if any). To confirm warranty terms on an item offered for sale by a third party Marketplace seller, please use the 'Contact seller' feature on the third party Marketplace seller's information page and request the item's warranty terms prior to purchase.

## Warnings ⌃

⚠️ WARNING: This product can expose you to chemicals including diethylhexyl phthalate or lead, which are known to the State of California to cause cancer and birth defects or other reproductive harm. For more information go to www.P65Warnings.ca.gov.

💬 Report incorrect product information

**Earn 5% cash back on Walmart.com.** See if you're pre-approved with no credit risk.    Learn more

☆☆☆☆☆ (0 reviews)

Write a review

This item doesn't have any reviews yet.

**Debit with rewards.** Get 3% cash back at Walmart, up to $50 a year. See terms for eligibility.    Learn more.

QYMHOODS

### Inflatable Alien Rider Costumes Innovative Fun Waterproof Alien Carry People Costume for Cosplay Party Festival

**$36.59**

Price when purchased online ⓘ

| Buy now | Add to cart |
|---|---|

**Size:** Children 120-140cm

| Children 120-140cm $36.59 | Adults 150-190cm $50.09 |
|---|---|

**How do you want your item?**

| 🚚 Shipping Fri, Oct 27 Free | 🏬 Pickup Not available | 🛍️ Delivery Not available |
|---|---|---|

Delivery to **409 Broad St**

Sold and shipped by **Joybuy Marketplace (Fashion)**

★★★☆☆ 3795 seller reviews

View seller information

🔵 Extended holiday returns    Details
Free Holiday returns until **Jan 31**

| 🔖 Add to list | 📋 Add to registry |
|---|---|



Sponsored

**$45.99**

Spooktacular Creations Creations Alien Costume for Adult, Funny Kidnapping Inflatable Costumes, Ride On Alien Air Blow Up Costumes for Halloween Costume Parties

2-day shipping

+ Add

Celebrating Black brands

Sponsored ⓘ













‹ Back to item



**Joybuy Marketplace (Fashion)**

★★★☆☆  See all 3795 reviews
3 stars out of 5

46%  Overall Positive Rating

Shop all seller items

🖥 Business Name: 663634622

✉ Contact seller

📞 (302) 426-4543

📍 Flat/Room 1903, 19/F, Lee Garden One
33 Hysan Avenue Causeway Bay
Hong Kong, WC 810002, HK

About Seller

Tax policy

### More items from this seller







| | | | |
|---|---|---|---|
| + Add | + Add | + Add | + Add |
| **$15.80** ~~$18.00~~ | **$10.99** | **$21.49** | **$15.48** ~~$17.97~~ |
| Valcatch 3 Pack Sports Bras for Women Wirefree Mesh Breathable Underwear with... | Womens Bikini Cover Up Dress Swim Beach Bathing Swimsuit Baggy Tunic Tops T... | TheFound Summer Dresses for Women Loose Cotton Turn-Down Top T Shirt Dress... | GingDin Women's Cardigans Lightweight Long Sleeve Open Front Sweater... |
| ★★★★☆ 221 | ★★★★☆ 87 | ★★★☆☆ 129 | ★★★☆☆ 192 |

### Seller reviews

**3** out of **5**

★★☆☆☆ (3795 reviews)

| | |
|---|---|
| 5 stars | 1396 |
| 4 stars | 349 |
| 3 stars | 343 |
| 2 stars | 271 |
| 1 star | 1436 |

**Most helpful positive review**

★★★★★

My product got to my home so quickly and so easy to use!

Kimberly


VS

**Most helpful negative review**

★★☆☆☆

Took VERY long to come and it is not American XL true to size. XL on the tag was skimpy for a lady medium. Super small. Very short to the thighs. The wrong color is stated. The picture shows burgundy, the words state gold. Burgundy was delivered.

Carmela

---

**3795 reviews**          Sort by | Most Relevant ▾

★★☆☆☆                                              07/27/2023
Took VERY long to come and it is not American XL true to size. XL on the tag was skimpy for a lady medium. Super small. Very short to the thighs. The wrong color is stated. The picture shows burgundy, the words state gold. Burgundy was delivered.

Carmela

★★★★★                                              09/19/2023
My product got to my home so quickly and so easy to use!

