

Brian, your order is confirmed.

# Time to get excited. Your order is in the



**Walmart** Join today

**Members can save $1,300/year with free shipping and delivery***

We'll email details to ████████████████

Order #200011284905468 | $45.76

**spark**good. **Small acts lead to big impact in your community**

Round up to the nearest whole dollar the next time you check out.    Select a lo



## Free shipping, arrives by Mon, Oct 30

████████████████

409 Broad St, Ste 260, Sewickley, PA 15143

One-time purchase (1 item)



 **Make it easier to sign in**

**Joybuy Seller Name**

**Shenzhen Mojin Technology Co., LTD**

**Seller ID Number**

**13047**

Party & Occasions  /  Halloween  /  Halloween Costumes  /  Alien Costumes

 ICE BREAKERS Gum & Mint                                    Sponsored 






**$57.98**

Morph Kids Alien Pick Me Up Inflatable Costume Boys Girls Halloween Halloween green One Size

★★★★★ 2

3+ day shipping



+5 options

**$57.98**

Options from $57.98 – $82.98

Kids Oversized Alien Costume

★★★★☆ 2

3+ day shipping

 

+3 options

**$37.98**

Toddler Alien Costume

3+ day shipping

## About this item

### Product details

Please kindly noted that this item is sold by Shenzhen Mujin Technology Co. from Joybuy marketplace.

Feature:

Size :This ET alien costume is one Size fit most adults,suitable for 59 to 78.4 inches (4.9ft to 6ft) adult and teen to wea

Material: Our ET alien inflatable suit is made of high quality ,waterproof polyester .

Suit for : Mens and Women and teen and children for halloween party ,cosplay ,scary game ,etc

Convenience:Self-inflates in seconds ,easy to wear and deflate.

Package Include: 1 xET Costume ,1 x Fan ! 4 x AA batteries required (NOT INCLUDE) !

The product has very smooth edges in result in no scratch injure for kids hand.

Simply step inside the costume and click your battery belt clip to turn on the fan. Once zipped up, the costume inflates in seconds.

Suit for bars, clubs, party, parks, television programs, supermarket , opening ceremonies, weddings etc.

Parameter:

Material: waterproof polyester

Color: as show

Size: for 59 to 78.4 inches (4.9ft to 6ft) adult and teen to wea

Shape:Alien

Quantity: 1pc

Warning:

**Keep away from fire , the material is not fireproof,it's dangerous to close the fire.**

package contents:

**1 x Party Jumpsuit Costumes Inflatable Carnival Funny Clothes Alien Cosplay**

Inflatable Costume for Kid/Adult, Inflatable Alien Costume Kids, Alien Holding

ⓘ **We aim to show you accurate product information.** Manufacturers, suppliers and others provide what you see here, and we have not verified it. See our disclaimer

Specifications ⌃

**Brand**
Shioyonge

Warranty ⌃

**Warranty information**
Please be aware that the warranty terms on items offered for sale by third party Marketplace sellers may differ from those displayed in this section (if any). To confirm warranty terms on an item offered for sale by a third party Marketplace seller, please use the 'Contact seller' feature on the third party Marketplace seller's information page and request the item's warranty terms prior to purchase.

Warnings ⌃

⚠ **WARNING:** This product can expose you to chemicals including diethylhexyl phthalate or lead, which are known to the State of California to cause cancer and birth defects or other reproductive harm. For more information go to www.P65Warnings.ca.gov.

💬 Report incorrect product information

**Earn 5% cash back on Walmart.com.** See if you're pre-approved with no credit risk.    Learn more

☆☆☆☆☆ (0 reviews)

Write a review

This item doesn't have any reviews yet.

**Debit with rewards.** Get 3% cash back at Walmart, up to $50 a year. See terms for eligibility.    Learn more.

✓ Bought 1 time
Last purchased on October 18, 2023
Actual Color: Kid

Shioyonge
**Inflatable Costume for Kid/Adult, Inflatable Alien Costume Kids, Alien Holding**

**$44.99**
Price when purchased online ⓘ

| Buy now | Add to cart |
|---------|-------------|

**Actual Color:** Kid

| $51.99 | $50.99 | $44.99 |
|--------|--------|--------|

**How do you want your item?**

| 🚚 Shipping<br>Mon, Oct 30<br>Free | 🚗 Pickup<br>Not available | 🛍 Delivery<br>Not available |
|---|---|---|

