

Brian, your order is confirmed.

# Time to get excited. Your order is in the



**Walmart** Join today

**Members can save $1,300/year with free shipping and delivery***

We'll email details to ████████████████

Order #200011348837273 | $40.65

**spark**good  **Small acts lead to big impact in your community**

Round up to the nearest whole dollar the next time you check out.  Select a lo



## Free shipping, arrives by Tue, Oct 31

████████████████

409 Broad St, Ste 260, Sewickley, PA 15143

One-time purchase (1 item)





**Make it easier to sign in**

# Seller Display Name

# Kilkwhell

# Seller ID

# 101090936

10/18/23, 1:35 PM
Case 2:23-cv-01840-WSS Document 13-9 Filed 10/24/23 Page 3 of 22
Inflatable Alien Costume...time Inflate...Party Suit...Kids - Walmart.com

Toys / Pretend Play / Costumes For Kids / All Kids Costumes & Dress-Up

 Visit Walmart ACC

Sponsored ⓘ









◀ Adult

Children's
▼

### Best seller



+2 options

**Now $35.99** $42.99
Options from $35.99 – $40.99

Everso Waterproof Inflatable Green Alien Cosplay Party Costume for Kids Adults Halloween Cosplay Costume with Air Pump

★★★★☆ 8

3+ day shipping



$57.98

Morph Kids Alien Pick Me Up Inflatable Costume Boys Girls Halloween Halloween green One Size

★★★★★ 2

3+ day shipping



$40.95

Morph Kids Giant Inflatable Alien Costume Boys Green One Size

2-day shipping

## About this item

### Product details  ⌃

Product features:

Color: green

Material: Polyester

Type: Adult

Recommended adult height: 160-200cm

Features: High-density 190T waterproof polyester fabric with good waterproof performance. The interface uses USB type, which is convenient for storing power and more durable than battery power.

Role: Halloween products, inflatable costumes, funny performance props

The package includes:

1X inflatable suit with fan

1X battery box (not include battery, you need to have four AA batteries)

Product features:Color: greenMaterial: PolyesterType: AdultRecommended adult height: 160-200cmFeatures: High-density 190T waterproof polyester fabric with good waterproof performance. The interface uses USB type, which is convenient for storing power and more durable than battery power.Role: Hallowe

ⓘ **We aim to show you accurate product information.** Manufacturers, suppliers and others provide what you see here, and we have not verified it. See our disclaimer

### Specifications  ⌃

**Age Group**
Child

**Brand**
KIDWILL

**Gender**

https://www.walmart.com/ip/KIDWILL-Adults-Inflatable-Green-Alien-Costume-Halloween-Cosplay-Party-Suit-Kids/1549441818

Unisex

**Color**

For Kids

---

Warranty ⌃

**Warranty information**

Please be aware that the warranty terms on items offered for sale by third party Marketplace sellers may differ from those displayed in this section (if any). To confirm warranty terms on an item offered for sale by a third party Marketplace seller, please use the 'Contact seller' feature on the third party Marketplace seller's information page and request the item's warranty terms prior to purchase.

---

💬 Report incorrect product information

---

 **Earn 5% cash back on Walmart.com.** See if you're pre-approved with no credit risk. Learn more

---

☆☆☆☆☆ (0 reviews)

Write a review

---

This item doesn't have any reviews yet.

---

 **Debit with rewards.** Get 3% cash back at Walmart, up to $50 a year. See terms for eligibility. Learn more.

---

KIDWILL

**KIDWILL Adults Inflatable Green Alien Costume Halloween Cosplay Party Suit Kids**

**$37.99**

Price when purchased online ⓘ

| Buy now | Add to cart |

**Actual Color:** For Kids

| For Kids |
| $37.99 |

**How do you want your item?**

 **Shipping** Tue, Oct 31 Free  |   **Pickup** Not available  |   **Delivery** Not available

Delivery to **409 Broad St**

---

🛍 Sold and shipped by **Kilkwhell**

★★☆☆☆ 20 seller reviews

View seller information

🔵 **Extended holiday returns** Details
Free Holiday returns until Jan 31

| ♡ Add to list | 🎁 Add to registry |

---

 Sponsored

**$21.59**

MSemis Kids Boys Long Sleeve Flight Suit Jumpsuit Uniform Coverall Bodysuit Halloween Cosplay Costume

