IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| AFG MEDIA LTD,<br><br>                    Plaintiff,<br><br>v.<br><br>POPTREND-OFFICIAL, *et al.*,<br><br>                    Defendants. | Civil Action No. 23-cv-1840<br><br>(Judge Stickman)<br><br>**<u>FILED UNDER SEAL</u>** |

**MOTION FOR PRELIMINARY INJUNCTION**

In connection with this Court's Order of October 24, 2023, granting the Plaintiff's Motion for a Show Cause Hearing why a Preliminary Injunction Should Not be Entered, Plaintiff now move this Court for an Order granting the Motion for a Preliminary Injunction against the Defendants identified on **Schedule "A"** to the Complaint and attached hereto (collectively, the "Defendants"). The legal support for this motion is contained in the Memorandum of Law. The evidence supporting this motion is contained in the Declarations of Fraser Smeaton, Stanley D. Ference III, Brian Samuel Malkin, and Dee Odell, and the exhibits attached thereto. A proposed Order affirmatively granting the relief sought herein is filed herewith.

/

/

/

/

/

/

- 2 -

                                            Respectfully submitted,

Dated: November 6, 2023           /s/ Brian Samuel Malkin
                                            Stanley D. Ference III
                                            Pa. ID No. 59899
                                            courts@ferencelaw.com

                                            Brian Samuel Malkin
                                            Pa. ID No. 70448
                                            bmalkin@ferencelaw.com

                                            FERENCE & ASSOCIATES LLC
                                            409 Broad Street
                                            Pittsburgh, Pennsylvania 15143
                                            (412) 741-8400 – Telephone
                                            (412) 741-9292 – Facsimile

                                            Attorneys for Plaintiff