Kimberly

★★★★★                                              06/01/2023
My item was delivered on time and in excellent condition. Thank you!!

Char

★☆☆☆☆                                              05/17/2023
I ordered a Gray Tire Cover and received a Blue Tire Cover.

Greg

★☆☆☆☆                                              10/14/2023
The actual shipping process was quite slow %26 the hat arrived stuffed inside a small plastic bag, crumpled beyond any practical salvation. I initiated a return %26 was refunded immediately, no return necessary (draw your own conclusions from that). Instead of "linen" as mentioned in the description the hat is 100% polyester (no surprise considering the price) so I can't see steaming as an option. I may hang onto it for this year's "Dirty Santa" game to use as the gift that no one wants to be stuck with...

Dave

★★★★★                                              09/27/2023
To be honest i would definitely rate them 5 stars, cause the customer service was top tier with the friendly words of kindness and vigilant assistance is not something you would get anywhere. They made sure to resolve whatever issue that I had and still reached out with a resolution. Thank you again

Natonia

★★★★★                                              12/24/2022
Great experience with the merchant. Good product, value and fast shipping. Would recommend it.

ABC

★☆☆☆☆                                              08/29/2023
zero if i could. will not replace product that they didnt even send in the first place without every little piece of proof, shipping label, product (how can i show proof of product if i didnt receive) packaging that it came in... oh and will not refund me, even though i dont have what i paid for

Naomi



**Free shipping, arrives by Fri, Oct 27**

████████████                                                          Edit

409 Broad St, Ste 260, Sewickley, PA 15143

**Delivery instructions (optional)**                                  Add

Add access codes or other necessary information.

**Items details**                                                     Hide details

**Arrives by Fri, Oct 27**                                            1 item

Sold and shipped by Joybuy Marketplace (Fashion)



Inflatable Alien Rider Costumes Innovative Fun                        $36.59
Waterproof Alien Carry People Costume for Cosplay...
Size: Children 120-140cm

Remove                           [−  1  +]

### Place order for $39.15

By placing this order, you agree to our Privacy Policy and Terms of Use

| | |
|---|---|
| **Subtotal** (1 item) | $36.59 |
| Shipping | Free |
| **Estimated taxes** | $2.56 |
| **Estimated total** | **$39.15** |

Have a promo code?                                                    ∨

**Payment method**

We'll look for smart ways to pay
We'll suggest payment methods that work best with eligible items in your cart.

████████████████                                                     $39.15

+ Add new payment                                     Edit payment



Walmart+ Free 30-day trial
**Save with free delivery + so much more**
Restrictions apply.
Try Walmart+ free for 30 days

**Mobile contact**

We'll contact you in case anything comes up with your order.

*Required field

**Phone number (10 digits)***

████████████████████

Thanks for your order - Walmart.com

htt

Brian, your order is confirmed.

# Time to get excited. Your order is in the



**Walmart** Join today

**Members can save $1,300/year with free shipping and delivery***

We'll email details to ▇▇▇▇▇▇▇▇▇▇▇

Order #200011132199053 | $39.15

**spark**good.    **Small acts lead to big impact in your community**

Round up to the nearest whole dollar the next time you check out.    Select a lo

   **Free shipping, arrives by Fri, Oct 27**

▇▇▇▇▇▇▇▇▇▇

409 Broad St, Ste 260, Sewickley, PA 15143

One-time purchase (1 item)



   **Make it easier to sign in**

# Joybuy Seller Name

# Shenzhen Lidar Electronics Co., LTD

# Seller ID Number

# 10076

Toys / Pretend Play / Costumes For Kids / All Kids Costumes & Dress-Up

 **Proven to be superior\***

Sponsored ⓘ















**$57.98**

Morph Kids Alien Pick Me Up Inflatable Costume Boys Girls Halloween Halloween green One Size

★★★★★ 2

3+ day shipping



**$40.95**

Morph Kids Giant Inflatable Alien Costume Boys Girls Waving Blow Up Tube Halloween Green One Size

2-day shipping

 

**$28.99**

EraSpooky Kids Astronaut Costume Spaceman C Halloween Party Carnival Dress up XL

3+ day shipping

## About this item

### Product details

Party Jumpsuit Costumes Inflatable Carnival Funny Clothes Alien Cosplay

Feature:

Size :This ET alien costume is one size fits ages 6-12 years

Material: Our ET alien inflatable suit is made of high quality ,waterproof polyester . Suit for : Mens and Women and teen and children for party , ,scary game ,etc

Convenience:Self-inflates in seconds ,easy to wear and deflate. Package Include: 1 xET Costume ,1 x Fan ! 4 x AA batteries required (NOT INCLUDE) ! The product has very smooth edges in result in no scratch injure for hand.