Delivery to  **409 Broad St**

🛍 Sold and shipped by **Joybuy Marketplace**

★★★☆☆ 64682 seller reviews
View seller information

◉ Extended holiday returns   Details
Free Holiday returns until Jan 31

| ♡ Add to list | 🎁 Add to registry |
|---------------|--------------------|



‹ Back to item




**Joybuy Marketplace**

★★★☆☆

See all 64682 reviews

3 stars out of 5

46% | Overall Positive Rating

Shop all seller items

🏠 Business Name: Jingdong E-Commerce (Trade) Hong Kong Corporation Limited

✉️ Contact seller

📞 (302) 426-4543

📍 FLAT/RM 1903 19/F, LEE GARDEN ONE
33 HYSAN AVENUE CAUSEWAY BAY
Hong Kong, WC 810002, HK

About Seller

Tax policy

**More items from this seller**







| $29.99 | $19.90 | $21.89 | $23.99 $28.99 |
|---|---|---|---|
| Scream Boy's Halloween Fancy-Dress Costume for Child, Regular One Size | Adult's Harry Potter Robe-Gryffindor | Kids Dinosaur Costume, Animal Onesie Pajamas Cartoon Romper Boy Girl... | BanKids Wednesday Addams Girls Costume Dress Addams Family Cosplay Girls Party... |
| ★★★☆☆ 29 | ★★★★☆ 29 | ★★★★★ 6 | ★★★★☆ 11 |

**Seller reviews**

## 3 out of 5

★★★☆☆ (64682 reviews)

| 5 stars | 23200 |
|---|---|
| 4 stars | 6631 |
| 3 stars | 5903 |
| 2 stars | 4377 |
| 1 star | 24571 |

**Most helpful positive review**                    **Most helpful negative review**


VS

★★★★★

small fits about a 8 lb. cat velcro at neck, maybe just a little heavier.. it's made so they can't pull out of it easily, just don't make it a bad session you yelling cat afraid, talk and massage the toes easily.. have a treat even if you don't complete all toes- make it a good thing...

Jpen

★☆☆☆☆

They kept asking what happen to the item after clearly stating to then it arrived broken. I just returned it back to them for a refund.

MsRatliff

**64682 reviews**     Sort by | Most Relevant ▾

★★★★★                                            07/18/2023
small fits about a 8 lb. cat velcro at neck, maybe just a little heavier.. it's made so they can't pull out of it easily, just don't make it a bad session you yelling cat afraid, talk and massage the toes easily.. have a treat even if you don't complete all toes- make it a good thing...

Jpen

★☆☆☆☆                                            10/15/2023
They kept asking what happen to the item after clearly stating to then it arrived broken. I just returned it back to them for a refund.

MsRatliff

★☆☆☆☆                                            03/30/2023
This seller misrepresented its product in the listing pictures. What we received has no resemblance whatsoever to the photos of what we should have received. It was shocking.

ALISON

★☆☆☆☆                                            10/14/2023
Don't try to sell this product, just give as a sample product.

Catherine

★☆☆☆☆                                            07/04/2023
i tried to cut a pencil 🖊️ %26 it didn't cut it. just wasted my money and time purchasing this piece of junk.

Blanca

★★☆☆☆                                            09/09/2023
wished I had noticed this before I ordered I have had problems with this place before.

Mark

★★★☆☆                                            09/08/2023
It took a little longer than I had hoped to receive it.

Sunnnie1

★★☆☆☆                                            05/05/2023
The order was short one charger in the 2 pack that I ordered. Try to hear back from the company have not heard a thing after 7 days.

Ted

★☆☆☆☆                                            04/25/2023
took forever but, it's China. the bathing suits are soooo terrible it was hard to imagine anyone capable of this crap.

lakecrazey

★★★★★                                            03/28/2023
Very satisfied with the purchase. Wasn't expecting a sturdy, last along time clock. Glad it runs accurately and suited my taste. Packaged in a box.

LinBeMe



**Place order for $44.99**

By placing this order, you agree to our Privacy Policy and Terms of Use

| | |
|---|---|
| **Subtotal** (1 item) | $44.99 |
| Shipping | Free |
| **Estimated taxes** | $0.00 |
| **Estimated total** | $44.99 |

Have a promo code?



Free shipping, arrives by Mon, Oct 30

██████████████                                          Edit

409 Broad St, Ste 260, Sewickley, PA 15143

**Delivery instructions (optional)**                     Add

Add access codes or other necessary information.