3+ day shipping

| + Add |

---

 Platinum protection

Sponsored ⓘ

---



‹ Back to item

## Kilkwhell

★★☆☆☆    See all 20 reviews
2.4 stars out of 5

**30%**  Overall Positive Rating

Shop all seller items

🏠  Business Name:
     shenzhenshisulangdianzishangwuyouxiangongsi

📞  Contact seller

📞  (+86) 13510129068

📍  101, Building 44, 2nd District,
     Huayuanxin Village, Xiangjiaotang
     Community
     Bantian Street, Longgang District,
     Shenzhen
     SHENZHENSHI, GD 518000, CN

About Seller

Tax policy

### More items from this seller






| + Add | + Add | + Add | + Add |

| $9.58 | $17.99 | $43.99 | $12.89 |
|---|---|---|---|
| Risewill 4Pcs Baby Girls Fairy Costume Halloween Sets Butterfly Wings And... | Risewill Girls Princess Jasmine Dress Halloween Party Cosplay | Kilkwhell 7Pcs Christmas Grinch Green Monster Cosplay Costume for Adult... | KIDWILL Halloween Cape Cloak Coat Adult Unisex Cosplay Party Halloween... |

### Seller reviews

**2.4** out of **5**

★★☆☆☆ (20 reviews)

| 5 stars | 3 |
|---|---|
| 4 stars | 3 |
| 3 stars | 3 |
| 2 stars | 1 |
| 1 star | 10 |

#### Most helpful positive review

★★★★★

The order was delayed by 3 days, but I was told about the delay and it was delivered on the date promised. I would order from this seller again.

Debra


VS

#### Most helpful negative review

★☆☆☆☆

Didnt get what i paid for and never responded to my messages

sandra

---

**20 reviews**    Sort by | Most Relevant ▾

| ★☆☆☆☆                                    03/08/2023 | ★☆☆☆☆                                    11/29/2021 |
|---|---|
| Didnt get what i paid for and never responded to my messages | Tried to email to return and never heard back. Also, took a long time to ship |
| sandra | Amanda |

| ★★★★★                                    01/21/2022 | ★★★★☆                                    10/31/2021 |
|---|---|
| I needed a cheap gym bag with no frills and I found one at Wal-Mart. It arrived quickly and was just what I needed. | Nice round cubes, have to be careful while filling not to overfill |
| Harlan | erkthegreat1 |

| ★★★★★                                    11/19/2021 | ★★★★☆                                    03/19/2023 |
|---|---|
| The order was delayed by 3 days, but I was told about the delay and it was delivered on the date promised. I would order from this seller again. | Delores |
| Debra | |

| ★☆☆☆☆                                    12/21/2021 | ★☆☆☆☆                                    12/31/2022 |
|---|---|
| I bought this for my mom for Christmas it didn't close right broke in 2 days | barbara |
| angie | |

| | ★★★☆☆                                    01/13/2022 |
|---|---|
| | They were smaller in size not in inches but in overall size. |
| | Teresa |

| | ★☆☆☆☆                                    12/21/2021 |
|---|---|
| | Maw |

(1)  2  ›

### About Seller

 ⓘ This seller may also engage in manufacturing, importing or reselling consumer products.

We provide high-quality, authentic products and first-class customer service.



**Free shipping, arrives by Tue, Oct 31**

███████████                                    Edit

409 Broad St, Ste 260, Sewickley, PA 15143

**Delivery instructions (optional)**                Add

Add access codes or other necessary information.

**Items details**                                Hide details

**Arrives by Tue, Oct 31**                        1 item

Sold and shipped by Kilkwhell

KIDWILL Adults Inflatable Green Alien Costume    **$37.99**
Halloween Cosplay Party Suit Kids
Actual Color: For Kids

Remove    [ − 1 + ]



Place order for $40.65

By placing your order, you agree to our Privacy Policy and Terms of Use

**Subtotal** (1 item)                    $37.99
Shipping                                 Free
**Estimated taxes**                      $2.66

**Estimated total**                      **$40.65**

Have a promo code?                         ⌄



**Payment method**

**We'll look for smart ways to pay**
We'll suggest payment methods that work best with eligible items in your cart.

████████████████              $40.65

+ Add new payment            Edit payment



Walmart+  Free 30-day trial
**Save with free delivery + so much more**
Restrictions apply.
Try Walmart+ free for 30 days



**Mobile contact**

We'll contact you in case anything comes up with your order.