Simply step inside the costume and click your battery belt clip to turn on the fan. Once zipped up, the costume inflates in seconds.

Suit for bars, clubs, party, parks, television programs, supermarket , opening ceremonies, weddings etc.

Parameter :

Material: waterproof polyester

Color: as show

Size: for 47 to 59 inches (3.9ft to 4.9ft) adult and teen to wea

Shape:Alien

Quantity: 1pc

Warning:

Keep away from fire , the material is not fireproof,it's dangerous to close the fire.

package contents:

1 x Party Jumpsuit Costumes Inflatable Carnival Funny Clothes Alien Cosplay

- baby toys;adult toys
- toys for girls;toys for 1 year old
- toys for boys 4-6;farm animal toys
- toys for 3 year old boys
- adult sex toys & games

ⓘ **We aim to show you accurate product information.** Manufacturers, suppliers and others provide what you see here, and we have not verified it. See our disclaimer

### Specifications

**Country of Origin - Textiles**

USA and Imported

**Age Group**

Child

**Brand**
Sehao

**Gender**
Unisex

**Theme**
Fashion

**Assembled Product Weight**
1.13 lb

**Size**
One Size

**Manufacturer Part Number**
Sehao

**Color**
Green B

**Manufacturer**
1041103855

**Assembled Product Dimensions (L x W x H)**
13.26 x 7.41 x 2.73 Inches

---

**Warranty**                                                                                                    ⌃

**Warranty information**

Please be aware that the warranty terms on items offered for sale by third party Marketplace sellers may differ from those displayed in this section (if any). To confirm warranty terms on an item offered for sale by a third party Marketplace seller, please use the 'Contact seller' feature on the third party Marketplace seller's information page and request the item's warranty terms prior to purchase.

---

**Warnings**                                                                                                    ⌃

⚠ **WARNING:** This product can expose you to chemicals including diethylhexyl phthalate or lead, which are known to the State of California to cause cancer and birth defects or other reproductive harm. For more information go to www.P65Warnings.ca.gov.

💬 Report incorrect product information

---

 **Earn 5% cash back on Walmart.com.** See if you're pre-approved with no credit risk.    Learn more

---

☆☆☆☆☆ (0 reviews)

Write a review

This item doesn't have any reviews yet.

---

💳 **Debit with rewards.** Get 3% cash back at Walmart, up to $50 a year. See terms for eligibility.    Learn more.

---

Sehao

**Toys Party Jumpsuit Costumes Inflatable Carnival Funny Clothes Alien Cosplay Cloth Green B**

**$42.77**

Price when purchased online ⓘ

 Buy now

Add to cart

**Size:** One Size

One Size
$42.77

**Actual Color:** Green B



**How do you want your item?**

🚚 Shipping
Mon, Oct 30
Free

🏬 Pickup
Not available

🛍 Delivery
Not available

Delivery to  409 Broad St

Sold and shipped by Joybuy Marketplace

⭐⭐⭐ 64682 seller reviews
View seller information

Extended holiday returns    Details
Free Holiday returns until Jan 31

♡ Add to list              Add to registry



‹ Back to item



**Joybuy Marketplace**

★★★☆☆

See all 64682 reviews

3 stars out of 5

**46%** Overall Positive Rating

Shop all seller items

🏠 Business Name: Jingdong E-Commerce (Trade) Hong Kong Corporation Limited

✉️ Contact seller

📞 (302) 426-4543

📍 FLAT/RM 1903 19/F, LEE GARDEN ONE 33 HYSAN AVENUE CAUSEWAY BAY Hong Kong, WC 810002, HK

About Seller

Tax policy

### More items from this seller







**$29.99**
Scream Boy's Halloween Fancy-Dress Costume for Child, Regular One Size
★★★☆☆ 29

**$19.90**
Adult's Harry Potter Robe- Gryffindor
★★★★☆ 29

**$21.89**
Kids Dinosaur Costume, Animal Onesie Pajamas Cartoon Romper Boy Girl...
★★★★★ 6

**$23.99** $28.99
BanKids Wednesday Addams Girls Costume Dress Addams Family Cosplay Girls Party...
★★★★☆ 11

### Seller reviews

**3** out of **5**

★★★☆☆ (64682 reviews)

| | |
|---|---|
| 5 stars | 23200 |
| 4 stars | 6631 |
| 3 stars | 5903 |
| 2 stars | 4377 |
| 1 star | 24571 |