**Items details**                                        Hide details

**Arrives by Mon, Oct 30**                               1 item

Sold and shipped by Joybuy Marketplace

Inflatable Costume for Kid/Adult, Inflatable Alien Costume Kids, Alien Holding                    $44.99
Actual Color: Kid

Remove        [ − 1 + ]



**Payment method**

**We'll look for smart ways to pay**
We'll suggest payment methods that work best with eligible items in your cart.

████████████████                                    $44.99

+ Add new payment                              Edit payment



Walmart+ Free 30-day trial
**Save with free delivery + so much more**
Restrictions apply.
Try Walmart+ free for 30 days



**Mobile contact**

We'll contact you in case anything comes up with your order.

*Required field

**Phone number (10 digits)***

████████████████



Brian, your order is confirmed.

# Time to get excited. Your order is in the



**Walmart** ✷  Join today

**Members can save $1,300/year with free shipping and delivery***

We'll email details to ████████████

Order #200011288330129 | $44.99

**spark**good.  **Small acts lead to big impact in your community**

Round up to the nearest whole dollar the next time you check out.  <u>Select a lo</u>



## Free shipping, arrives by Mon, Oct 30

████████████

409 Broad St, Ste 260, Sewickley, PA 15143

One-time purchase (1 item)





**Make it easier to sign in**

# Joybuy Seller Name

# Shenzhen Yanghui Technology Co., LTD

# Seller ID Number

# 8764

Party & Occasions / Halloween / Halloween Costumes / Alien Costumes

 Visit Walmart ACC

Sponsored ⓘ











---



$7.99

2Pcs Funny Trick Alien Finger Gloves Cover Costume Props for Cosplay Halloween

3+ day shipping



$3.83  +$3.39 shipping

2Pcs Funny Trick Alien Finger Gloves Cover Costume Props for Cosplay Halloween

3+ day shipping



$3.54  +$3.77 shipping

2Pcs Funny Trick Alien Finger Gloves Cover Cos

3+ day shipping



## About this item

**Product details** ⌃

Please kindly noted that this item is sold by August from Joybuy marketplace.

Party Jumpsuit Costumes Inflatable Carnival Funny Clothes Alien Cosplay
Feature:
Size :This ET alien costume is one Size fit most adults,suitable for 59 to 78.4 inches (4.9ft to 6ft) adult and teen to wea
Material: Our ET alien inflatable suit is made of high quality ,waterproof polyester . Suit for : Mens and Women and teen and children for halloween party ,cosplay ,scary game ,etc Convenience:Self-inflates in seconds ,easy to wear and deflate. Package Include: 1
xET Costume ,1 x Fan ! 4 x AA batteries required (NOT INCLUDE) ! The product has very smooth edges in result in no scratch injure for kids hand.
Simply step inside the costume and click your battery belt clip to turn on the fan. Once zipped up, the costume inflates in seconds.
Suit for bars, clubs, party, parks, television programs, supermarket , opening ceremonies, weddings etc.
Parameter:
Material: waterproof polyester
Color: as show
Size: for 59 to 78.4 inches (4.9ft to 6ft) adult and teen to wea
Shape:Alien
Quantity: 1pc
Warning:
Keep away from fire , the material is not fireproof,it's dangerous to close the fire.
package contents:
1 x Party Jumpsuit Costumes Inflatable Carnival Funny Clothes Alien Cosplay

Party Jumpsuit Costumes Inflatable Carnival Funny Clothes Alien Cosplay

ⓘ **We aim to show you accurate product information.** Manufacturers, suppliers and others provide what you see here, and we have not verified it.    See our disclaimer

**Specifications** ⌃

**Country of Origin - Textiles**
Imported

**Brand**

TOYFUNNY

**Assembled Product Weight**
12 g

**Color**
A

**Assembled Product Dimensions (L x W x H)**
14.00 x 0.80 x 0.80 Inches

Warranty ^

**Warranty information**

Please be aware that the warranty terms on items offered for sale by third party Marketplace sellers may differ from those displayed in this section (if any). To confirm warranty terms on an item offered for sale by a third party Marketplace seller, please use the 'Contact seller' feature on the third party Marketplace seller's information page and request the item's warranty terms prior to purchase.

Warnings ^

⚠ WARNING: This product can expose you to chemicals including diethylhexyl phthalate or lead, which are known to the State of California to cause cancer and birth defects or other reproductive harm. For more information go to www.P65Warnings.ca.gov.

💬 Report incorrect product information

 **Earn 5% cash back on Walmart.com.** See if you're pre-approved with no credit risk. Learn more

☆☆☆☆☆ (0 reviews)

Write a review

This item doesn't have any reviews yet.