*Required field

**Phone number (10 digits)***

████████████████



Brian, your order is confirmed.

# Time to get excited. Your order is in the



**Walmart** :|:   Join today

## Members can save $1,300/year with free shipping and delivery*

We'll email details to ▮▮▮▮▮▮▮▮▮▮

Order #200011296186188 | $40.65

spark good.   **Small acts lead to big impact in your community**

Round up to the nearest whole dollar the next time you check out.   <u>Select a lo</u>



## Free shipping, arrives by Tue, Oct 31

▮▮▮▮▮▮▮▮▮▮

409 Broad St, Ste 260, Sewickley, PA 15143

One-time purchase (1 item)



   **Make it easier to sign in**

# Seller Display Name

# Nightwill

# Seller ID

# 101258203

Toys / Pretend Play / Costumes For Kids / All Kids Costumes & Dress-Up

 Conquer the road

Sponsored ⓘ











$57.98

Morph Kids Alien Pick Me Up Inflatable Costume Boys Girls Halloween Halloween green One Size

★★★★★ 2

3+ day shipping



+5 options

$57.98
Options from $57.98 – $82.98

Kids Oversized Alien Costume

★★★★☆ 2

3+ day shipping



+3 options

$37.98

Toddler Alien Costume

3+ day shipping

## About this item

### Product details

Product features:

Color: green

Material: Polyester

Type: Kids/Adult

Recommended adult height: 150-190cm

Recommended Kid height:120-140cm

Features: High-density 190T waterproof polyester fabric with good waterproof performance. The interface uses USB type, which is convenient for storing power and more durable than battery power.

Role: Halloween products, inflatable costumes, funny performance props

The package includes:

1X inflatable suit with fan

1X battery box (not include battery, you need to have four AA batteries)

- This alien clothing is made of high-density 190T waterproof polyester fabric, strong and durable so that you will never have to worry about any tears or holes, with good waterproof performance, high fabric density without leakage.
- Two size for you choose. L suitable for Adult 150-190cm (5-6.2ft/59-74inch) tall, S suitable for Child 120-150CM (3.9-4.9ft/47-59inch) tall
- Easy to move, there is no sense of restraint, you can breathe fresh air or drink water. Interesting alien design will make you pay more attention in any scene.
- Install a fan and connect the battery pack. Put on the garment, zip up the zipper, and then turn on the battery pack switch. The battery-powered fan can inflate the garment in a few seconds.(need to 4xAA batteries, not include battery).
- These funny costumes are very suitable for birthday parties, Halloween, Christmas, weddings, zoos, parks, performances, and are also good gifts for loved ones.

ⓘ **We aim to show you accurate product information.** Manufacturers, suppliers and others provide what you see here, and we have not verified it. See our disclaimer

### Specifications

Country of Origin - Textiles

Imported

**Age Group**
Child

**Brand**
Liyucwill

**Gender**
Unisex

**Size**
Child

**Color**
Green

Warranty ⌃

**Warranty information**

Please be aware that the warranty terms on items offered for sale by third party Marketplace sellers may differ from those displayed in this section (if any). To confirm warranty terms on an item offered for sale by a third party Marketplace seller, please use the 'Contact seller' feature on the third party Marketplace seller's information page and request the item's warranty terms prior to purchase.

Warnings ⌃

⚠ **WARNING:** None

💬 Report incorrect product information

Earn 5% cash back on Walmart.com. See if you're pre-approved with no credit risk.   Learn more

☆☆☆☆☆ (0 reviews)

Write a review

This item doesn't have any reviews yet.

Debit with rewards. Get 3% cash back at Walmart, up to $50 a year. See terms for eligibility.   Learn more.