**Most helpful positive review**          VS          **Most helpful negative review**

★★★★★
small fits about a 8 lb. cat velcro at neck, maybe just a little heavier.. it's made so they can't pull out of it easily, just don't make it a bad session you yelling cat afraid, talk and massage the toes easily.. have a treat even if you don't complete all toes- make it a good thing...

Jpen

★☆☆☆☆
They kept asking what happen to the item after clearly stating to then it arrived broken. I just returned it back to them for a refund.

MsRatliff

**64682 reviews**    Sort by | Most Relevant ▾

★★★★★                                    07/18/2023
small fits about a 8 lb. cat velcro at neck, maybe just a little heavier.. it's made so they can't pull out of it easily, just don't make it a bad session you yelling cat afraid, talk and massage the toes easily.. have a treat even if you don't complete all toes- make it a good thing...

Jpen

★☆☆☆☆                                    10/15/2023
They kept asking what happen to the item after clearly stating to then it arrived broken. I just returned it back to them for a refund.

MsRatliff

★☆☆☆☆                                    03/30/2023
This seller misrepresented its product in the listing pictures. What we received has no resemblance whatsoever to the photos of what we should have received. It was shocking.

ALISON

★☆☆☆☆                                    10/14/2023
Don't try to sell this product, just give as a sample product.

Catherine

★☆☆☆☆                                    07/04/2023
i tried to cut a pencil 🖍️ %26 it didn't cut it. just wasted my money and time purchasing this piece of junk.

Blanca

★★☆☆☆                                    09/09/2023
wished I had noticed this before I ordered I have had problems with yhis place before.

Mark

★★★☆☆                                    09/08/2023
It took a little longer than I had hoped to receive it.

Sunnnie1

★★☆☆☆                                    05/05/2023
The order was short one charger in the 2 pack that I ordered. Try to hear back from the company have not heard a thing after 7 days.

Ted

★☆☆☆☆                                    04/21/2023
took forever but, it's China. the bathing suits are soooo terrible it was hard to imagine anyone capable of this crap.

lakecrazey

★★★★★                                    03/28/2023
Very satisfied with the purchase. Wasn't expecting a sturdy, last along time clock. Glad it runs accurately and suited my taste. Packaged in a box.

LinBeMe



Place order for $45.76

By placing your order, you agree to our Privacy Policy and Terms of Use

| | |
|---|---|
| **Subtotal** (1 item) | $42.77 |
| Shipping | Free |
| **Estimated taxes** | $2.99 |
| **Estimated total** | **$45.76** |

Have a promo code?                    ⌄



Free shipping, arrives by Mon, Oct 30

▮▮▮▮▮▮▮▮                                    Edit

409 Broad St, Ste 260, Sewickley, PA 15143

### Delivery instructions (optional)                    Add

Add access codes or other necessary information.

### Items details                                      Hide details

**Arrives by Mon, Oct 30**                              1 item

Sold and shipped by Joybuy Marketplace

Toys Party Jumpsuit Costumes Inflatable Carnival
Funny Clothes Alien Cosplay Cloth Green B          $42.77
Size: One Size, Actual Color: Green B

Remove        −   1   +



### 💼 Payment method

💲  **We'll look for smart ways to pay**
    We'll suggest payment methods that work best with eligible items in your cart.

▮▮▮▮▮▮▮▮                                    $45.76

+ Add new payment                           Edit payment



Walmart+ Free 30-day trial
**Save with free delivery + so much more**
Restrictions apply.
Try Walmart+ free for 30 days



### 📱 Mobile contact

We'll contact you in case anything comes up with your order.

*Required field

**Phone number (10 digits)***

▮▮▮▮▮▮▮▮