 **Debit with rewards.** Get 3% cash back at Walmart, up to $50 a year. See terms for eligibility. Learn more.

✓ **Bought 1 time**
Last purchased on October 18, 2023
Actual Color: A

TOYFUNNY

**Party Jumpsuit Costumes Inflatable Carnival Funny Clothes Alien Cosplay**

## $36.59

Price when purchased online ⓘ

 Buy now  |  Add to cart

**Actual Color:** A

$36.59

**How do you want your item?**


Shipping
Mon, Oct 30
Free


Pickup
Not available


Delivery
Not available

Delivery to **409 Broad St**

🏷 Sold and shipped by **Joybuy Marketplace**

★★★☆☆ 64682 seller reviews
View seller information

🔵 **Extended holiday returns** Details
Free Holiday returns until **Jan 31**

♡ Add to list  |  🗒 Add to registry


Sponsored
**$45.99**
Spooktacular Creations Creations Alien Costume for Adult, Funny Kidnapping Inflatable Costumes, Ride On Alien Air Blow Up Costumes for Halloween Costume Parties

2-day shipping

+ Add





‹ Back to item




**Joybuy Marketplace**

★★★☆☆

See all 64682 reviews
3 stars out of 5

46%  Overall Positive Rating

Shop all seller items

🏠  Business Name: Jingdong E-Commerce
    (Trade) Hong Kong Corporation Limited

✉️  Contact seller

📞  (302) 426-4543

📍  FLAT/RM 1903 19/F, LEE GARDEN
    ONE
    33 HYSAN AVENUE CAUSEWAY BAY
    Hong Kong, WC 810002, HK

About Seller

Tax policy

**More items from this seller**







| $29.99 | $19.90 | $21.89 | $23.99 $28.99 |
|---|---|---|---|
| Scream Boy's Halloween Fancy-Dress Costume for Child, Regular One Size | Adult's Harry Potter Robe-Gryffindor | Kids Dinosaur Costume, Animal Onesie Pajamas Cartoon Romper Boy Girl... | BanKids Wednesday Addams Girls Costume Dress Addams Family Cosplay Girls Party... |
| ★★★☆☆ 29 | ★★★★☆ 29 | ★★★★★ 6 | ★★★★☆ 11 |

**Seller reviews**

**3** out of **5**
★★★☆☆ (64682 reviews)

| | |
|---|---|
| 5 stars | 23200 |
| 4 stars | 6631 |
| 3 stars | 5903 |
| 2 stars | 4377 |
| 1 star | 24571 |

**Most helpful positive review**          **Most helpful negative review**

VS

★★★★★
small fits about a 8 lb. cat velcro at neck, maybe just a little heavier.. it's made so they can't pull out of it easily, just don't make it a bad session you yelling cat afraid, talk and massage the toes easily.. have a treat even if you don't complete all toes- make it a good thing...

Jpen

★☆☆☆☆
They kept asking what happen to the item after clearly stating to then it arrived broken. I just returned it back to them for a refund.

MsRatliff

---

**64682 reviews**          Sort by | Most Relevant ▾

★★★★★                                                07/18/2023
small fits about a 8 lb. cat velcro at neck, maybe just a little heavier.. it's made so they can't pull out of it easily, just don't make it a bad session you yelling cat afraid, talk and massage the toes easily.. have a treat even if you don't complete all toes- make it a good thing...

Jpen

★☆☆☆☆                                                10/15/2023
They kept asking what happen to the item after clearly stating to then it arrived broken. I just returned it back to them for a refund.

MsRatliff

★☆☆☆☆                                                03/30/2023
This seller misrepresented its product in the listing pictures. What we received has no resemblance whatsoever to the photos of what we should have received. It was shocking.

ALISON

★☆☆☆☆                                                10/14/2023
Don't try to sell this product, just give as a sample product.

Catherine

★☆☆☆☆                                                07/04/2023
i tried to cut a pencil 🖍️ %26 it didn't cut it. just wasted my money and time purchasing this piece of junk.

Blanca

★★☆☆☆                                                09/09/2023
wished I had noticed this before I ordered I have had problems with yhis place before.

Mark

★★★☆☆                                                09/08/2023
It took a little longer than I had hoped to receive it.

Sunnie1

★★☆☆☆                                                05/05/2023
The order was short one charger in the 2 pack that I ordered. Try to hear back from the company have not heard a thing after 7 days.