✓ **Bought 1 time**
Last purchased on October 18, 2023
Size: Child | Actual Color: Green

Best seller

Liyucwill

**Kid/Adult Halloween Costume Inflatable Suit Green Alien Cosplay Fancy Dress**

**$36.99**

Price when purchased online ⓘ

| Buy now | Add to cart |

**Size:** Child

| Child
$36.99 |

**Actual Color:** Green

**How do you want your item?**

| 🚚 Shipping
Fri, Oct 27
Free | 🚗 Pickup
Not available | 🛍 Delivery
Not available |

Delivery to  **409 Broad St**

🏪 Sold and shipped by **Nightwill.**

★★★☆☆ 10 seller reviews
View seller information

◉ **Extended holiday returns**  Details
Free Holiday returns until Jan 31

| ♡ Add to list | 🗎 Add to registry |



‹ Back to item

## Nightwill.

★★★☆☆    See all 10 reviews
3 stars out of 5

 50%    Overall Positive Rating

Shop all seller items

🏠  Business Name:
shenzhenshihuabangchenxinkejiyouxiangongsi

✉  Contact seller

📞  (+86) 15118120378

📍  longgangqubantianjiedaoyangmeshequlongxiaqushisi
liuweishangwuzhongxin1dongliuceng608shi
shenzhen, GD 518116, CN

About Seller

**More items from this seller**

        ❯

| + Add | + Add | + Add | + Add |

$14.72

Toddler Girls Witch Halloween Costume, Witch Fairy Cosplay Dress Includ...

★☆☆☆☆ 1

$7.59

Starynighty 4Pcs Baby Girls Fairy Costume Halloween Sets Butterfly Wings And...

★★★★★ 1

$18.88

Nightwill Encanto Cosplay Costume Dolores Charm Dresses with Bag

$10.59

gluttony 4Pcs Baby Girls Fairy Costume Halloween Sets Butterfly Wings And...

## Seller reviews

# 3 out of 5

★★★☆☆ (10 reviews)

| 5 stars | 4 |
| 4 stars | 1 |
| 3 stars | 0 |
| 2 stars | 1 |
| 1 star | 4 |

**10 reviews**    Sort by | Most Relevant ▾



| | |
|---|---|
| ★★★★★    10/02/2023 | ★★★★★    10/12/2023 |
| even though it didn't fit, it was super easy to return and my kid really did love it even though it was too small. Wish it came in bigger sizes. | dlineberger1 |
| Terapgain | |
| | ★★★★★    10/09/2023 |
| ★☆☆☆☆    08/19/2023 | Kat |
| Was notified it was being delivered 3 days in a row before they came. Items were labeled as toys. They are not. | ★☆☆☆☆    09/21/2023 |
| marjorie | |
| | ★☆☆☆☆    09/20/2023 |
| ★★★★★    04/16/2023 | Janice |
| Excellent storage to convert a closet to a pantry. Super easy to assemble and customize the shelving height. I bought one and a second one shortly thereafter. | ★★☆☆☆    09/08/2023 |
| Samuel | Christine |
| | ★★★★☆    09/08/2023 |
| ★☆☆☆☆    10/12/2023 | Kevin |
| Brad | |

## About Seller

ⓘ  This seller may also engage in manufacturing, importing or reselling consumer products.

Integrity in business



Free shipping, arrives by Fri, Oct 27

████████████                                        Edit

409 Broad St, Ste 260, Sewickley, PA 15143

**Place order for $39.58**

By placing this order, you agree to our Privacy Policy and Terms of Use

| Subtotal (1 item) | $36.99 |
|---|---|
| Shipping | Free |
| Estimated taxes | $2.59 |
| **Estimated total** | **$39.58** |

Have a promo code? ⌄

**Delivery instructions (optional)**                Add

Add access codes or other necessary information.

**Items details**                                  Hide details

**Arrives by Fri, Oct 27**                          1 item

Sold and shipped by Nightwill.



Kid/Adult Halloween Costume Inflatable Suit Green Alien Cosplay Fancy Dress
Size: Child, Actual Color: Green                    $36.99

Remove            −  1  +

**Payment method**

We'll look for smart ways to pay
We'll suggest payment methods that work best with eligible items in your cart.

███████████████                                     $39.58

+ Add new payment                                   Edit payment



Walmart+  Free 30-day trial
**Save with free delivery + so much more**
Restrictions apply.
Try Walmart+ free for 30 days



**Mobile contact**

We'll contact you in case anything comes up with your order.

*Required field

**Phone number (10 digits)***

████████████████





Brian, your order is confirmed.