Ted

★☆☆☆☆                                                04/25/2023
took forever but, it's China. the bathing suits are soooo terrible it was hard to imagine anyone capable of this crap.

lakecrazey

★★★★★                                                03/28/2023
Very satisfied with the purchase. Wasn't expecting a sturdy, last along time clock. Glad it runs accurately and suited my taste. Packaged in a box.

LinBeMe



**Place order for $36.59**

By placing this order, you agree to our <u>Privacy Policy</u> and <u>Terms of Use</u>

| | |
|---|---|
| **Subtotal** (1 item) | $36.59 |
| Shipping | Free |
| **Estimated taxes** | $0.00 |
| **Estimated total** | **$36.59** |

Have a promo code?    ⌄



Free shipping, arrives by **Mon, Oct 30**

███████████                                                    <u>Edit</u>

409 Broad St, Ste 260, Sewickley, PA 15143

**Delivery instructions (optional)**                            <u>Add</u>

Add access codes or other necessary information.

**Items details**                                              <u>Hide details</u>

**Arrives by Mon, Oct 30**                                      1 item

Sold and shipped by Joybuy Marketplace

Party Jumpsuit Costumes Inflatable Carnival Funny        $36.59
Clothes Alien Cosplay

Actual Color: A

Remove          −   1   +



🗎  **Payment method**

We'll look for smart ways to pay
We'll suggest payment methods that work best with eligible items in your cart.

████████████████████████              $36.59

<u>+ Add new payment</u>                        Edit payment



Walmart+  Free 30-day trial
**Save with free delivery + so much more**
Restrictions apply.
<u>Try Walmart+ free for 30 days</u>



📱  **Mobile contact**

We'll contact you in case anything comes up with your order.

*Required field

**Phone number (10 digits)***

████████████



Brian, your order is confirmed.

# Time to get excited. Your order is in the



**Walmart** +   Join today

**Members can save $1,300/year with free shipping and delivery***

We'll email details to ██████████████

Order #200011362338170 | $36.59

**spark**good.   **Small acts lead to big impact in your community**

Round up to the nearest whole dollar the next time you check out.   Select a lo



## Free shipping, arrives by Mon, Oct 30

████████████████

409 Broad St, Ste 260, Sewickley, PA 15143

One-time purchase (1 item)





**Make it easier to sign in**

# Joybuy Seller Name

# Shenzhen Yanghui Technology Co., LTD


# Seller ID Number

# 7360

Toys / Pretend Play / Costumes For Kids / All Kids Costumes & Dress-Up

 **Dare to be truly you**

Sponsored 









---



$57.98

Morph Kids Alien Pick Me Up Inflatable Costume Boys Girls Halloween Halloween green One Size

★★★★★ 2

3+ day shipping

---

Reduced price



+2 options

Now $26.99 $30.50
Options from $26.99 – $34.99

GOOSH 48 inch Inflatable Dinosaur Costume for Kids, Kids Halloween Costume for Boys Girls, Funny Blow Up Costumes for Halloween Party Cosplay

★★★★★ 12

3+ day shipping

---



+5 options

$57.98
Options from $57.98 – $82.98

Kids Oversized Alien Costume

★★★★☆ 2

3+ day shipping



---

## About this item

### Product details

Party Jumpsuit Costumes Inflatable Carnival Funny Clothes Alien Cosplay
Feature:
Size :This ET alien costume is one Size fit most adults,suitable for 59 to 78.4 inches (4.9ft to 6ft) adult and teen to wea
Material: Our ET alien inflatable suit is made of high quality ,waterproof polyester . Suit for : Mens and Women and teen and children for halloween party ,cosplay ,scary game ,etc Convenience:Self-inflates in seconds ,easy to wear and deflate. Package Include: 1 xET Costume ,1 x Fan ! 4 x AA batteries required (NOT INCLUDE) ! The product has very smooth edges in result in no scratch injure for kids hand.
Simply step inside the costume and click your battery belt clip to turn on the fan. Once zipped up, the costume inflates in seconds.
Suit for bars, clubs, party, parks, television programs, supermarket , opening ceremonies, weddings etc.
Parameter:
Material: waterproof polyester
Color: as show
Size: for 59 to 78.4 inches (4.9ft to 6ft) adult and teen to wea
Shape:Alien
Quantity: 1pc
Warning:
Keep away from fire , the material is not fireproof,it's dangerous to close the fire.
package contents:
1 x Party Jumpsuit Costumes Inflatable Carnival Funny Clothes Alien Cosplay

- Stuffed plush doll with fashion lovely shape.
- Helps encourage your child's imagination and role play skills.
- Ideal birthday gift, Christmas present or stocking filler
- Role play is a great way of exploring imagination and developing social skills
- When you look at it, they're so cute that you may feel better, or even all your bad feelings be gone.It can be a stress reliever.