## Time to get excited. Your order is in the



**Walmart** ✦  Join today

**Members can save $1,300/year with free shipping and delivery***

We'll email details to ██████████████████

Order #200011300289498 | $39.58

**spark**good.  **Small acts lead to big impact in your community**

Round up to the nearest whole dollar the next time you check out.  Select a lo

  **Free shipping, arrives by Fri, Oct 27**

██████████████

409 Broad St, Ste 260, Sewickley, PA 15143

One-time purchase (1 item)



  **Make it easier to sign in**

# Seller Display Name

# Suminiy.US

# Seller ID

# 101205912

Toys / Pretend Play / Costumes For Kids / All Kids Costumes & Dress-Up



Dove  Dare to be truly you                                                Sponsored ⓘ













$57.98

Morph Kids Alien Pick Me Up Inflatable Costume Boys Girls Halloween Halloween green One Size

★★★★★ 2

3+ day shipping



$40.95

Morph Kids Giant Inflatable Alien Costume Boys Girls Waving Blow Up Tube Halloween Green One Size

2-day shipping

Best seller




+2 options

Now $35.99  $42.99
Options from $35.99 – $40.99

Everso Waterproof Inflatable Green Alien Cospl Halloween Cosplay Costume with Air Pump

★★★★☆ 8

3+ day shipping

## About this item

### Product details

**Product details**

Alien Inflatable Cosplay Costume Funny Party Costume Fancy Dress Suit Halloween Costume for Adult Kids

Feature:

Product Usage: Event Specialist, Funny, Fun, Halloween, Funny Party, Fancy Dress Party, Performance Costume, Cosplay, April Fool's Day, Annual Party, Stage Performance, Walking Doll, Cartoon Inflatable Model, Inflatable Sumo, Masked People, doll clothes, knight clothes.

Specification:

Product Name: Alien Inflatable Suit

Material: polyester

Color: as shown

Size: A: Adult size: 150-190cm; B: Child size: 120-140cm

Applicable method: use 4 AA batteries or USB power supply, the delivery does not contain batteries

Note:

Due to the different monitor and light effect, the actual color of the item might be slightly different from the color showed on the pictures. Thank you!

Please allow 1-2cm measuring deviation due to manual measurement. Included: 1 X Alien Costume

1 X Blower

Suminiy.US Toys Party Jumpsuit Costumes Inflatable Carnival Funny Clothes Alien Cosplay Cloth Green

ⓘ  We aim to show you accurate product information. Manufacturers, suppliers and others provide what you see here, and we have not verified it.  See our disclaimer

### Specifications

**Age Group**
Child

**Brand**
Suminiy.US

**Gender**
Unisex

**Color**
Child size: 120-140cm

---

Warranty ⌄

**Warranty information**

Please be aware that the warranty terms on items offered for sale by third party Marketplace sellers may differ from those displayed in this section (if any). To confirm warranty terms on an item offered for sale by a third party Marketplace seller, please use the 'Contact seller' feature on the third party Marketplace seller's information page and request the item's warranty terms prior to purchase.

---

💬 Report incorrect product information

 **Earn 5% cash back on Walmart.com.** See if you're pre-approved with no credit risk.   Learn more

☆☆☆☆☆ (0 reviews)

Write a review

---

This item doesn't have any reviews yet.

---

 **Debit with rewards.** Get 3% cash back at Walmart, up to $50 a year. See terms for eligibility.   Learn more.

---

Suminiy.US

**Suminiy.US Toys Party Jumpsuit Costumes Inflatable Carnival Funny Clothes Alien Cosplay Cloth Green**

**$32.94**

Price when purchased online ⓘ

 Buy now           Add to cart

**Actual Color:** Child size: 120-140cm

Child size: 120-140cm
$32.99

**How do you want your item?**

| 🚚 Shipping<br>Fri, Nov 3<br>Free | 🚗 Pickup<br>Not available | 📦 Delivery<br>Not available |

Delivery to  409 Broad St

📦 Sold and shipped by **Suminiy.US**

★★★★★ 36 seller reviews
View seller information

🔵 Extended holiday returns   Details
Free Holiday returns until **Jan 31**

---

♡ Add to list          🗂 Add to registry

---

 Sponsored
$31.99
GZ-LAOPAITOU Princess Peach Costume For Girls Cosplay Super Bros Princess Peach Birthday dress up 3-12Years
**2-day shipping**

➕ Add

---

 Smithfield

Gather 'round the good

Sponsored ⓘ



‹ Back to item

## Suminiy.US

★★★★★
4.9 stars out of 5    [See all 36 reviews](#)



**97%**  Overall Positive Rating

[Shop all seller items](#)