ⓘ **We aim to show you accurate product information.** Manufacturers, suppliers and others provide what you see here, and we have not verified it. See our disclaimer

### Specifications

**Country of Origin - Textiles**
Imported

**Age Group**

Child

**Brand**

Yiwula

**Gender**

Unisex

**Manufacturer Part Number**

47*

**Color**

A

**Manufacturer**

genmaisiquanjia

**Assembled Product Dimensions (L x W x H)**

14.00 x 9.60 x 4.40 Inches

Warranty ⌃

**Warranty information**

Please be aware that the warranty terms on items offered for sale by third party Marketplace sellers may differ from those displayed in this section (if any). To confirm warranty terms on an item offered for sale by a third party Marketplace seller, please use the 'Contact seller' feature on the third party Marketplace seller's information page and request the item's warranty terms prior to purchase.

Warnings ⌃

⚠ **WARNING:** None

💬 Report incorrect product information

💳 **Earn 5% cash back on Walmart.com.** See if you're pre-approved with no credit risk. Learn more

☆☆☆☆☆ (0 reviews)

Write a review

This item doesn't have any reviews yet.

💳 **Debit with rewards.** Get 3% cash back at Walmart, up to $50 a year. See terms for eligibility. Learn more.

Reduced price

Yiwula

**Party Jumpsuit Costumes Inflatable Carnival Funny Clothes Alien Cosplay**

**Now $39.78**  $66.30  ⓘ

You save  $26.52

Price when purchased online ⓘ

| Buy now | Add to cart |
|---|---|

Actual Color: A

A
$39.78

**How do you want your item?**


Shipping
Tue, Oct 31
Free

🚗 Pickup
Not available

📦 Delivery
Not available

Delivery to  409 Broad St

🛍 Sold and shipped by Joybuy Marketplace

★★★☆☆ 64682 seller reviews

View seller information

🔵 Extended holiday returns   Details
Free Holiday returns until Jan 31

♡ Add to list | 🎁 Add to registry |



Sponsored
**Now $16.99** $20.29

Halloween Costumes for Girls, Colorful Clown Costume with Hat & Rainbow Tutu Skirt, Halloween, Christmas, Birthdays, Carnivals Party Clothing for Girls

2-day shipping

+ Add

  

‹ Back to item

 JOYBUY

**Joybuy Marketplace**

★★★☆☆
See all 64682 reviews
3 stars out of 5

46%   Overall Positive Rating

Shop all seller items

🏠  Business Name: Jingdong E-Commerce (Trade) Hong Kong Corporation Limited

✉️  Contact seller

📞  (302) 426-4543

📍  FLAT/RM 1903 19/F, LEE GARDEN ONE
33 HYSAN AVENUE CAUSEWAY BAY
Hong Kong, WC 810002, HK

About Seller

Tax policy

**More items from this seller**


+ Add


+ Add


+ Add


+ Add

›

| $29.99 | $19.90 | $21.89 | $23.99  $28.99 |

Scream Boy's Halloween Fancy-Dress Costume for Child, Regular One Size
★★★☆☆ 29

Adult's Harry Potter Robe- Gryffindor
★★★★☆ 29

Kids Dinosaur Costume, Animal Onesie Pajamas Cartoon Romper Boy Girl...
★★★★★ 6

BanKids Wednesday Addams Girls Costume Dress Addams Family Cosplay Girls Party...
★★★★☆ 11

**Seller reviews**

**3** out of **5**
★★★☆☆ (64682 reviews)

| | |
|---|---|
| 5 stars | 23200 |
| 4 stars | 6631 |
| 3 stars | 5903 |
| 2 stars | 4377 |
| 1 star | 24571 |

**Most helpful positive review**                                        **Most helpful negative review**

VS

★★★★★

small fits about a 8 lb. cat velcro at neck, maybe just a little heavier.. it's made so they can't pull out of it easily, just don't make it a bad session you yelling cat afraid, talk and massage the toes easily.. have a treat even if you don't complete all toes- make it a good thing...

Jpen

★☆☆☆☆

They kept asking what happen to the item after clearly stating to then it arrived broken. I just returned it back to them for a refund.