🏠 Business Name:
guangzhouxingchenbikejiyouxiangongsi

✉ [Contact seller](#)

📞 [(+86) 13559027527](#)

📍 guangzhoushiyuexiuquhuanshizhonglu
316hao2319shiC12hao
guangzhou, GD 510030, CN

[About Seller](#)

[Tax policy](#)

### More items from this seller

    

+ Add            + Add            + Add            + Add

**$27.20**         **$21.61**          **$21.95**          **$23.49**

Casaple Kids Gwen Superhero Universe Costume Cosplay Set...   Adult Spider-Gwen Jumpsuit Fancy Dress Halloween Spidewoman Cosplay...   ONE NOOK Girls Spider Gwen Costume Bodysuit,Superhero Cospla...   Girl Boy SpiderHero Gwen Cosplay Jumpsuit Halloween Party Fancy Dress Up...

★★★★☆ 15        ★★★★☆ 24         ★★★★☆ 1          ★★★★★ 1

### Seller reviews

**4.9** out of **5**



★★★★★ (36 reviews)

| | |
|---|---|
| [5 stars](#) | 35 |
| [4 stars](#) | 0 |
| [3 stars](#) | 0 |
| [2 stars](#) | 0 |
| [1 star](#) | 1 |

**36 reviews**    Sort by | Most Relevant ▾

★★★★★                    10/03/2022
I use this everyday. Holds my laptop well. Sits on my lap comfortably. Thought it would make me hot and sweaty but it doesn't. I love that it gives my laptop a little lift and stability. I like the little tray in the back to hold my pen and paperclips. Very happy I purchased it.
Barnaby

★★★★★                    11/15/2022
Andre

★★★★★                    10/03/2022
I was worried ordering something as delicate as light bulbs online but it came nicely packaged, the item was safe, in fine working order. Would order again
Augustin

★☆☆☆☆                    11/09/2022
debbie

★★★★★                    10/08/2022
Fidelia

★★★★★                    10/04/2022
Timely delivery. Item in stated condition. I will buy from seller again. Thank you
Bertha

★★★★★                    10/07/2022
Constant

★★★★★                    10/05/2022
Kirsten

★★★★★                    12/03/2022
Tom

★★★★★                    10/05/2022
Josephine

**1** 2 3 4 ›

### About Seller

ⓘ This seller may also engage in manufacturing, importing or reselling consumer products.

24 hours at your service

### Tax policy

Walmart Marketplace is required to collect and remit sales tax on behalf of all Marketplace sellers in 47 states under enacted state laws.



**Free shipping, arrives by Fri, Nov 3**

████████████                                    Edit

409 Broad St, Ste 260, Sewickley, PA 15143

**Delivery instructions (optional)**                Add

Add access codes or other necessary information.

**Items details**                                Hide details

**Arrives by Fri, Nov 3**                              1 item

Sold and shipped by Suminiy.US

Suminiy.US Toys Party Jumpsuit Costumes Inflatable     **$32.99**
Carnival Funny Clothes Alien Cosplay Cloth Green
Actual Color: Child size: 120-140cm

Remove        −   1   +



**Place order for $35.30**

By placing this order, you agree to our Privacy Policy and Terms of Use

Subtotal (1 item)                               $32.99
Shipping                                         Free
Estimated taxes                                  $2.31

**Estimated total**                             **$35.30**

Have a promo code?                                 ⌄



**Payment method**

We'll look for smart ways to pay
We'll suggest payment methods that work best with eligible items in your cart.

████████████████                              $35.30

+ Add new payment                              Edit payment



Walmart✦ Free 30-day trial
**Save with free delivery + so much more**
Restrictions apply.
Try Walmart+ free for 30 days



**Mobile contact**

We'll contact you in case anything comes up with your order.

*Required field

**Phone number (10 digits)***

████████████████



Brian, your order is confirmed.

# Time to get excited. Your order is in the



**Walmart** Join today

**Members can save $1,300/year with free shipping and delivery***

We'll email details to ████████████████

Order #200011333464792 | $35.30

**spark**good  **Small acts lead to big impact in your community**

Round up to the nearest whole dollar the next time you check out.  Select a lo



### Free shipping, arrives by Fri, Nov 3

████████████████

409 Broad St, Ste 260, Sewickley, PA 15143

One-time purchase (1 item)





**Make it easier to sign in**