MsRatliff

**64682 reviews**     Sort by | Most Relevant ▾

★★★★★                                                      07/18/2023

small fits about a 8 lb. cat velcro at neck, maybe just a little heavier.. it's made so they can't pull out of it easily, just don't make it a bad session you yelling cat afraid, talk and massage the toes easily.. have a treat even if you don't complete all toes- make it a good thing...

Jpen

★☆☆☆☆                                                     10/15/2023

They kept asking what happen to the item after clearly stating to then it arrived broken. I just returned it back to them for a refund.

MsRatliff

★☆☆☆☆                                                     03/30/2023

This seller misrepresented its product in the listing pictures. What we received has no resemblance whatsoever to the photos of what we should have received. It was shocking.

ALISON

★☆☆☆☆                                                     10/14/2023

Don't try to sell this product, just give as a sample product.

Catherine

★☆☆☆☆                                                     07/04/2023

i tried to cut a pencil 🖊 %26 it didn't cut it. just wasted my money and time purchasing this piece of junk.

Blanca

★★☆☆☆                                                     09/09/2023

wished I had noticed this before I ordered I have had problems with yhis place before.

Mark

★★★☆☆                                                     09/08/2023

It took a little longer than I had hoped to receive it.

Sunnnie1

★★☆☆☆                                                     05/05/2023

The order was short one charger in the 2 pack that I ordered. Try to hear back from the company have not heard a thing after 7 days.

Ted

★☆☆☆☆                                                     04/25/2023

took forever but, it's China. the bathing suits are soooo terrible it was hard to imagine anyone capable of this crap.

lakecrazey

★★★★★                                                     03/28/2023

Very satisfied with the purchase. Wasn't expecting a sturdy, last along time clock. Glad it runs accurately and suited my taste. Packaged in a box.

LinBeMe



**Free shipping, arrives by Tue, Oct 31**

▮▮▮▮▮▮

409 Broad St, Ste 260, Sewickley, PA 15143

Edit

**Delivery instructions (optional)**                                    Add

Add access codes or other necessary information.

**Items details**                                                      Hide details

**Arrives by Tue, Oct 31**                                             1 item

Sold and shipped by Joybuy Marketplace

Party Jumpsuit Costumes Inflatable Carnival Funny       **$39.78**
Clothes Alien Cosplay                                    ~~$66.30~~

Actual Color: A

$26.52 from savings

Remove          −    1    +



Place order for **$42.56**

By placing this order, you agree to our Privacy Policy and Terms of Use

Subtotal (1 item)                                            $66.30
Savings                                                     -$26.52
                                                             $39.78

Shipping                                                      Free
Estimated taxes                                              $2.78

**Estimated total**                                        **$42.56**

Have a promo code?                                              ⌄

**Payment method**

**We'll look for smart ways to pay**
We'll suggest payment methods that work best with eligible items in your cart.

▮▮▮▮▮▮▮                                                      $42.56

+ Add new payment                                    Edit payment



**Walmart+** Free 30-day trial
**Save with free delivery + so much more**
Restrictions apply.
Try Walmart+ free for 30 days

**Mobile contact**

We'll contact you in case anything comes up with your order.

*Required field

**Phone number (10 digits)\***

✓

Brian, your order is confirmed.

# You saved $29.00 today!



**Walmart** ✦ Join today

## Members can save $1,300/year with free shipping and delivery*

We'll email details to ███████████████

Order #200011447136156 | $38.51

**spark**good.  **Small acts lead to big impact in your community**

Round up to the nearest whole dollar the next time you check out.  <u>Select a lo</u>



## Free shipping, arrives by Tue, Oct 31

███████████████

409 Broad St, Ste 260, Sewickley, PA 15143

One-time purchase (1 item)





**Make it easier to sign in**

# Seller Display Name

# DODYSNAS

# Seller ID

# 101500281

Toys / Pretend Play / Costumes For Kids / All Kids Costumes & Dress-Up

Dove Dare to be truly you          Sponsored ⓘ









◄ Adult

Children's
▼

**Best seller**





+2 options

**Now $35.99** $42.99
Options from $35.99 – $40.99

Everso Waterproof Inflatable Green Alien Cosplay Party Costume for Kids Adults Halloween Cosplay Costume with Air Pump
★★★★☆ 8

3+ day shipping

$57.98

Morph Kids Alien Pick Me Up Inflatable Costume Boys Girls Halloween Halloween green One Size
★★★★★ 2

3+ day shipping

+9 options

$32.95
Options from $32.95 – $34.95

AltSkin Adult/Kids Full Body Stretch Fabric Zent
★★★★★ 2

3+ day shipping

## About this item

### Product details                                                                ⌄

Product features:

Color: green

Material: Polyester

Type: Adult

Recommended adult height: 160-200cm

Features: High-density 190T waterproof polyester fabric with good waterproof performance. The interface uses USB type, which is convenient for storing power and more durable than battery power.

Role: Halloween products, inflatable costumes, funny performance props

The package includes:

1X inflatable suit with fan

1X battery box (not include battery, you need to have four AA batteries)

Starynighty Adults Inflatable Green Alien Costume Halloween Cosplay Party Suit Kids

ⓘ **We aim to show you accurate product information.** Manufacturers, suppliers and others provide what you see here, and we have not verified it.  See our disclaimer

### Specifications                                                                 ⌄

Country of Origin - Textiles
Imported

Age Group
Child

Brand

Starynighty

**Gender**
Unisex

**Size**
335

**Color**
For Kids

**Manufacturer**
Does not apply

Warranty                                                                                                     ⌃

**Warranty information**

Please be aware that the warranty terms on items offered for sale by third party Marketplace sellers may differ from those displayed in this section (if any). To confirm warranty terms on an item offered for sale by a third party Marketplace seller, please use the 'Contact seller' feature on the third party Marketplace seller's information page and request the item's warranty terms prior to purchase.

Warnings                                                                                                     ⌃

⚠ **WARNING:** None

💬 Report incorrect product information

Earn 5% cash back on Walmart.com. See if you're pre-approved with no credit risk.   Learn more

☆☆☆☆☆ (0 reviews)

Write a review

This item doesn't have any reviews yet.

Debit with rewards. Get 3% cash back at Walmart, up to $50 a year. See terms for eligibility.   Learn more.

✓ Bought 1 time
Last purchased on October 18, 2023
Actual Color: For Kids

Starynighty

**Starynighty Adults Inflatable Green Alien Costume Halloween Cosplay Party Suit Kids**

**$37.99**
Other options from $36.99
Price when purchased online ⓘ



Buy now                                                                          Add to cart

**Actual Color:** For Kids

For Kids
$37.99

**How do you want your item?**



| Shipping | Pickup | Delivery |
|---|---|---|
| Tue, Oct 31 | Not available | Not available |
| Free | | |



Delivery to  **409 Broad St**

🏠 Sold and shipped by **DODYSNAS**

View seller information

◉ Extended holiday returns  Details
Free Holiday returns until Jan 31

♡ Add to list                                                          🔖 Add to registry



Sponsored
**$21.59**
MSemis Kids Boys Long Sleeve Flight Suit Jumpsuit Uniform Coverall Bodysuit Halloween Cosplay Costume

3+ day shipping

+ Add



‹ Back to item

## DODYSNAS

☆☆☆☆☆

No reviews yet

Shop all seller items

---

🏠   Business Name:
     shenyangshikaikejiyouxiangongsi

✉   Contact seller

📞   (+86) 18711335478

📍   huangguqunujiangjie77haoshenyangkechuanggongchang
     101-36hao
     shenyangshi, LN 110000, CN

---

About Seller

---

### Seller reviews

This seller doesn't have any reviews yet.

### About Seller

ⓘ This seller may also engage in manufacturing, importing or reselling consumer products.

Integrity and customer first



Free shipping, arrives by Tue, Oct 31

████████████

409 Broad St, Ste 260, Sewickley, PA 15143

Edit

**Delivery instructions (optional)**

Add access codes or other necessary information.

Add

**Items details**

Hide details

**Arrives by Tue, Oct 31**

1 item

Sold and shipped by DODYSNAS

Starynighty Adults Inflatable Green Alien Costume
Halloween Cosplay Party Suit Kids
Actual Color: For Kids

$37.99

Remove    − 1 +



Place order for $40.65

By placing your order, you agree to our Privacy Policy and Terms of Use

| | |
|---|---|
| **Subtotal** (1 item) | $37.99 |
| Shipping | Free |
| **Estimated taxes** | $2.66 |
| **Estimated total** | **$40.65** |

Have a promo code?



**Payment method**

We'll look for smart ways to pay
We'll suggest payment methods that work best with eligible items in your cart.

████████████    $40.65

+ Add new payment    Edit payment



Walmart+ Free 30-day trial
**Save with free delivery + so much more**
Restrictions apply.
Try Walmart+ free for 30 days



**Mobile contact**

We'll contact you in case anything comes up with your order.

*Required field

**Phone number (10 digits)***

████████████